UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
*In the Matter of Search Warrants Executed on April 9, 2018*
-------------------------------------------------------------------x

MICHAEL D. COHEN,

                        Plaintiff,                ORDER

     -against-

UNITED STATES OF AMERICA

                        Defendant.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge

     In response to Plaintiff's email of 7:30 p.m. today, the Court GRANTS the motion to seal paragraphs 28, 29, and 30 of the declaration of Todd Harrison, dated April 12, 2018, because of the need to protect the Government's investigation which is ongoing, and the privacy interests of any innocent third parties. The Court will seal the corresponding information in the memorandum of law.

     The Court advises the parties that notwithstanding the Magistrate Judge's failure to initial the section requiring the warrant and inventory to be maintained under seal, the warrants have been treated as sealed, as will be any ensuing inventory.

SO ORDERED.

                                                                */s/ Kimba M. Wood*
                                                                 KIMBA M. WOOD
                                           UNITED STATES DISTRICT JUDGE

                                           Dated: April 12, 2018
                                           New York, New York