UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL D. COHEN,

v.

UNITED STATES OF AMERICA,

Defendant(s).

18 MJ 3161 (KMW)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/18

KIMBA M. WOOD, District Judge:

The Court GRANTS the application of President Trump to intervene in this proceeding.

SO ORDERED.

Dated: New York, New York
April 13, 2018

*Kimba M. Wood*

THE HON. KIMBA M. WOOD
United States District Judge