UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In the Matter of Search Warrants Executed on April 9, 2018*

Michael D. Cohen,

          Plaintiff,

- against -

United States of America,

          Defendant.

**FILED UNDER SEAL**

**Order to Show Cause for a Temporary Restraining Order and a Preliminary Injunction**

UPON the Declaration of Todd Harrison, sworn to April 12, 2018 ("Harrison Decl."), the Memorandum of Law in Support of Michael D. Cohen's Order to Show Cause for a Preliminary Injunction and a Temporary Restraining Order Concerning Search Warrants Executed on April 9, 2018; and upon all the papers and proceedings heretofore had herein, the Court, having reviewed the application and Motion for (1) Mr. Cohen's motion for a preliminary injunction allowing his counsel to review materials seized pursuant to search warrants on April 9, 2018, which contain information protected by the attorney-client privilege and the work-product doctrine, or to appoint a special master to oversee such a review; (2) Mr. Cohen's application to have the search warrant, search warrant inventories, and this application sealed; and (3) a temporary restraining order on the government from reviewing the seized materials and sealing the search warrants, search warrant inventory and this application, pending the determination of the preliminary injunction.

It is hereby, **ORDERED**, that the above named defendant show cause before a motion term of this Court, at Room ___, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _____ ____, _____ at _____ o' clock in the _____ thereof, or

as soon thereafter as counsel may be heard, why the foregoing relief should not be issued.

**ORDERED** that all of the documents referenced herein shall be sealed pending the determination of this application.

**ORDERED** that until the preliminary injunction has been decided the government shall not review the materials seized pursuant to the aforementioned search warrants on April 9, 2018 until this Court has decided on the preliminary injunction.

**ORDERED** that personal service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before _____ \_\_\_\_\_, \_\_\_\_\_, shall be deemed good and sufficient service thereof.

 

                                                                                           United States Magistrate Judge