# EXHIBIT A
# FILED UNDER SEAL



# McDermott Will & Emery

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Stephen M. Ryan
Attorney at Law
sryan@mwe.com
+1 202 756 8333

April 9, 2018

**SENT VIA EMAIL AND FEDEX**

Mr. Geoffrey S. Berman
United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Attn: Assistant U.S. Attorney Thomas McKay

Re:   **SDNY's Search and Seizure of Michael Cohen's Documents**

To Mr. McKay:

On behalf of our client, Michael Cohen, we write in regard to the seizure of Mr. Cohen's documents and records this morning pursuant to a series of search and seizure warrants issued by the United States Attorney's Office for the Southern District of New York. This action is deeply troubling on many levels, including the fact that your office executed the search warrants despite Mr. Cohen's full cooperation with all ongoing government investigations, which has included producing numerous documents and appearing for multiple interviews. The execution of search and seizure warrants was not only unwarranted,[1] it also resulted in the knowing seizure of thousands of communications that are protected by the attorney-client privilege and/or attorney work product doctrine, and one of those clients is the President of the United States.

███████████████████████████████████████████████████████████████████████ Even if your office were to assemble such a team for this investigation, it would be inappropriate for that team to be given access to Mr. Cohen's attorney work product and his attorney-client communications. His privileged and work product communications and documents should be protected from government review. It would be entirely inappropriate for the government to review these documents and attempt to determine whether a document is protected, even with the use of a

---

[1] The Government's action this morning is inconsistent with the U.S. Attorney's Manual. *See* U.S. Attorney's Manual, 9 – 13.420 ("In order to avoid impinging on valid attorney-client relationships, prosecutors are expected to take the least intrusive approach consistent with vigorous and effective law enforcement when evidence is sought from an attorney actively engaged in the practice of law.").

U.S. practice conducted through McDermott Will & Emery LLP.
The McDermott Building  500 North Capitol Street, N.W. Washington D.C. 20001-1531  Telephone: +1 202 756 8000  Facsimile: +1 202 756 8087  www.mwe.com

Page 2

taint team. *See United States v. Kaplan*, 2003 WL 22880914, at *12 (S.D.N.Y. Dec. 5, 2003) ("Certainly this Opinion should be counted among those *disapproving* the Government's use of an ethical wall team to 'protect' the attorney-client and work-product privileges . . . ."); *United States v. Stewart*, 2002 WL 1300059, at *6-7 (S.D.N.Y. June 11, 2002) (rejecting the government's request to utilize a taint team and appointing a special master to review files); *In re Search Warrant for Law Offices Executed on Mar. 19, 1992*, 153 F.R.D. 55, 59 (S.D.N.Y. 1994) (stating that the use of taint teams "is highly questionable, and should be discouraged. The appearance of Justice must be served, as well as the interests of Justice. It is a great leap of faith to expect that members of the general public would believe any such [taint team] would be impenetrable; this notwithstanding our own trust in the honor of an AUSA."); *see also United States v. Neill*, 952 F. Supp. 834, 840–41 (D.D.C. 1997) (holding that the government "intentionally invaded the attorney-client privilege" when it reviewed materials it knew were protected but set up a taint team to review the materials).

We are willing to work with your office to ensure that your office is able to review all responsive, non-protected documents without eviscerating established privileges and the work product doctrine. We propose that we, as counsel to Mr. Cohen, review the seized documents and create a privilege log before any government review occurs. There is no reason why this should not work for the government.

Please provide a response to this letter by 5 PM Eastern on Tuesday, April 10. In the interim, the government should not review of any of the seized materials.

Sincerely,

Stephen M. Ryan, Esq.
Counsel for Michael Cohen