UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In the Matter of Search Warrants Executed on April 9, 2018*

| | |
|---|---|
| Michael D. Cohen, | **FILED UNDER SEAL** |
| Plaintiff, | **Sealing Order** |
| - against - | |
| United States of America, | |
| Defendant. | |

UPON the Declaration of Todd Harrison, sworn to April 12, 2018 ("Harrison Decl."), the Memorandum of Law in Support of Michael D. Cohen's Order to Show Cause for a Preliminary Injunction and a Temporary Restraining Order Concerning Search Warrants Executed on April 9, 2018; and upon all the papers and proceedings heretofore had herein, the Court, having reviewed the application and Motion for, it is hereby:

**ORDERED** that the Clerk shall seal this case and the papers filed herein.

**ORDERED** that the search warrants and search warrant returns referenced in the Order to Show Cause shall be sealed.

**ORDERED** that until the preliminary injunction has been decided, this case and the papers filed herein together with the search warrants and search warrant returns shall be sealed.

Dated: April __, 2018

_____
United States Magistrate Judge