UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In the Matter of Search Warrants Executed on April 9, 2018 Concerning Michael D. Cohen*

Michael D. Cohen,

                        Plaintiff,

              - against -

United States of America,

                        Defendant.

No. 1:18-mj-03161-KMW

## MOTION FOR ADMISSION *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Todd Harrison, a member in good standing of the Bar of this Court, hereby move this Court for an Order allowing the admission of *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Stephen Michael Ryan |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 500 North Capitol Street, N.W. |
| City/State/Zip: | Washington, DC 20001 |
| Phone Number: | 202-756-8333 |
| Fax Number: | 202-756-8087 |
| Email: | sryan@mwe.com |

Stephen Michael Ryan is a member in good standing of the bar of the District of Columbia (1981). There are no pending disciplinary proceedings against Stephen Michael Ryan in any state or federal court.

[*signature page immediately follows*]

Dated: April 15, 2018  Respectfully Submitted,
       New York, New York

/s/ Todd Harrison
Todd Harrison
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173
Telephone: 212-547-5727
email: tdharrison@mwe.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 15, 2018, I electronically filed the foregoing with the Clerk of the Court for the Southern District of New York by using the CM/ECF system.  This system will send electronic notice of filing to all counsel of record.


/s/ Todd Harrison
Todd Harrison

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In the Matter of Search Warrants Executed on April 9, 2018 Concerning Michael D. Cohen*

Michael D. Cohen,

       Plaintiff,

  - against -

United States of America,

       Defendant.

No. 1:18-mj-03161-KMW

**CERTIFICATION OF STEPHEN M. RYAN, ESQ.**

  I, Stephen M. Ryan, Esq., hereby certifies as follows:

  1. I am a partner at the law firm of McDermott Will & Emery LLP, 500 North Capitol Street, N.W., Washington, DC 20001. McDermott Will & Emery LLP is counsel of record for Plaintiff Michael D. Cohen ("Plaintiff"). I submit this certification in support of Plaintiff's motion for admission as *pro hac vice* counsel, pursuant to Local Rule 101.1(c), in this matter.

  2. I was admitted to the bar of the District of Columbia in 1981, and my admission may be confirmed by the District of Columbia Court of Appeals, 430 E Street, N.W., Room 123, Washington, DC 20001. I am currently a member in good standing of the bar of the District of Columbia, and a certificate of good standing from the District of Columbia Bar Association is forthcoming.

  3. I am not presently, nor have I ever been, censured, suspended, disbarred, or otherwise disciplined in any of the Courts or jurisdictions where I have been admitted to practice.

  4. I will immediately notify the Court of any matter affecting my standing at the bar of any other court.

5. If admitted *pro hac vice*, I shall immediately pay the fee required by the Local Rules. I respectfully submit that there is good cause for my admission *pro hac vice*.

I certify that the foregoing statements made by me are true, and any knowingly false statements may subject me to punishment for perjury.

DATED:   April 15, 2018
         New York, NY

/s/ Stephen M. Ryan
Stephen M. Ryan, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In the Matter of Search Warrants Executed on April 9, 2018 Concerning Michael D. Cohen*

Michael D. Cohen,

                Plaintiff,

      - against -

United States of America,

                Defendant.

No. 1:18-mj-03161-KMW

**AFFIRMATION IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE***

I, Todd Harrison, pursuant to 28 U.S.C. § 1746, do hereby declare and state:

1. I am a partner at the law firm of McDermott Will & Emery LLP, counsel for Plaintiff Michael D. Cohen in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Stephen M. Ryan as counsel *pro hac vice* to represent Plaintiff in the above-captioned matter.

2. I am a member in good standing of the Bar of the State of New York, to which I was admitted to practice law in 1997.

3. I have known Mr. Ryan since before 2013.

4. Mr. Ryan is a partner at the law firm of McDermott Will & Emery LLP.

5. I have found Mr. Ryan to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Mr. Ryan is a member in good standing of the Bar of the District of Columbia (1981).

- 2 -

7. Accordingly, I am pleased to move the admission of Mr. Ryan, *pro hac vice*.

8. I respectfully submit a proposed order granting the admission of Mr. Ryan, *pro hac vice*, which is attached hereto as Exhibit A. It is respectfully requested that the motion to admit Stephen M. Ryan, *pro hac vice*, to represent Plaintiff Michael D. Cohen, in the above-captioned matter, be granted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 15, 2018
New York, New York

      /s/ Todd Harrison
Todd Harrison

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In the Matter of Search Warrants Executed on April 9, 2018 Concerning Michael D. Cohen*

Michael D. Cohen,

       Plaintiff,

   - against -

United States of America,

       Defendant.

No. 1:18-mj-03161-KMW

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

  The motion of Todd Harrison for the admission of Stephen M. Ryan to practice *pro hac vice* in the above-captioned matter is granted.

  The applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Stephen Michael Ryan |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 500 North Capitol Street, N.W. |
| City/State/Zip: | Washington, DC 20001 |
| Phone Number: | 202-756-8333 |
| Fax Number: | 202-756-8087 |
| Email: | sryan@mwe.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Michael D. Cohen in the above-captioned case;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                  THE HON. KIMBA M. WOOD
                                                  United States District Judge