**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In the Matter of Search Warrants Executed on April 9, 2018 Concerning Michael D. Cohen*

Michael D. Cohen,

                Plaintiff,

            - against -

United States of America,

                Defendant.

No. 1:18-mj-03161-KMW

## CERTIFICATION OF STEPHEN M. RYAN, ESQ.

I, Stephen M. Ryan, Esq., hereby certifies as follows:

1. I am a partner at the law firm of McDermott Will & Emery LLP, 500 North Capitol Street, N.W., Washington, DC 20001. McDermott Will & Emery LLP is counsel of record for Plaintiff Michael D. Cohen ("Plaintiff"). I submit this certification in support of Plaintiff's motion for admission as *pro hac vice* counsel, pursuant to Local Rule 101.1(c), in this matter.

2. I was admitted to the bar of the District of Columbia in 1981, and my admission may be confirmed by the District of Columbia Court of Appeals, 430 E Street, N.W., Room 123, Washington, DC 20001. I am currently a member in good standing of the bar of the District of Columbia, and a certificate of good standing from the District of Columbia Bar Association is forthcoming.

3. I am not presently, nor have I ever been, censured, suspended, disbarred, or otherwise disciplined in any of the Courts or jurisdictions where I have been admitted to practice.

4. I will immediately notify the Court of any matter affecting my standing at the bar of any other court.

5. If admitted *pro hac vice*, I shall immediately pay the fee required by the Local Rules. I respectfully submit that there is good cause for my admission *pro hac vice*.

I certify that the foregoing statements made by me are true, and any knowingly false statements may subject me to punishment for perjury.

DATED: April 15, 2018
New York, NY

/s/ Stephen M. Ryan
Stephen M. Ryan, Esq.