**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In the Matter of Search Warrants Executed on April 9, 2018 Concerning Michael D. Cohen*

Michael D. Cohen,

                        Plaintiff,

                    - against -

United States of America,

                        Defendant.

No. 1:18-mj-03161-KMW

**AFFIRMATION IN SUPPORT OF MOTION**
**FOR ADMISSION *PRO HAC VICE***

I, Todd Harrison, pursuant to 28 U.S.C. § 1746, do hereby declare and state:

1. I am a partner at the law firm of McDermott Will & Emery LLP, counsel for Plaintiff Michael D. Cohen in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Stephen M. Ryan as counsel *pro hac vice* to represent Plaintiff in the above-captioned matter.

2. I am a member in good standing of the Bar of the State of New York, to which I was admitted to practice law in 1997.

3. I have known Mr. Ryan since before 2013.

4. Mr. Ryan is a partner at the law firm of McDermott Will & Emery LLP.

5. I have found Mr. Ryan to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Mr. Ryan is a member in good standing of the Bar of the District of Columbia (1981).

7. Accordingly, I am pleased to move the admission of Mr. Ryan, *pro hac vice*.

8. I respectfully submit a proposed order granting the admission of Mr. Ryan, *pro hac vice*, which is attached hereto as Exhibit A. It is respectfully requested that the motion to admit Stephen M. Ryan, *pro hac vice*, to represent Plaintiff Michael D. Cohen, in the above-captioned matter, be granted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 15, 2018
New York, New York

/s/ Todd Harrison
Todd Harrison