**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In the Matter of Search Warrants Executed on April 9, 2018 Concerning Michael D. Cohen*

Michael D. Cohen,

                Plaintiff,

- against -

United States of America,

                Defendant.

No. 1:18-mj-03161-KMW

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

The motion of Todd Harrison for the admission of Stephen M. Ryan to practice *pro hac vice* in the above-captioned matter is granted.

The applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Stephen Michael Ryan |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 500 North Capitol Street, N.W. |
| City/State/Zip | Washington, DC 20001 |
| Phone Number: | 202-756-8333 |
| Fax Number: | 202-756-8087 |
| Email: | sryan@mwe.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Michael D. Cohen in the above-captioned case;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                _____
                                                THE HON. KIMBA M. WOOD
                                                United States District Judge