UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/18

IN THE MATTER OF SEARCH WARRANTS
EXECUTED ON APRIL 9, 2018

18-MJ-3161 (KMW)

On April 16, 2018, reporters from CNN requested that the Court make audio recordings of the proceedings in this matter and release the recordings to the public. Doing so would violate a standing order in this District. *See* Order, *In the Matter of Closed-Circuit Audio and Video Feed of Court Proceedings*, No. 15-MC-105 (S.D.N.Y. Apr. 14, 2015), ECF No. 1. Accordingly, this request is DENIED.

Dated: April 17, 2018

_____
THE HON. KIMBA M. WOOD
United States District Judge