

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Todd Harrison
Attorney at Law
tdharrison@mwe.com
+1 212 547 5727

April 17, 2018

<u>**VIA ECF**</u>

United States District Judge Kimba M. Wood
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *Michael D. Cohen v. United States of America*, 18-MJ-3161 (KMW)

Dear Judge Wood:

      We represent plaintiff Michael D. Cohen ("Mr. Cohen") in the above referenced matter. Pursuant to the Court's request on April 16, 2018, we suggest the following candidates for Special Master:

1. Bart Schwartz, Guidepost Solutions,
   http://www.guidepostsolutions.com/our-experts/bart-schwartz/

2. Joan McPhee, Ropes & Gray LLP,
   https://www.ropesgray.com/en/biographies/m/joan-mcphee

3. Tai Park, Park Jensen Bennett LLP,
   http://parkjensen.com/person/tai-h-park/

4. George S. Canellos, Milbank, Tweed, Hadley & McCloy
   https://www.milbank.com/en/professionals/george-s-canellos.html

      Respectfully submitted,

      /s/    Todd Harrison

      Todd Harrison

      /s/    Stephen Ryan

      Stephen Ryan

cc:  Counsel of Record

U.S. practice conducted through McDermott Will & Emery LLP.

**340 Madison Avenue  New York  New York 10173-1922  Telephone: +1 212 547 5400  Facsimile: +1 212 547 5444  www.mwe.com**