```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL D. COHEN,

                      Plaintiff,          18 MJ 3161 (KMW)

    - against -                    NOTICE OF MOTION

UNITED STATES OF AMERICA,

                      Defendant.
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Alan S. Futerfas, and upon all prior pleadings and proceedings heretofore had herein, the Law Offices of Alan S. Futerfas, by Alan S. Futerfas, will respectfully move this Court, before the Honorable Kimba M. Wood, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date to be selected by this Court, for an Order, pursuant to Rule 24 of the Federal Rules of Civil Procedure, granting Intervenor, the Trump Organization, permission to intervene in the above-captioned action.

*Granted.*
*KMW*

*The Court grants the motion to intervene. No further motion is required.*

**SO ORDERED, N.Y., N.Y.**
*4-18-18*

_____
**KIMBA M. WOOD**
**U.S.D.J.**

By: _____
Law Offices of Alan S. Futerfas
565 Fifth Avenue, 7th floor
(212) 684-8400
asfuterfas@futerfaslaw.com
*Counsel for Proposed Intervenor
the Trump Organization*

To: All Counsel (via email)