UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In the Matter of Search Warrants Executed on          Case # 18 MJ 3161 (KMW)
April 9, 2018

                                                                    Notice of Appearance

---------------------------------------------------------x

SIR or MADAM:

      PLEASE TAKE NOTICE that Ellen B. Resnick, an attorney duly admitted to practice before this Court and associated with the Law Offices of Alan S. Futerfas, located at 565 Fifth Avenue, 7th Floor, New York, New York 10017, telephone (212) 684-8400, facsimile (212) 856-9494, email address ebresnick@futerfaslaw.com will appear as counsel for Intervenor the Trump Organization in the above-captioned matter. For purposes of ECF notification, the email address is ebresnick@futerfaslaw.com.

Dated:       April 19, 2018
                New York, New York

                                                                       Law Offices of Alan S. Futerfas

                                                                       _____
                                                                       Ellen B. Resnick
                                                                       565 Fifth Avenue, 7th Floor
                                                                       New York, New York 10017
                                                                       212-684-8400
                                                                       ebresnick@futerfaslaw.com

TO:     All counsel (by ECF)