UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
*In the Matter of Search Warrants Executed on*
*April 9, 2018*
-----------------------------------------------------------X

MICHAEL D. COHEN,

                     Plaintiff,

      -against-

UNITED STATES OF AMERICA,

                   Defendant.
-----------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/18
```

18-MJ-3161 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

     The Court will hold a conference in this matter at 12:00 p.m. on Thursday, April 26, 2018. The agenda will include an update from the Government on its production to Mr. Cohen's counsel of a set of the seized materials. Counsel should be prepared to address the process to be undertaken by a Special Master, should one be appointed, to review claims of privilege.

     In advance of the conference, the Court seeks a clearer understanding of the resources counsel for Mr. Cohen and the Intervenors have available to review materials for privilege and to produce such materials to a Special Master. Accordingly, by 5:00 p.m. on Wednesday, April 25, 2018, counsel for Mr. Cohen, the President, and the Trump Organization shall each submit a letter describing such resources for the expeditious production of non-privileged materials; the review of potentially privileged materials; the creation of privilege logs (if privilege logs are necessary); and providing a Special Master with any necessary information to make timely and

accurate determinations as to privilege.

SO ORDERED.

Dated: New York, New York
April 24, 2018

*[signature: Kimba M. Wood]*

KIMBA M. WOOD
United States District Judge