UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In the Matter of Search Warrants Executed on
April 9, 2018

Case # 18 MJ 3161 (KMW)

Notice of Appearance

---------------------------------------------------------x

SIR or MADAM:

      PLEASE TAKE NOTICE that Ellen B. Resnick, an attorney duly admitted to practice before this Court and associated with the Law Offices of Alan S. Futerfas, located at 565 Fifth Avenue, 7th Floor, New York, New York 10017, telephone (212) 684-8400, facsimile (212) 856-9494, email address ebresnick@futerfaslaw.com will appear as counsel for Intervenor the Trump Organization in the above-captioned matter. For purposes of ECF notification, the email address is ebresnick@futerfaslaw.com.

Dated:    April 19, 2018
              New York, New York

Law Offices of Alan S. Futerfas

*/s/ Ellen Resnick*

Ellen B. Resnick
565 Fifth Avenue, 7th Floor
New York, New York 10017
212-684-8400
ebresnick@futerfaslaw.com

TO:    All counsel (by ECF)