# ALAN S. FUTERFAS

ATTORNEY AT LAW

565 FIFTH AVENUE, 7TH FLOOR

NEW YORK, NEW YORK 10017

(212) 684-8400

ELLEN B. RESNICK
RICHARD F. BRUECKNER

BETTINA SCHEIN
OF COUNSEL

asfuterfas@futerfaslaw.com

April 25, 2018

By ECF
Honorable Kimba M. Wood
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *In the Matter of the Search Warrant Executed on April 9, 2018; Michael D. Cohen v. United States*, 18 MJ 3161 (KMW)

Dear Judge Wood:

    This firm represents Intervenor, the Trump Organization, with respect to the above-referenced matter and respectfully submits this letter in response to the Court's April 24, 2018 Order. Intervenor has requested the opportunity to review for privilege any and all documents, communications (including email) and information seized by the government from Mr. Cohen which relate to his work for the Trump Organization from 2007 to January 2017, including any Trump Organization materials stored, transmitted or otherwise accessed by or through the Trump Organization's electronic resources (e.g., servers, systems, equipment and facilities) (collectively the "Trump Org. Materials").

    By its Order of yesterday, this Court has requested a statement as to the resources available to undersigned counsel for the review of materials seized by the government for the purpose of determining privilege; production of materials to the Special Master; and the creation of a privilege log.

    Prior to the McDermott law firm's receipt of materials from the government, we will provide the McDermott firm with names of individuals and entities, email addresses and other search parameters to assist in its identification and retrieval of Trump Org. Materials. Intervenor is fully capable of processing and reviewing the materials segregated and provided by the McDermott firm.

ALAN S. FUTERFAS

Hon. Kimba M. Wood
April 25, 2018
Page 2

      Intervenor has engaged the services of a leading third-party e-discovery provider. Through this provider, Intervenor has dedicated e-discovery facilities and personnel. In addition, the provider's personnel are supplemented by three lawyers and a paralegal from this law firm and five lawyers and a paralegal currently employed in the legal department of Intervenor. Intervenor thus has abundant resources to process and review the materials we anticipate receiving from the McDermott firm. Upon receipt of the Trump Org. Materials, they will be uploaded onto an e-discovery review platform with functionality that allows for the tagging, filtering and review of documents based on date, sender, recipient, key words, and other metrics. Once uploaded, the Trump Org. Materials will be reviewed for privilege, with a privilege log contemporaneously tracking and recording all documents for which Intervenor claims privilege. Those documents deemed non-privileged will be released consistent with the Court's direction.

      We thank the Court for its consideration of this letter.

      Respectfully submitted,

      ASF/ by EBR

      Alan S. Futerfas

cc:    AUSA Nicholas Roos (via email and ECF)
       AUSA Rachel Maimin
       AUSA Thomas McKay