UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL D. COHEN,

               Plaintiff,

v.

UNITED STATES OF AMERICA,

               Defendant.

**ECF CASE**

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

18-Mag-3161

TO:    Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case in addition to the AUSAs already on the case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                        Respectfully submitted,

                                        ROBERT KHUZAMI
                                        Attorney for the United States,
                                        Acting Under Authority
                                        Conferred by 28 U.S.C. § 515

                                        by:   /s/
                                              Andrea M. Griswold
                                              Assistant United States Attorney
                                              (212) 637-1205

TO:    Counsel of Record