UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :
                                    :   **ORDER**
    - v. -                          :
                                    :   18 Cr 252 (VM)
THOMAS GASSNOLA,                    :
                                    :
    a/k/a "TJ"                      :
                                    :
        Defendant.                  :
- - - - - - - - - - - - - - - - x

ORIGINAL

SEALED

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on March 30, 2018;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         April 6, 2018

                                    _____
                                    THE HONORABLE VICTOR MARRERO
                                    UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/18