

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Todd Harrison
Attorney at Law
tdharrison@mwe.com
+1 212 547 5727

April 30, 2018

**VIA ECF**

United States District Judge Kimba M. Wood
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Michael D. Cohen v. United States of America*, 18-MJ-3161 (KMW)

Dear Judge Wood:

    We represent Michael D. Cohen in connection with the above-referenced matter.  We write concerning the motion to intervene filed by Stephanie Clifford and the government's letter filed on April 27, 2018.  The Court originally requested that the parties submit responses on Monday, April 30, 2018.  On April 27, 2018, the government filed a letter indicating that it was in discussions with counsel for Ms. Clifford and with the consent of counsel for Ms. Clifford, the government requested that the motion be held in abeyance.  (ECF No. 31).  We do not object to the request that the motion be held in abeyance.  Should the government or Ms. Clifford request that the motion be considered active, we would like to reserve the right to promptly file a responsive letter within two days.  We have spoken to the government and it has no objection to this request.

Respectfully submitted,

/s/   Todd Harrison

Todd Harrison

/s/   Stephen Ryan

Stephen Ryan

cc:   Counsel of Record