**MEMO ENDORSED**

**Michael J London**
P.O. Box 69-73
Taichung 40799
Taiwan, ROC
e-mail: maoshone@yahoo.com
Tel: 886 970 708 292
Fax: 886 4 2463 7826

RECEIVED
APR 3 0 2018
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

April 14, 2018

Hon. Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/30/18_

Dear Judge Wood,

A member of the court recently issued a search warrant (please excuse if the wrong term as I am not an attorney) which was used by the Department of Justice to seize certain records from the office of Attorney Michael Cohen in New York.

I understand that you are handling the case.

If I believe that records of other clients, not covered by the search warrant or in any way connected with the investigation covered by the search warrant were improperly seized by the FBI agents, can you issue a bench warrant for the arrest of the FBI agents who conducted the operation and force them to return the documents?

It would seem ludicrous to ask the FBI to investigate and arrest their own people for illegal activities.

I assume there is no legal prohibition to raise this issue in the press.

Thank you very much.

Very truly yours,

Michael London

*The Court lacks the authority to grant the requested relief.*

*4-30-18*

SO ORDERED, N.Y., N.Y.

KIMBA M WOOD
U S D J.