UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Michael D. Cohen                     Plaintiff,        Case No. 18-MJ-3161 (KMW)

-against-

United States of America             Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending              ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Catherine Keenan**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CK5925          My State Bar Number is 3065703

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: K&L Gates, LLP
             FIRM ADDRESS: 599 Lexington Avenue, New York, NY 10022
             FIRM TELEPHONE NUMBER: (212) 536-3900
             FIRM FAX NUMBER: (212) 536-3901

NEW FIRM:    FIRM NAME: Philip Russell, LLC
             FIRM ADDRESS: 66 Field Point Road, Greenwich, CT 06830
             FIRM TELEPHONE NUMBER: (203) 661-4200
             FIRM FAX NUMBER: (203) 661-3666

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 04/30/2018

_____
ATTORNEY'S SIGNATURE