**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/18

April 27, 2018

**BY ECF AND HAND**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Cohen v. United States*, 18 Mag. 3161 (KMW)

Dear Judge Wood:

The Government respectfully submits this letter to advise the Court that the Government and counsel for proposed Intervenor Stephanie Clifford have met and conferred regarding her Motion to Intervene (the "Motion"), as the Court directed. At this time, with the consent of counsel for Ms. Clifford, the Government requests that the Motion be held in abeyance pending these ongoing discussions.

— GRANTED
KMW

Respectfully submitted,

ROBERT KHUZAMI
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

By: ___/s/___
Rachel Maimin
Andrea Griswold
Thomas McKay
Nicolas Roos
Assistant United States Attorneys
(212) 637-2460

cc: Michael J. Avenatti, Esq. (by email)

4-30-18
SO ORDERED, N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.