UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
MICHAEL D. COHEN,

                Plaintiff,

   v.

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------------------x

No. 18-MJ-3161 (KMW)

ECF Case

**NOTICE OF APPEARANCE**

To the Clerk and all parties of record:

      Please enter my appearance in this case as counsel for Intervenor, President Donald J. Trump.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       May 9, 2018

Respectfully submitted,

SPEARS & IMES LLP

By:    /s/ Joanna C. Hendon
       Joanna C. Hendon
       51 Madison Avenue
       New York, New York 10010
       Tel:  (212) 213-6996
       Fax: (212) 213-0849
       E-mail: jhendon@spearsimes.com