# EXHIBIT B

From: Michael Cohen
Sent: Wednesday, May 9, 2018 9:28:36 AM
To: mavenatti@eaganavenatti.com
Subject: No connection with Michael Cohen, Donald Trump's lawyer

Dear Mr Avenatti,

It has come to my attention that you have cited a payment from Actuarial Partners to myself in connection with the Stormy Daniels affair.

Please note that I am not the said Michael Cohen. I am a Canadian international consultant residing in Ottawa, Canada. The payment from Actuarial Partners was for legitimate work performed on their behalf in respect to a project in Tanzania.

I would greatly appreciate it if you were to correct this error forthwith and make it known publicly that there is no connection between myself and Actuarial Partners and your action against the New York attorney with whom I share a name.

You are surely aware of the fact that this is an extremely common name and would request that you take care before involving innocent parries in this sordid affair.

Actuarial Partners have already received inquiries from the press in this regard and we would like to see this scurrilous rumour spiked as soon as possible.

Please acknowledge receipt of this email and take the steps I have requested above.

Yours truly,

Michael Cohen