UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
*In the Matter of Search Warrants Executed on April 9, 2018*
-----------------------------------------------------------X
MICHAEL D. COHEN,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/18
```

18-MJ-3161 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    If Michael Avenatti wishes to be heard at the May 24th, 2018 conference in this matter, as counsel for Stephanie Clifford, he must move for admission *pro hac vice* by May 17th, 2018.

    SO ORDERED.

Dated: New York, New York
       May 11, 2018

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge