UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In the Matter of Search Warrants Executed on April 9, 2018* | |
| MICHAEL D. COHEN,<br><br>       Plaintiff,<br><br>  - against –<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | 18-MJ-3161 (KMW)<br><br>**MOTION OF MICHAEL J. AVENATTI FOR ADMISSION *PRO HAC VICE*** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Michael J. Avenatti, hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Intervenor Stephanie Clifford a.k.a. Stormy Daniels in the above-captioned action.

  I am in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any State or Federal Court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: May 13, 2018

              Respectfully Submitted,

              _____
              Michael J. Avenatti
              AVENATTI & ASSOCIATES, APC
              520 Newport Center Drive, Suite 1400
              Newport Beach, CA 92660
              Tel: (949) 706-7000
              Fax: (949) 706-7050
              E-Mail: mavenatti@eoalaw.com