**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In the Matter of Search Warrants Executed on April 9, 2018* | |
| MICHAEL D. COHEN,<br><br>                    Plaintiff,<br><br>         - against –<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | 18-MJ-3161 (KMW)<br><br>**AFFIDAVIT OF MICHAEL J. AVENATTI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Michael J. Avenatti, being duly sworn, hereby deposes and says as follows:

1.  I am the managing partner of Avenatti & Associates, APC.

2.  I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3.  I am the recipient of the 2009 Trial Lawyer of the Year award from the Orange County Trial Lawyers Association. I undertook undergraduate studies at the University of Pennsylvania and I graduated at the top of my class from George Washington University Law School, where I presently serve as a member of the Board of Advisors. In 2007, I was named as one of the "Top 20 Lawyers in California Under 40" by *The Daily Journal*. I have tried cases in courts throughout the United States and have served as lead counsel in cases resulting in verdicts and settlements totaling over $1 Billion since I began my career as an attorney. Included among

1

4.  As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.

5.  There are no pending disciplinary proceedings against me in any State or Federal Court.

6.  I have not been convicted of a felony.

7.  I have not been censured, suspended, disbarred or denied admission or readmission by any court.

8.  Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Intervenor Stephanie Clifford a.k.a. Stormy Daniels.

Dated: May 13, 2018

Michael J. Avenatti
AVENATTI & ASSOCIATES, APC
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Tel: (949) 706-7000
Fax: (949) 706-7050
E-Mail: mavenatti@eoalaw.com

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of __Orange__ )

On __May 13, 2018__ before me, __Hillary C. Wolett, notary public__,
      Date                                    Here Insert Name and Title of the Officer
personally appeared __Michael J. Avenatti__
                         Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Hillary Wolett__
         Signature of Notary Public

HILLARY CONVERSE WOLETT
Commission # 2114619
Notary Public - California
Orange County
My Comm. Expires Jun 8, 2019

Place Notary Seal Above

─────────────── OPTIONAL ───────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __admission pro hac vice__  Document Date: __5/13/18__
Number of Pages: __3__  Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)  Item #5907

**THE STATE BAR
OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 26, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL JOHN AVENATTI, #206929 was admitted to the practice of law in this state by the Supreme Court of California on June 1, 2000; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Membership Records

# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Michael J. Avenatti__, Bar No. __206929__

was duly admitted to practice in this Court on __July 30, 2002__
*DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __April 25, 2018__
*Date*

KIRY K. GRAY
Clerk of Court

By __[signature]__
Lupe Thrasher, Deputy Clerk

G-52 (10/15)   CERTIFICATE OF GOOD STANDING - BAR MEMBER