UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In the Matter of Search Warrants Executed on April 9, 2018* | |
| MICHAEL D. COHEN,<br><br>                              Plaintiff,<br><br>         - against –<br><br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | 18-MJ-3161 (KMW)<br><br>**ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Michael J. Avenatti, for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

   Michael J. Avenatti
   AVENATTI & ASSOCIATES, APC
   520 Newport Center Drive, Suite 1400
   Newport Beach, CA 92660
   Tel: (949) 706-7000
   Fax: (949) 706-7050
   E-Mail: mavenatti@eoalaw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Intervenor Stephanie Clifford a.k.a. Stormy Daniels in the above entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____
                                     United States District/Magistrate Judge