UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
*In the Matter of Search Warrants Executed on April 9, 2018*
-------------------------------------------------------X

MICHAEL D. COHEN,

                Plaintiff,

  -against-

UNITED STATES OF AMERICA,

                Defendant.
-------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/18
```

18-MJ-3161 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Mr. Cohen is directed to respond to Mr. Avenatti's letter and motion for admission *pro hac vice*, (ECF Nos. 47, 49), by May 18, 2018, at 5:00 p.m. Mr. Cohen's response should include citations to any legal authorities that support his position.

    SO ORDERED.

Dated: New York, New York
       May 16, 2018

                                      */s/ Kimba M. Wood*
                                      KIMBA M. WOOD
                                  United States District Judge