# EXHIBIT A

NEW YORK YORK CITY BOARD OF ELECTIONS
————————————————————————————X

In the matter of Scott Stringer, candidate for Comptroller of
The City of New York
————————————————————————————X

RECEIVED
BOARD OF ELECTIONS IN
THE CITY OF NEW YORK
32 BROADWAY

2013 JUL 17 P 12: 07

STATE OF NEW YORK, COUNTY OF NEW YORK) ss.:

PETER J. GLEASON, an attorney licensed to practice before all courts of the State hereby affirms under penalty of perjury that the following is submitted so that this complaint will first be reviewed administratively:

1. Scott Stringer, by dint of filing nominating petitions, is a candidate for Comptroller of The City of New York.

2. According to the New York City Campaign Finance Board, candidate Stringer, under his campaign's expenditures lists six payments made to George Arzt Communications Inc. These six payments were made between 12/13/12 - 04/29/13 and totaled $8,070.77. According to Candidate Stringer's filing these payments were made for, "Prof. Srvcs. Public Relations". Please see heretofore attached and marked **Exhibit A**, relevant printout.

3. Upon information and belief, The principle of George Arzt Communications Inc., is George Arzt.

4. Upon information and belief, George Arzt Communications Inc., is registered with the New York City Office of the City Clerk as a lobbyist.

5. George Arzt on http://www.nyc.gov/lobbyistsearch/search, is listed as a lobbyist and for the period 03/20/2012 - 12/31/2012, Mr. Arzt was compensated by Extell Development Company for lobbying efforts targeting the Manhattan Borough President. During the time period in question Scott Stringer was the Manhattan Borough President. Please see heretofore attached and marked **Exhibit B**, relevant printout.

6. According to the aforementioned and exhibited public documents, during the time period 12/13/2012 - 12/31/2012, Mr. Arzt was lobbying Scott Stringer, in his capacity as Manhattan Borough President, at the same time Candidate Scott Stringer, placed George Arzt and or George Arzt Communication under a personal obligation to him or his employer.

7. Upon information and belief, George Arzt is married to Ms. Ann Weisbrod. Ms. Weisbrod is President of the Hudson Yards Development Corporation.

8. According to Extell Development Company's web-site they are developing over 1.7 million square feet on the footprint of the Hudson Yards.

9. George Arzt, according to the New York City Campaign Finance Board bundled $1,800 in campaign contributions from executives of Extell Development Company. Please see heretofore attached and marked **Exhibit C**, relevant printout.

**WHEREFORE,** it is respectfully requested that the undersigned have the opportunity to be heard concerning this matter at the next public session and a thorough investigation be conducted into the ethicacy of the foregoing.

