UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

*In the Matter of Search Warrants Executed on*
*April 9, 2018*

-------------------------------------------------------X

MICHAEL D. COHEN,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

-------------------------------------------------------X

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 5/21/18 |

18-MJ-3161 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

The parties shall update the Court as to the status of Ms. Clifford's motion to intervene,

including whether the Government or Mr. Cohen intends to oppose the motion, at the May 24,

2018 conference. *The Government shall update the Court as to whether it opposes Mr. Avenatti's motion to appear in this matter pro hac vice.*

SO ORDERED.

Dated: New York, New York
May 21, 2018

Kimba M. Wood

KIMBA M. WOOD
United States District Judge