

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

<em>The Silvio J. Mollo Building<br>
One Saint Andrew's Plaza<br>
New York, New York 10007</em>

May 21, 2018

**BY ECF AND HAND**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Cohen v. United States*, 18 Mag. 3161 (KMW)

Dear Judge Wood:

    The Government respectfully submits this letter in response to the Court's order, dated May 21, 2018. The Government has conferred again with counsel for proposed Intervenor Stephanie Clifford and, at this time, with the consent of counsel for Ms. Clifford, the Government requests that her motion to intervene continue to be held in abeyance. After further conferring with counsel for Ms. Clifford, the Government will provide an update to the Court on or before June 1, 2018, advising whether there is a need for the Court to consider the motion.

    The Government takes no position on Mr. Avenatti's motion to appear *pro hac vice*.

    Respectfully submitted,

    ROBERT KHUZAMI
    Attorney for the United States,
    Acting Under Authority Conferred by
    28 U.S.C. § 515

By:    /s/
    Rachel Maimin
    Andrea Griswold
    Thomas McKay
    Nicolas Roos
    Assistant United States Attorneys
    (212) 637-2460

cc:  Michael J. Avenatti, Esq. (by email)