Dated: New York, New York
July 17, 2013

PETER J. GLEASON
53 N. Moore Street, 3C
NY, NY 10013
(212) 431-5030

# EXHIBIT A

| Payee | Address | Candidate | Date | Amount | Purpose | Reference |
|---|---|---|---|---|---|---|
| | | (2013) | | | Attorney | St#: 8 ID: R0017423 |
| Genova, Burns & Giantomasi | New York, NY 10006 | Stringer, Scott M Comptroller (2013) | 08/10/2011 | $2,832.50 | Prof. Srvcs. Attorney fees | Expenditure Payments St#: 4 ID: R0011827 |
| Genova, Burns & Giantomasi | New York, NY 10006 | Stringer, Scott M Comptroller (2013) | 06/02/2011 | $440.00 | Prof. Srvcs. Legal Services | Expenditure Payments St#: 3 ID: R0011438 |
| Genova, Burns & Giantomasi | New York, NY 10006 | Stringer, Scott M Comptroller (2013) | 04/29/2011 | $137.50 | Prof. Srvcs. Legal Services | Expenditure Payments St#: 3 ID: R0010562 |
| Genova, Burns & Giantomasi | New York, NY 10006 | Stringer, Scott M Comptroller (2013) | 01/21/2011 | $1,347.50 | Prof. Srvcs. Legal Services | Expenditure Payments St#: 3 ID: R0010007 |
| Genova, Burns & Giantomasi | New York, NY 10006 | Stringer, Scott M Comptroller (2013) | 02/11/2011 | $2,045.00 | Prof. Srvcs. Legal Services | Expenditure Payments St#: 3 ID: R0010009 |
| Genova, Burns & Giantomasi | New York, NY 10006 | Stringer, Scott M Comptroller (2013) | 03/24/2011 | $137.50 | Prof. Srvcs. Legal Services | Expenditure Payments St#: 3 ID: R0010256 |
| Genova, Burns & Giantomasi | New York, NY 10006 | Stringer, Scott M Comptroller (2013) | 10/17/2011 | $110.00 | Prof. Srvcs. Legal services | Expenditure Payments St#: 4 ID: R0012737 |
| Genova, Burns & Giantomasi | New York, NY 10006 | Stringer, Scott M Comptroller (2013) | 10/17/2011 | $412.50 | Prof. Srvcs. Legal services | Expenditure Payments St#: 4 ID: R0012739 |
| Genova, Burns & Giantomasi | New York, NY 10006 | Stringer, Scott M Comptroller (2013) | 12/16/2011 | $367.50 | Prof. Srvcs. Attorney | Expenditure Payments St#: 4 ID: R0013386 |
| Genova, Burns & Giantomasi | New York, NY 10006 | Stringer, Scott M Comptroller (2013) | 11/21/2011 | $137.50 | Prof. Srvcs. Legal services | Expenditure Payments St#: 4 ID: R0012837 |
| Genova, Burns & Giantomasi | New York, NY 10006 | Stringer, Scott M Comptroller (2013) | 02/07/2012 | $917.50 | Prof. Srvcs. Attorney | Expenditure Payments St#: 5 ID: R0014684 |
| Genova, Burns & Giantomasi | New York, NY 10006 | Stringer, Scott M Comptroller (2013) | 01/06/2012 | $917.50 | Prof. Srvcs. Attorney | Expenditure Payments St#: 4 ID: R0013465 |
| Genova, Burns & Giantomasi | New York, NY 10006 | Stringer, Scott M Comptroller (2013) | 08/19/2010 | $1,665.00 | Prof. Srvcs. Legal | Expenditure Payments St#: 2 ID: R0008509 |
| Genova, Burns & Giantomasi | New York, NY 10006 | Stringer, Scott M Comptroller (2013) | 08/11/2010 | $4,285.00 | Prof. Srvcs. Legal | Expenditure Payments St#: 2 ID: R0008515 |
| Genova, Burns & Giantomasi | New York, NY 10006 | Stringer, Scott M Comptroller (2013) | 10/07/2010 | $1,780.00 | Prof. Srvcs. Attorney | Expenditure Payments St#: 2 ID: R0009273 |
| Genova, Burns & Giantomasi | New York, NY 10006 | Stringer, Scott M Comptroller (2013) | 10/14/2010 | $452.50 | Prof. Srvcs. Attorney | Expenditure Payments St#: 2 ID: R0009285 |
| Genova, Burns & Giantomasi | New York, NY 10006 | Stringer, Scott M Comptroller (2013) | 12/07/2010 | $1,113.79 | Prof. Srvcs. Attorney Fees | Expenditure Payments St#: 2 ID: R0009402 |
| Genova, Burns & Giantomasi | New York, NY 10006 | Stringer, Scott M Comptroller (2013) | 12/07/2010 | $942.50 | Prof. Srvcs. Attorney Fees | Expenditure Payments St#: 2 ID: R0009404 |
| Genova, Burns & Giantomasi | New York, NY 10006 | Stringer, Scott M Comptroller (2013) | 03/18/2010 | $1,762.50 | Prof. Srvcs. Legal | Expenditure Payments St#: 1 ID: R0007395 |
| George Arzt Communications Inc | New York, NY 10038 | Stringer, Scott M Comptroller (2013) | 12/13/2012 | $1,500.00 | Prof. Srvcs. Public Relations | Expenditure Payments St#: 6 ID: R0015578 |
| George Arzt Communications Inc | New York, NY 10038 | Stringer, Scott M Comptroller (2013) | 03/25/2013 | $1,500.00 | Prof. Srvcs. Public Relations | Expenditure Payments St#: 8 ID: R0015906 |
| George Arzt Communications Inc | New York, NY 10038 | Stringer, Scott M Comptroller (2013) | 02/25/2013 | $70.77 | Prof. Srvcs. Public Relations | Expenditure Payments St#: 7 ID: R0015685 |

| Payee | Address | Filer | Date | Amount | Purpose | Type |
|---|---|---|---|---|---|---|
| George Arzt Communications Inc | New York, NY 10038 | Stringer, Scott M Comptroller (2013) | 01/18/2013 | $1,500.00 | Prof. Srvcs. Public Relations | Expenditure Payments St#: 7 ID: R0015634 |
| George Arzt Communications Inc | New York, NY 10038 | Stringer, Scott M Comptroller (2013) | 02/04/2013 | $1,500.00 | Prof. Srvcs. Public Relations | Expenditure Payments St#: 7 ID: R0015681 |
| George Arzt Communications Inc | New York, NY 10038 | Stringer, Scott M Comptroller (2013) | 04/29/2013 | $2,000.00 | Prof. Srvcs. Public Relations | Expenditure Payments St#: 8 ID: R0017417 |
| GMMB | Washington, DC 20007 | Stringer, Scott M Comptroller (2013) | 03/07/2013 | $794.00 | Campgn Consuls. communications | Expenditure Payments St#: 7 ID: R0015715 |
| GMMB | Washington, DC 20007 | Stringer, Scott M Comptroller (2013) | 03/25/2013 | $12,500.00 | Campgn Consuls. communications | Expenditure Payments St#: 8 ID: R0015912 |
| GMMB | Washington, DC 20007 | Stringer, Scott M Comptroller (2013) | 01/25/2013 | $12,500.00 | Campgn Consuls. communications | Expenditure Payments St#: 7 ID: R0015637 |
| GMMB | Washington, DC 20007 | Stringer, Scott M Comptroller (2013) | 04/23/2013 | $12,500.00 | Campgn Consuls. Communications | Expenditure Payments St#: 8 ID: R0017421 |
| God's Love We Deliver | New York, NY 10013 | Stringer, Scott M Comptroller (2013) | 03/18/2011 | $2,000.00 | Other: explntion Donation | Expenditure Payments St#: 3 ID: R0010537 |
| Grand Havana Room | New York, NY 10103 | Stringer, Scott M Comptroller (2013) | 02/04/2011 | $70.97 | Fundraising Meeting | Expenditure Payments St#: 3 ID: R0010048 |
| Grata | New York, NY 10022 | Stringer, Scott M Comptroller (2013) | 03/19/2012 | $197.93 | Fundraising Meeting | Expenditure Payments St#: 5 ID: R0014772 |
| Greystone & Co. | New York, NY 10019 | Stringer, Scott M Comptroller (2013) | 12/21/2012 | $432.34 | Advance Repaymnt Advance Repayment | Expenditure Payments St#: 6 ID: R0015609 |
| Hampton Inn & Suites Albany | Albany, NY 12210 | Stringer, Scott M Comptroller (2013) | 03/25/2013 | $165.48 | Other: explntion hotel | Expenditure Payments St#: 8 ID: R0015931 |
| Hampton Inn & Suites Albany | Albany, NY 12210 | Stringer, Scott M Comptroller (2013) | 03/25/2013 | $158.46 | Other: explntion hotel | Expenditure Payments St#: 8 ID: R0015933 |
| Hard Rock Cafe -Yankee Stadium | Bronx, NY 10451 | Stringer, Scott M Comptroller (2013) | 12/14/2012 | $43.43 | Other: explntion Meeting | Expenditure Payments St#: 6 ID: R0015589 |
| Harlem Tavern | New York, NY 10026 | Stringer, Scott M Comptroller (2013) | 08/24/2011 | $54.00 | Fundraising Meeting | Expenditure Payments St#: 4 ID: R0011846 |
| Hilton Hotels | Rye Brook, NY 10573 | Stringer, Scott M Comptroller (2013) | 05/28/2010 | $164.47 | Other: explntion State Convention | Expenditure Payments St#: 1 ID: R0007515 |
| Hilton Hotels | Rye Brook, NY 10573 | Stringer, Scott M Comptroller (2013) | 05/28/2010 | $164.47 | Other: explntion State Convention | Expenditure Payments St#: 1 ID: R0007517 |
| Inner Circle | | Stringer, Scott M Comptroller (2013) | 09/22/2010 | $1,000.00 | Polit Contribs. Contribution | Expenditure Payments St#: 2 ID: R0008714 |
| Inner Circle | | Stringer, Scott M Comptroller (2013) | 04/01/2010 | $1,000.00 | Polit Contribs. Contribution | Expenditure Payments St#: 1 ID: R0008206 |
| Inner Circle | | Stringer, Scott M Comptroller (2013) | 04/27/2010 | ($1,000.00) | | Expenditure Refunds St#: 1 ID: R0008207 |
| J&R Computer World | New York, NY 10038 | Stringer, Scott M Comptroller (2013) | 07/19/2011 | $59.87 | Office Expenses Office supplies | Expenditure Payments St#: 4 ID: R0011790 |
| J&R Computer World | New York, NY 10038 | Stringer, Scott M Comptroller (2013) | 12/01/2010 | $216.65 | Office Expenses Supplies- Printer | Expenditure Payments St#: 2 ID: R0009502 |
| J&R Computer World | New York, | Stringer, Scott M | | | | |

# EXHIBIT B

# Search Results for ARZT

Only Lobbyist matches were found for "ARZT".
→ View listing of **lobbyist** names that meet your search criteria

LOBBYIST. Multiple matches were found for "ARZT". Please select from the following list. [BACK TO TOP]

| Lobbyist Principal | Lobbyist Address | Lobbyist Officer | Client Name & Address | Additional Lobbyists | Begin Date | End Date | Details VIEW ALL | HIDE ALL |
|---|---|---|---|---|---|---|---|---|
| George Arzt Communications, Inc. | 123 William Street, 22nd Floor New York, NY 10038 United States of America | Maya Gelfand | COOPER AND 6TH PROPERTY LLC 500 West 43rd Street _39A New York, NY 10036 United States of America (212) 564-1770 | Jane Crotty | 01/01/2013 | 12/31/2013 | VIEW DETAILS | |
| George Arzt Communications, Inc. | 123 William Street, 22nd Floor New York, NY 10038 United States of America | Maya Gelfand | Becaan LLC 1950 South Ocean Blvd Palm Beach, FL 33480 United States of America (561) 659-4237 | George Arzt | 08/27/2012 | 11/30/2012 | VIEW DETAILS | |
| George Arzt Communications, Inc. | 123 William Street, 22nd Floor New York, NY 10038 United States of America | Maya Gelfand | Kronos Incorporated 297 Billerica Road Chelmsford, MA 08124 United States of America (978) 250-9800 | George Arzt | 08/23/2012 | 12/31/2012 | VIEW DETAILS | |
| George Arzt Communications, Inc. | 123 William Street, 22nd Floor New York, NY 10038 United States of America | Maya Gelfand | Han-Dell Food Stores, Inc. 241-10 Hillside Avenue Bellerose, NY 11426 United States of America (718) 470-1930 | Fred Winters George Arzt | 08/20/2012 | 10/25/2012 | VIEW DETAILS | |
| George Arzt Communications, Inc. | 123 William Street, 22nd Floor New York, NY 10038 United States of America | Maya Gelfand | 11 East 68th Street LLC 600 Madison Avenue, 17th Floor New York, NY 10023 United States of America (212) 300-8000 | George Arzt | 07/26/2012 | 12/31/2012 | VIEW DETAILS | |
| George Arzt Communications, Inc. | 123 William Street, 22nd Floor New York, NY 10038 United States of America | George Arzt | Generation 21, NY INC. 6709 19 ave Brooklyn, NY 11204 United States of America (718) 621-9321 | Maya Gelfand George Arzt | 06/20/2012 | 12/31/2012 | VIEW DETAILS | |
| George Arzt Communications, Inc. | 123 William Street, 22nd Floor New York, NY 10038 United States of America | Maya Gelfand | Bike New York, Inc. 475 Riverside Drive _1300 New York, NY 10115 United States of America (212) 870-2080 | Jane Crotty George Arzt | 06/11/2012 | 11/30/2012 | VIEW DETAILS | |
| George Arzt Communications, Inc. | 123 William Street, 22nd Floor New York, NY 10038 United States of America | Maya Gelfand | Cornell & Company, Inc. P.O. Box 807 Westville, NJ 08096 United States of America (856) 742-1900 | George Arzt | 05/30/2012 | 08/23/2012 | VIEW DETAILS | |
| George Arzt Communications, Inc. | 123 William Street, 22nd Floor New York, NY 10038 United States of America | George Arzt | VICTOR AT FIFTH, LLC 3349 Highway 138 Bldg C - Ste C Wall, NJ 07719 United States of America (732) 280-8181 | George Arzt | 04/19/2012 | 07/31/2012 | VIEW DETAILS | |
| George Arzt Communications, Inc. | 123 William Street, 22nd Floor New York, NY 10038 United States of America | George Arzt | Extell Development Company 805 Third Ave, 7th Floor New York, NY 10022 United States of America (212) 712-6010 | George Arzt | 03/20/2012 | 12/31/2012 | | |

Target: **Borough President - Manhattan**
Subject: **Upper West Side rezoning**

false

| | Compensation | Reimbursement |
|---|---|---|
| P1 | $0.00 | $0.00 |
| P2 | $1,000.00 | $0.00 |
| P3 | $2,000.00 | $0.00 |
| P4 | $2,000.00 | $0.00 |
| P5 | $2,000.00 | $0.00 |
| P6 | $2,000.00 | $0.00 |
| Total | $9,000.00 | $0.00 |

| Lobbyist Principal | Lobbyist Address | Lobbyist Officer | Client Name & Address | Additional Lobbyists | Begin Date | End Date | Details |
|---|---|---|---|---|---|---|---|
| George Arzt Communications, Inc. | 123 William Street, 22nd Floor New York, NY 10038 United States of America | George Arzt | 20/20 INSPECTIONS INC POST OFFICE BOX 190872 BROOKLYN, NY 11219 United States of America (800) 819-7788 | George Arzt | 03/01/2012 | 12/31/2012 | VIEW DETAILS |

# EXHIBIT C



# New York City Campaign Finance Board Searchable Database

| Quick Contributor Search | Advanced Search | Search Results |

**Intermediary search**
**Election cycle:**   **Candidate:** Stringer, Scott M   **Intermediary name:** Arzt, George D

Records/Page: 25 | Total Records: 11 | Total Amount: $2,000.00 | To modify this search, go to [Advanced Search]

| Contributor name | Address | Employer/Occupation | Candidate/Office | Date | Amount | Type |
|---|---|---|---|---|---|---|
| Abbruzzese, Anthony | Staten Island, NY 10309 | Extell Development / Extell Development Company | Stringer, Scott M Comptroller (2013) | 01/05/2012 | $100.00 | Monetary Contributions St#: 4 ID: R0013002 |
| Arzano, Louis | New York, NY 10014 | Extell Development / Engineer | Stringer, Scott M Comptroller (2013) | 01/05/2012 | $100.00 | Monetary Contributions St#: 4 ID: R0012999 |
| Barnett, Gary | Richmond Hill, NY 11418 | Extell Development / Developer | Stringer, Scott M Comptroller (2013) | 01/11/2012 | $400.00 | Monetary Contributions St#: 4 ID: R0013162 |
| Gargano, Donna | Southampton, NY 11968 | Extell Development / Senior VP, Development | Stringer, Scott M Comptroller (2013) | 01/11/2012 | $400.00 | Monetary Contributions St#: 4 ID: R0013170 |
| Genack, Ahuva | New York, NY 10025 | Chase Manhattan Bank / Lawyer | Stringer, Scott M Comptroller (2013) | 01/11/2012 | $100.00 | Monetary Contributions St#: 4 ID: R0013173 |
| Hertz, Dov | New York, NY 10013 | Extell Development / Executive VP | Stringer, Scott M Comptroller (2013) | 01/11/2012 | $100.00 | Monetary Contributions St#: 4 ID: R0013166 |
| Loskant, Charles | Hohokus, NJ 07423 | Extell Development / Construction Executive | Stringer, Scott M Comptroller (2013) | 01/05/2012 | $100.00 | Monetary Contributions St#: 4 ID: R0013004 |
| Mannarino, Anthony | Chappaqua, NY 10514 | Extell Development / Executive VP | Stringer, Scott M Comptroller (2013) | 01/11/2012 | $400.00 | Monetary Contributions St#: 4 ID: R0013164 |
| Murphy, Richard L | New York, NY 10025 | Youthline America / CEO | Stringer, Scott M Comptroller (2013) | 06/14/2011 | $100.00 | Monetary Contributions St#: 3 ID: R0011081 |
| Rothstein, David | Plainview, NY 11803 | Extell Development / Manager | Stringer, Scott M Comptroller (2013) | 01/11/2012 | $100.00 | Monetary Contributions St#: 4 ID: R0013172 |
| Schwartz, Jennifer | Norwalk, CT 06850 | Extell Development / Senior VP | Stringer, Scott M Comptroller (2013) | 01/11/2012 | $100.00 | Monetary Contributions St#: 4 ID: R0013168 |