UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

In the Matter of            )
Search Warrants             )     Case No.
Executed on April 9, 2018   )     1:18-mj-03161-KMW-1

## MOTION OF ROBERT BEAUCHAMP TO INTERVENE

Pursuant to FRCVP, Rule 24(a)(2), the intervenor Robert Beau-
champ/pro se (hereinafter "Beauchamp") respectfully requests that
any correspondence/attachments transmitted by Beauchamp to movant
Michael Cohen, possibly seized by FBI agents on April 9, 2018, be
returned to Beauchamp (UNCOPIED).  Beauchamp asserts that his
claims and interests in this matter involve attorney/ (prospective)
client privilege, which is protected under the Fifth Amendment to the
Constitution of the United States.

## IN SUPPORT WHEREOF, BEAUCHAMP ASSERTS AS FOLLOWS:

1.) On February 14, 2018, Beauchamp sent a letter/attachments to
    DOJ IG Michael Horowitz wherein Beauchamp detailed/documented
    obstruction of justice/withholding information from the U.S.
    Senate, in 2013, by then FBI Director (now Special Counsel
    (SC)) Robert Mueller (SECTION 1).

2.) On March 2 and April 10, 2018, Beauchamp transmitted corre-
    spondence/attachments to movant Michael Cohen to explore
    the possiblity of Cohen's representing Beauchamp's legal

2.)   interests in <u>no. 1 supra</u>.

3.)   On <u>March 9, 2018</u>, DOJ IG Michael Horowitz informed Beauchamp

that <u>no. 1 supra</u> had been referred to the FBI Inspection Di-

vision for review (**A.1**).   (see also **STONEWALL** (www.lulu.com)

"preview" at **A.2**)

    (<u>**NOTE**</u>:   There does exist the possibility that FBI agents
                intercepted my <u>March 2, 2018</u> mailing to movant
                Cohen, so therefore would not have been seized
                in the <u>April 9, 2018</u> searches of Cohen's office/
                residence.   Previously, the FBI has (<u>illegally</u>)
                intercepted legal mailings I have sent (**SECTION** 2).

        **WHEREFORE**, Beauchamp respectfully requests that <u>if</u> his

<u>March 2, 2018</u> correspondence/attachments to movant Cohen

were seized by FBI agents on April 9, 2018, that these docu-

ments be returned to Beauchamp (<u>UNCOPIED</u>).

Respectfully submitted,

*Robert Beauchamp*
Robert Beauchamp
Intervenor/Pro Se
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056
May 16, 2018



**U.S. Department of Justice**                                    A.1
Office of the Inspector General
*Investigations Division*
1425 New York Avenue, N.W., Suite 7100
Washington, DC 20530

March 9, 2018

ADDRESSEE'S
EYES ONLY

Robert Beauchamp
MCI Norfolk
P.O. Box 43
Norfolk, MA 02056

Dear Mr. Beauchamp:

Thank you for your correspondence dated February 14, 2018. The U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs and operations. After reviewing your complaint, we have determined that the matters that you raised are more appropriate for review by another office within the DOJ. Therefore, we have forwarded your correspondence to:

> Federal Bureau of Investigation
> Inspection Division
> 935 Pennsylvania Avenue NW
> Washington, DC 20535
> Phone: (202) 324-3000

Please direct any further correspondence regarding this matter to that office.

Of course, if you have information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,                              April 4, 2018

                                        Given the compelling national
                                        interest in this FBI review of
Office of the Inspector General         my corruption allegations against
Investigations Division                 Special Counsel Robert Mueller
                                        (see attached STONEWALL "preview"),
                                        I am requesting that official(s)
                                        from the FBI Inspection Division
                                        phone or meet with me at the ear-
                                        liest possible date.

                                        *Robert Beauchamp*
                                        Robert Beauchamp

A.2



Login/Register    Support   Cart 🛒

Shop        Create        Sell        Learn           Search                    Bookstore

NOTE:

To obtain STONEWALL,
log onto (www.lulu.com).
(exemplar pages attached)

Paperback, 84 Pages

**STONEWALL**

Robert Beauchamp

GARDNER ART MYSTERY-SOLVED!

FORMATTED FOR USE BY THE MEDIA

Preview

Price: $30.00
Prints in 3-5 business days

Like    Be the first of your friends to like this.
Embed

This report details/documents a major act of corruption
committed by Special Counsel Robert Mueller. To wit: In early
2013, then FBI Director Mueller withheld the following
information from the U.S. Senate, which was in the process
of confirming Senator John Kerry to succeed Secretary of State
Hillary Clinton. That, in 1998, Middlesex County (MA) ADAs
Thomas O'Reilly and David Cunis conspired to frame Robert
Beauchamp for murder to retaliate against him for
threatening to publicly expose Kerry's homosexual
relationships with former DA John Droney and Gardner
Museum robber George Reissfelder. DOJ DAG Rod Rosenstein
and FBI SAC Hank Shaw have been withholding the above-
summarized Mueller corruption information from President
Donald Trump since late May 2017!

## Product Details

| | |
|---|---|
| ISBN | 9781365284731 |
| Copyright | ROBERT BEAUCHAMP (Standard Copyright License) |
| Edition | 1st |
| Publisher | Quail Valley Publishing |
| Published | February 28, 2017 |
| Language | English |
| Pages | 84 |
| Binding | Perfect-bound Paperback |

# SECTION 1

ROBERT BEAUCHAMP
MCI-NORFOLK
P.O. BOX 43
NORFOLK, MA 02056
_____

February 14, 2018

Mr. Michael E. Horowitz
Inspector General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Suite 4706
Washington, D.C. 20530-0001

RE: Special Counsel Robert Mueller
    District Attorney Marian Ryan
    FBI Director Christopher Wray
    FBI Chief CRU Jeffrey Veltri
    FBI SAC Hank Shaw

    Obstructions of Justice

Dear Inspector General Horowitz:

1.) On September 11, 2017, I sent FBI Director Christopher Wray
    a letter/attachments wherein I extensively detailed and
    highly documented a conspiracy to violate my federal civil
    rights by ADA Thomas O'Reilly and ADA (now Judge) David Cu-
    nis and obstructions of justice in my case (Commonwealth v.
    Beauchamp/ Middlesex No. 7181CR95920) by then FBI Director
    Robert Mueller in 2013 and by DA Marian Ryan in 2015.  I
    requested that Director Wray order the FBI to investigate
    my allegations of violations of federal criminal statutes
    by these officials, who acted under color of law (see esp.
    Title 18 U.S.C. s.242).  (copy of Wray letter/attachments
    appended hereto)

2.) On December 5, 2017, FBI Chief, Civil Rights Unit Jeffrey
    Veltri sent me a letter stating that, "the FBI's Boston
    Field Office has reviewed your allegations and has deter-
    mined that no further action is necessary" (RB.36). Boston
    FBI SAC Hank Shaw had a serious conflict of interest in
    conducting this purported "review" of my allegations of
    violations of criminal statutes by the above-named offi-
    cials involving my case no. 7181CR95920. (RB.30-31/ RB.37)

3.)  On <u>January 2, 2018</u>, I sent FBI Chief CRU Veltri a letter
     wherein I asserted that "the FBI did <u>NOT</u> conduct a cred-
     ible review of my wrongful incarceration allegation" (RB.36),
     as I was not even interviewed once during this purported
     "review."  Predictably, I received no response whatsoever
     from Mr. Veltri.  (<u>NOTE</u>: I sent copies of the Veltri cor-
     respondence to attorneys Ty Cobb, Kevin Downing and Abbe
     Lowell (who represent targets of SC Mueller).  However, I
     believe these mailings were intercepted by the FBI.)


     Given the above/attached, I would request that your office
conduct a <u>credible</u> investigation (where I am actually interviewed)
to determine if the above-referenced officials violated my federal
civil rights and committed obstructions of justice in my case.
<u>Furthermore, I trust that your office will expeditiously inform
attorneys representing President Trump of the above/attached.</u>

     Thank You!


Sincerely,

*Robert Beauchamp*
Robert Beauchamp


BY: Certified Mail Nos.
    7015 0640 0005 7233 8016
    9590 9402 2752 6351 9972 71
    Return Receipt Requested

S3

**ROBERT BEAUCHAMP**
**MCI-NORFOLK**
**P.O. BOX 43**
**NORFOLK, MA 02056**

September 11, 2017

Mr. Christopher Wray
Director of the FBI
935 Pennsylvania Ave., NW
Washington, D.C. 20535-0001

RE:   CONSPIRACY TO VIOLATE          OBSTRUCTION OF JUSTICE
      FEDERAL CIVIL RIGHTS
                                     SC ROBERT MUELLER
      ADA THOMAS O'REILLY            DA MARIAN RYAN
      ADA DAVID CUNIS

Dear Director Wray:

     Pursuant to Title 18 U.S.C. s.242 et al., I am request-
ing that you order FBI officials to investigate the following
allegations of violations of federal criminal statutes commit-
ted under color of law.   To wit:

A.)   That, in 1998, Middlesex County (MA) ADA Thomas O'Reilly
      and ADA (now Judge) David Cunis conspired to violate my
      federal/state, constitutional/civil rights to due process
      by framing me for murder.   The motive for their conspiracy
      was to retaliate against me for my implied threat to pub-
      licly expose Senator John Kerry's homosexual relationships
      with former DA John Droney and George Reissfelder, who was
      my lover, codefendant (escape case) and Gardner Museum rob-
      ber.

      That, to prolong my wrongful incarceration, ADAs O'Reilly/
      Cunis, Bethany Stevens and Adrienne Lynch conspired to sub-
      mit, last-minute, lie-filled oppositions to the complicit-
      ous MA Parole Board in 2000, 2005, 2010 and 2015 so that I
      would be denied release on parole.

B.)   That, in January 2013, then FBI Director Robert Mueller,
      for corrupt legal/political motives, stonewalled ordering
      an investigation of (A supra), and reporting the findings
      to the U.S. Senate, which was in the process of confirming
      Senator Kerry to become U.S. secretary of state.   Mueller's
      stonewalling was an obstruction of justice because it ef-
      fectively prevented ADAs O'Reilly/Cunis from being prose-
      cuted for conspiracy to violate my federal constitutional/
      civil rights to due process.

C.) That, in 2015, DA Marian Ryan committed obstruction of just-
ice for refusing, for corrupt legal/political motives, to or-
der an investigation into my highly detailed and well-docu-
mented allegations that ADAs O'Reilly/Cunis conspired to
frame me for murder.  Additionally, DA Ryan was obligated to
report this prosecutorial criminality to the Middlesex Super-
ior Court, and failed to do so.


The following will preliminarily detail/document the above-
summarized allegations of violations of federal criminal statutes.


1.) In early 1998, my attorney, Eugene McCann, informed ADA Thomas
O'Reilly that I had been provided evidence proving homosexual
relationships between Senator John Kerry and former DA John
Droney and between Kerry and George Reissfelder (RB.1, RB.2,
RB.10, RB.11)

2.) In early August 1998, ADAs O'Reilly/Cunis, to retaliate against
me for (A supra) framed me for murder by submitting false evi-
dence to the jury, at least, 8 times.  As the results of their
conspiracy to violate my federal/state, constitutional/civil
rights to due process, I was wrongfully convicted of second
degree murder, and have suffered over 19 years of false impris-
onment to date.  (RB.13-RB.18)  (see also Commonwealth's Exhibit
A filed on 04.13.17 in Commonwealth v. Beauchamp/ MICR1971-95920)

3.) On July 10, 2000, the Massachusetts Appeals Court affirmed my
1998 second degree murder re-conviction in a decision that con-
tained a plethora of lies, distortions, misrepresentations and
half-truths (RB.3-RB.4).  Furthermore, the Appeals Court lacked
jurisdiction to even decide my case.  (Commonwealth v. Beauchamp,
49 Mass.App.Ct. 591)

4.) On March 30, 2001, Middlesex Superior Court Judge Charles Grabau
issued a lie-filled decision denying my motion for a new trial.
However, within a week after I threatened to initiate an invest-
igation against Grabau for judicial corruption, he vacated his
14pp decision (RB.5-RB.9).

5.) On January 3, 2013, I sent a letter (w/attachments) to then FBI
Director Robert Mueller.  I informed Director Mueller that since
the FBI was required to conduct an up-to-date background invest-
igation on Senator John Kerry (who had been nominated by Pres-
ident Obama to become U.S. secretary of state), the FBI should
investigate (A supra).  Predictably, for corrupt legal/political
reasons, Director Mueller withheld this critical information
from the U.S. Senate, and Kerry was almost unanimously confirmed
to succeed Secretary of State Hillary Clinton. (RB.12)

6.) On January 3, 2017, I sent a letter (w/attachments) to Senator
Mitch McConnell re. an illicit $10,000 payoff that altered the
probable outcome of the 1988 U.S. presidential election, and its

6.)   relevance to the Russian hacking investigations.  Predictably,
      for corrupt legal/political motives, Senator McConnell withheld
      this critical information from the members of Congress (RB.19-
      RB.21)

7.)   On March 17, 2017, the Middlesex Superior Court issued a pro-
      cedural order to ADA Bethany Stevens to respond to my verdict
      reduction motion (RB.22).  On April 18, 2017, I sent a letter
      to ADA Stevens asserting that the Middlesex DA's office had an
      "egregious conflict of interest" in responding to my motion
      (RB.23-RB.24).  Nevertheless, on April 13, 2017, ADA Jamie
      Michael Charles filed a lie-filled opposition to my motion.
      On April 24, 2017, I filed an affidavit controverting some of
      ADA Charles' false statements (RB.25-RB.27).

8.)   On May 22, 2017, I sent DOJ DAG Rod Rosenstein a letter inform-
      ing him of Mueller's corruption summarized in (5 supra).  Pre-
      dictably, for corrupt legal/political motives, Rosenstein with-
      held this information from President Donald Trump (RB.28-RB.29).

9.)   On June 27, 2017, I informed Boston FBI SAC Hank Shaw of (5/8
      supra).  Predictably, for corrupt legal/political motives, Shaw
      withheld this information from President Donald Trump (RB.30-31).

10.)  On August 28, 2017, I sent a letter to DA Marian Ryan wherein
      I asserted that she should "finally comply with (her) funda-
      mental ethical and legal obligations, and expeditiously inform
      Middlesex Superior Court Judge Kathe Tuttman that my 1998 sec-
      ond degree murder conviction was obtained by PROSECUTORIAL CRIM-
      INALITY!"  Predictably, for corrupt legal/political motives,
      DA Ryan withheld this information from Judge Tuttman (RB.32-
      RB.34).

      Additional corroborating details/documentation are incorporated
in my reports GRAYMAIL (www.authorhouse.com) (RB.20) and STONEWALL
(www.lulu.com) (RB.33).

      I trust Director Wray that you will order an immediate FBI in-
vestigation into the above/attached allegations of violations of
federal criminal statutes by SC Robert Mueller, DA Marin Ryan, ADA
Thomas O'Reilly and ADA (now Judge) David Cunis.  Furthermore, I
trust that you will inform President Trump and the attorneys repre-
senting individuals under investigation by Special Counsel Mueller
of the above/attached.  Thank You!

Sincerely,                          BY: Priority Mail
                                        Certified Mail Nos.
*Robert Beauchamp*                      7007 0220 0004 5029 6319
Robert Beauchamp                        9590 9402 2752 6351 9974 55
                                        Return Receipt Requested

# APPENDIX

(RB.1 to RB.46)

RB.1



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE
### DISTRICT ATTORNEY FOR MIDDLESEX COUNTY
### CAMBRIDGE 02141

JOHN J. DRONEY
DISTRICT ATTORNEY

December 5, 1979

Colonel Edward Cutolo
10th Special Forces Group
Fort Devens, MA 01433

RE:    Commonwealth v. Tyree

Dear Colonel Cutolo,

Due to the nature of this letter, it is being delivered to you in person by Lt. Dwyer.

This letter is to inform you that I have concluded my part of our arrangement. Spc Karl Michael Peters will not be arrested as a result of the order of Judge Killam. You may rest-assured that Spc Peters will not be subjected to any judicial review that pertains to the Elaine Tyree homicide. My office views Spc Peters as the main witness to the tragic events that culminated in the murder of Elaine Tyree.

As in regards to your part of our arrangement, I would ask that you provide Lt. Dwyer with all audio-visual matter you collected concerning me. In specific, I would like the material relating to Mr. Cook and his escape from the East Cambridge Jail, not to mention the material relating to my alternative life style. My constituents have narrow and conventional views, and therefore, my homosexuality is a matter better left unknown.

Incidentally, I recommend that you destroy the surveillance material collected at the Tyree residence on January 30, 1979, if you have not already done so.

In closing, I would add that you may contact me at any time. I am at your disposal.

John J. Droney
District Attorney

NOTE: GAY DA JOHN DRONEY PROMOTED JOHN KERRY TO SECOND-IN-COMMAND OF THE MIDDLESEX DISTRICT ATTORNEY'S OFFICE LESS THAN NINE MONTHS AFTER KERRY GRADUATED FROM A SECOND-RATE LAW SCHOOL.  AT THE TIME, THE MIDDLESEX DA'S OFFICE WAS THE TENTH LARGEST IN THE U.S. THEREFORE, KERRY'S ASTONISHINGLY FAST RISE IS ONLY LOG-ICALLY EXPLAINABLE BY A GAY RELATIONSHIP WITH DRONEY.  ADDIT-IONALLY, THERE EXISTS NO OTHER LOGICAL EXPLANATION FOR FEDERAL OFFICIALS, WHO HAD DRONEY UNDER SURVEILLANCE, AND WERE BLACK-MAILING HIM, TO HAVE ALSO PLACED KERRY UNDER SURVEILLANCE UN-LESS THEY KNEW (OR SUSPECTED) THAT HE WAS HAVING A HOMOSEXUAL RELATIONSHIP WITH DRONEY.  FURTHERMORE, KERRY'S BISEXUALITY WAS CONFIRMED BY BEAUCHAMP'S CO-DEFENDANT, GEORGE REISSFELDER, WHO WAS "THE MOST SIGNIFICANT EXPERIENCE OF (KERRY'S) BRIEF LEGAL CAREER" (THE NEW YORKER/05.10.04/p59), AND BY HIS FOR-MER LAW PARTNER, ROANNE SRAGOW, WHO IS PRESENTLY THE FIRST JUSTICE OF THE CAMBRIDGE DISTRICT COURT.

RB.2

AFFIDAVIT

STATE OF CALIFORNIA]
COUNTY OF  ALAMEDA ] Ss.

       Ralph Nathanson, being first duly sworn, deposes and
says:

       I am a lawyer, duly authorized to practice in Cal-
ifornia;  I have represented Robert Beauchamp for many years.

       In late 1982 I got a telephone call from Beauchamp.
He was very upset, and told me had just had a "terrible argu-
ment" with John Kerry, then in private practice, but who had
just been elected Lieutenant Governor of Massachusetts.

Beauchamp told me that Governor King had twice declined
to extradite him with respect to his 1974 escape charge
but Mr. Kerry told him that in spite of this he (Kerry) and
governor-elect Dukakis would, once they got into office,
find a way to extradite him.

I then telephoned Mr. Kerry's office and spoke to his partner,
Roanne Sragow and discussed the matter with her.  She told me
she would discuss the matter with Mr. Kerry.  The next day, or
the day following, I telephoned again, and Miss Sragow told
me that she had indeed discussed the matter with Mr. Kerry, but
that he had been elected Lieutenant Governor  and would not
make any comment on Beauchamp's case.

                                *Ralph Nathanson*

Subscribed and sworn to before
me, January 21, 1988.

Notary Public - California

STATEMENT ON THE APPEALS COURT'S DECISION IN
COMMONWEALTH v. BEAUCHAMP, 49 MASS.APP.CT. 591 (2000)

In the longest published decision of the year, on July 10, 2000, the Massachusetts Appeals Court affirmed my August 7, 1998 conviction for second degree murder.  The primary issue I raised was that ADA Thomas O'Reilly and ADA (now Judge ) David Cunis conspired to violate my federal/state civil rights to due process by altering the date of issuance of my gun permit.  Their purpose was to falsely convince the jury that I bought the gun to kill Charles McGrath, and that I lied to the first trial (1973) jury about the date of purchase of the gun.  To protect the prosecut-ors' careers, the Appeals Court issued a lie-filled decision.  To wit:

1.)  With respect to the evidence alteration issue, the Appeals Court purported that it was irrelevant because, "The Common-wealth did not make any argument to the jury that hinged on the relationship between the date the defendant bought the gun and obtained his permit, and the date of the killing."  Beauchamp at 611  (NOTE: The Commonwealth did not even deny this evidence alteration allegation in their brief to the Appeals Court.)

The truth is that the prosecutors "hinged" the dates 13 times during the course of the trial- 2 times in their closing argument.  (Tr. 1-11, 1-12, 1-13, 2-13, 2-30, 4-151, 4-153).  (see also B.20-B.21 in "Petition For Parole")

2.)  The Appeals Court purported at 593 that Beauchamp "shot the victim five times."  The truth is that I shot Charles McGrath four times.  This is confirmed by the SJC- "The victim had been shot four times at close range" 424 Mass. 683; by the Commonwealth, "four bullets struck McGrath" (B.44); and by the medical examiner "four separate bullets" (B.52).  By falsely claiming that I shot McGrath "five times," the Appeals Court totally undermined my testimony that I fired a warning shot.  (The gun held five bullets.)

3.)  The Appeals Court told this bald-faced lie at 593.  "Medi-cal evidence indicated that one shot had been fired from behind the victim, apparently as he turned to escape the fusilade."  The medical examiner repeatedly testified that, "It's an exit wound in the back." (B.51 in "Petition For Parole")

4.)  The Appeals Court falsely claimed at 600 that McGrath was not killed by "a series of shots in rapid succession."  Yet,

RB.4

4.) the Commonwealth's ear witness, Gary Thompson, told Arlington detectives he heard five shots "in quick succession" (B.34).

5.) The Appeals Court claimed at 600 that "one of the bullets would have been so instantly disabling that the victim could not have walked out of the defendant's apartment, down a stairway, and then down a flight of stairs, but rather must have been shot at least once while lying prostrate on the stairway where the body was found." The is 100% B.S. by three "justices" of the Appeals Court! First, the medical examiner, who actually performed the autopsy on Charles McGrath, testified that McGrath with all his wounds could have travelled that distance (B.49-B.50 in "Petition For Parole). Second, even the Commonwealth asserted, "Four bullets struck McGrath. He managed to flee the apartment, but collapsed and died on a landing one flight down from the defendant's apartment (B.44 in "Petition For Parole"). Third, Gary Thompson's five shots "in quick succession" (B.34 in "Petition For Parole")demonstrates the utter absurdity of the deliberate lie by the Appeals Court.

6.) The Appeals Court, in tortured legal reasoning, at 593 to 597 purported that there were no constitutional violations whatsoever in the Commonwealth's reading Beauchamp's 1973 trial testimony to the 1998 re-trial jury during their case-in-chief notwithstanding the SJC's decision in Commonwealth v. Parker, 420 Mass. 248 n.7 (B.9) and Beauchamp's trial prosecutor's ADA Thomas O'Reilly's own admission that,

> I know of no rule or case law that allows me to use in my case-in-chief the defendant's testi-
> mony in a prior trial. (B.10).

7.) Lastly, what is most monumentally egregious about the Appeals Court's lie-filled decision in Beauchamp is that the Appeals Court lacked jurisdiction to even decide this appeal. This assertion is confirmed by trial judge Thayer Fremont-Smith (B.65), trial attorney Eugene McCann (B.66), appellate attorney Russell Sobelman (B.67), trial prosecutor ADA David Cunis (B.68) and former SJC Justice Charles Fried (B.69). The reason that the Appeals Court lacked jurisdiction is that the killing took place in 1971, and G.L. c.278 §33E was not amended until 1979. (see Commonwealth v. Davis, 380 Mass. 1, 14-17 1980.

*Robert Beauchamp*
Robert Beauchamp

RB.5

*ROBERT BEAUCHAMP*

Robert Beauchamp
Bay State Corr. Center
P.O. Box 73
Norfolk MA 02056
June 28, 2001

Judge Charles Grabau
Middlesex Superior Court
40 Thorndike Street
Cambridge MA 02141

RE:  <u>Commonwealth v. Beauchamp</u>
     Middlesex Crim. No. 95920

Dear Judge Grabau:

            Yesterday, as a result of my June 1 memo to
the Clerk (A.28-A.29), I finally received a copy of your March
30 "Memorandum and Order on Defendant's Motion For a New Trial"
in the above-referenced case. (A.30-A.34)


<u>SEVERAL SERIOUS PROBLEMS:</u>


1.)  As you well know, you were not the "trial judge", and
     <u>M.R.Crim.P., Rule 30(b)</u> explicitly mandates that the
     <u>trial judge</u> shall have "original jurisdiction" over any
     postconviction new trial motions.  The trial judge was
     Thayer Fremont-Smith, who is not retired, disabled, on
     sabbatical or deceased.  In fact, Fremont-Smith has been
     sitting just across the river from you in the Suffolk
     Superior Court for months.  In fact, when I filed my mo-
     tion for a new trial and motion for appointment of coun-
     sel on March 7, I clearly stated to the Clerk in the cov-
     er letter, "Please present these motions to the trial
     Judge Thayer Fremont-Smith." (A.27)  Nevertheless, some-
     how, my new trial motion gets before you.  However, in-
     stead of correcting the assignment error, and transfer-
     ring my new trial motion to Judge Fremont-Smith, you
     take it upon yourself to unlawfully issue a memorandum
     and order on it.  Your action constitutes corrupt motive,
     bad faith and fraud.  You lacked jurisdiction to take
     any action whatsoever on my new trial motion.  Therefore,
     your March 30 "Memorandum and Order..." is totally inval-
     id.


2.)  Furthermore, your "Memorandum and Order..." itself pro-
     vides substantial evidence of corrupt motive, bad faith

RB.6

*GRAYMAIL*

2.) (cont.) and fraud. Your justification for denying me
any consideration was that this was a "second" new trial
motion, and therefore I "waived" the issues by not rais-
ing them in my first new trial motion. As you well know,
this is 100% judicial b.s. My first new trial motion was
filed on August 14, 1998 (one week after I was found guil-
ty of murder 2d), and this new trial motion was filed "pur-
suant to M.R.Crim.P., Rule 25(b)(2)". (A.26) The Reporters
Notes clearly states.

> It should be noted that the motion for a new
> trial, which may be made under this subdivi-
> sion (Rule 25(b)(2)) is in addition to those
> rights a defendant has under Rule 30(b).
>
> (Emphasis supplied.)

Therefore, your waiver justification pursuant to Rule 30
(c)(2) is completely bogus because the new trial motion
I filed on March 7 is my first new trial motion pursuant
to Rule 30(b). You are intentionally misrepresenting the
Rule 25(b)(2) motion as a postconviction new trial motion,
which it was not,as the S.J.C. did not even deny my app-
lication for further appellate review until two years af-
ter my Rule 25(b)(2) new trial motion was filed. Until
the S.J.C denies further appellate review, then and only
then does the postconviction period begin. (A.19)

3.) Obviously, the motivation for your corrupt acts is to fur-
ther the coverup of evidence alteration at my 1998 trial
by Middlesex Ass't. D.A.s Thomas O'Reilly and David Cunis.
(See new trial motion pp. 5-8 and referenced appendix pp.)
In fact, your corrupt acts are just a continuation of cor-
rupt acts by Middlesex D.A.s Thomas Reilly/Martha Coakley,
Appeals Court Judge Kenneth Laurence and the S.J.C. as sum-
marized below.

MIDDLESEX D.A.s REILLY/COAKLEY- On August 7, 1998, I was
reconvicted of murder 2d by a jury of the Middlesex Super-
ior Court. Several weeks after, I discovered that A.D.A.s
O'Reilly and Cunis had altered the date on my gun permit.
Their purpose was to make it falsely appear to the jury
that I purchased the gun to kil Charles McGrath, and that
I lied about the purchase date at my first trial. I in-
formed then Middlesex D.A. Reilly about this evidence tam-
pering. (A.1) Reilly took no action. Subsequently, I in-
formed D.A. Coakley of this evidence tampering, but Coak-
ley stonewalled it also notwithstanding her and Reilly's
fundamental legal obligation to investigate. (A.3-A.8)

RB:7

*ROBERT BEAUCHAMP*

<u>JUDGE KENNETH LAURENCE</u>- In his brief to the Appeals Court,
Beauchamp's appellate attorney, Russell Sobelman, raised
the issue of evidence tampering by A.D.A.s O'Reilly and
Cunis. (A.9-A.12)  However, Judge Laurence repeatedly lied
in the decision he wrote about this evidence and other evi-
dentiary matters. .(<u>Commonwealth v. Beauchamp</u>, 49 Mass. 591,
July 10, 2000)  Therefore, on August 25, 2000, I filed a
complaint against Judge Laurence with the Commission on Ju-
dicial Conduct (A.13-A.16), <u>and</u>·sent a copy to S.J.C. Chief
Justice Margaret Marshall (A.18).  Naturally, the Commis-
sion on Judicial Conduct ("the farce of the Massachusetts
judicial branch" A.25) took no action whatsoever.


<u>SUPREME JUDICIAL COURT</u>- On September 8, 2000, (just <u>9</u> days
after CJ Marshall received a copy of my complaint against
Judge Laurence (A.19), the S.J.C. denied me further appel-
late review.  <u>Commonwealth v. Beauchamp</u>, S.J.C. FAR 11519.
The trial prosecutor David Cunis (A.20-A.21), the trial
Judge Fremont-Smith (A.22-A.23) and my trial attorney Eu-
gene McCann (A.24) are all, on record, (orally or in writ-
ing) to the effect that I was absolutely entitled to a di-
rect review of my 1998 murder 2d conviction by the S.J.C.
because the shooting occurred in 1971, and the original in-
dictment was for first degree murder.  The Appeals Court
did not even start hearing any second degree murder convic-
tions until 1979.


        Now, I'm not going to waste time and effort delineating
all of the misstatements you made in your illegal March 30
order re. my supposedly "waiving" issues (A.30-A.35).  Suf-
fice is to say that you had no jurisdiction over my new tri-
al motion to begin with.  There are sound reasons why <u>Rule
30(b)</u> mandates that the <u>trial judge</u> shall have "original jur-
isdiction" over new trial motions, such as intimate famili-
arity with the case et al.  Your March 30. order simply con-
firms those sound reasons.  (See 1995 Reporter's Notes/ Sub-
divison (a))

        The bottom line is this.  I am requested that you <u>re-
voke</u> your March 30 order (A.30 et seq.), and transfer all
my new trial motion filings (Docket Entries #s 219-223/A.29)
to the trial Judge Fremont-Smith.  Then, I would further re-
quest that Judge Fremont-Smith, immediately thereafter, hold
an in chambers conference with me and a representative of the
Middlesex District Attorney's office to work out an equitable.
resolution to this case.

RB.8

*GRAYMAIL*

    If both of these actions do not occur within <u>20 days</u> of
the date of this letter, I will:  (1.) Request that the Mas-
sachusetts Senate/House Judiciary Committees investigate yours
and Judge Laurence's actions in this case.  (A.9-A.12)  (2.) I
will file charges with the Board of Bar Overseers against Mid-
dlesex A.D.A.'s Thomas O'Reilly and David Cunis for submitting
altered evidence to the jury.  (A.1-A.12)

    It's truly amazing how a "judge" can manage not to find
any "miscarriage of justice" whatsoever in a <u>capital</u> case
wherein the prosecutors perpetrate a fraud on the court and
the jury by submitting altered evidence.  <u>Any honest judge</u>
would be outraged at such conduct, and take the necessary
steps to correct it.  Evidently, that's not a catagory that
fits your personna.

                                    Sincerely,

                                    *Robert Beauchamp*
                                    Robert Beauchamp
                                    Defendant/Pro Se


    c:  CJ Margaret Marshall
        Supreme Judicial Court

        Judge Thayer Fremont-Smith

        D.A. Martha Coakley

        file

RB. 9

*ROBERT BEAUCHAMP*

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                    **SUPERIOR COURT**
                                  **INDICTMENT NO. 95920**

### COMMONWEALTH

#### vs.

### ROBERT BEAUCHAMP

## ORDER ON DEFENDANT'S MOTION FOR RECONSIDERATION

The Defendant, Robert Beauchamp, ("Beauchamp") has addressed a letter to the court indicating that I should not have acted on his Motion for New Trial because the trial judge, Thayer Freemont-Smith, had not retired as of March 29, 2001, the date of my Memorandum and Order.

First, I have treated Beauchamp's letter of June 28, 2001, as a Motion for Reconsideration. Second, I allow Beauchamp's Motion because he is correct in his assertion. Finally, I order that my Memorandum and Order of June 28, 2001, (Paper Number 221), be vacated.

### ORDER

For the foregoing reasons, the Defendant's Motion for Reconsideration is **ALLOWED**. My Memorandum and Order dated June 28, 2001 is vacated. This matter will be assigned by me in my capacity as the Regional Administrative Justice to another impartial Justice of the Superior Court sitting in Middlesex County.

Charles M. Grabau
Justice of the Superior Court

Dated: July 6, 2001

138

RB.10

# Who says Long Jawn cheated on first wife?



## INSIDE TRACK

BY GAYLE FEE and LAURA RAPOSA
WITH NICHOLE GLEISNER

The National Enquirer lays on the decades-old speculation that White House wannabe John Kerry cheated on his first wife in an issue that hits the newsstands today.

Although Kerry has said flatly declined to discuss the reasons for the breakup of his first marriage, the supermarket tabloid says an exhaustive investigation reveals that he carried on a hot 'n' heavy affair whilst married to Julia Thorne.

Of course, this is not exactly breaking news on the Kerry gossip wire. For years, those who have followed the junior senator's well-chronicled romances have assumed that his relationship with Boston attorney, now judge Roanne Sragow, preceded Kerry's trip to divorce court. The candidate's divorce records are sealed.

The Enquirer says that Kerry had a powerful [...]

woman — whose name is not revealed — back in mid-1980, two years before he and Thorne separated. She was living with him and he became involved [...]



**JUDGE SRAGOW**

Reprinted with permission of the Boston Herald.

BOSTON HERALD
07.30.04

GEORGE REISSFELDER
ROANNE SRAGOW

BOSTON HERALD
05.24.04

■ [...] Reissfelder, aided by then-attorney John F. Kerry, now the presumptive Democratic nominee for president — battled his 1967 murder conviction until 1982, when a priest revealed a dying inmate said Reissfelder was not involved in the slaying. Reissfelder served 16 years in prison. He died of a cocaine overdose in 1991.

RB.11

Rec'd. by RCB on 05.31.08

ISABELLA
STEWART GARDNER
MUSEUM

Mr. Brian Kelly
Assistant United States Attorney
Office of the United States Attorney
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Mr. Kelly:

On May 14, 2008, I met with Robert C. Beauchamp, an inmate at MCI-Norfolk. Accompanying me at this meeting was Kenneth Chiavarini, an attorney used by the Isabella Stewart Gardner Museum on certain theft-related matters.

Mr. Beauchamp, who is currently serving a life sentence for murder in the second degree, had previously contacted your office in writing. He later wrote to me. Because he stated that he held valuable information about the perpetrators of the March 18, 1990, theft of 13 priceless works of art from the Gardner Museum, I agreed to meet with Mr. Beauchamp to discuss what information he held and to ascertain his terms for revealing all that he knows about the theft.

During our meeting, Mr. Beauchamp laid out a plausible and intriguing set of facts related to the alleged thieves (i.e., George A. Reissfelder, David A. Turner, and Carmello Merlino) as well as some information he believes can lead investigators to the current location of the stolen Gardner art. However, he held back certain pertinent details about the present location of the art.

Mr. Beauchamp provided me with the enclosed court filings related to his conviction and what he alleges to be serious misconduct on the part of state prosecutors. I have also enclosed a copy of an affidavit he prepared on May 22, 2008, that describes his understanding of the theft and the whereabouts of the art.

Please accept this letter as my request that a member of your office review Mr. Beauchamp's materials and allegations in the hope that he will be moved to assist us further in our search for our missing art.

Please contact me with any questions.

Respectfully,

Anthony Amore
Director of Security

cc: Robert C. Beauchamp
    Kenneth B. Chiavarini, Esq.

"Reissfelder might have been some-
one to keep the paintings- he had
connections at some of the high-
est political levels. One-time
Democratic presidential nominee
John Kerry had served as his at-
torney for years."

Ulrich Boser. The Gardner Heist.
p 199, pub'd. 2009. Harper Collins.

280 THE FENWAY  BOSTON MASSACHUSETTS 02115
TEL 617 566 1401  FAX 617 566 7653  WWW.GARDNERMUSEUM.ORG

**ROBERT BEAUCHAMP**
**MCI-NORFOLK**
**P.O. BOX 43**
**NORFOLK, MA 02056**

RB.12

January 3, 2013

Mr. Robert S. Mueller                RE:  Senator John Kerry
Director of the FBI                        Concealed Bisexuality
950 Pennsylvania Ave., NW                  Violations of Federal
Washington, D.C. 20535-0001                Civil Rights

Dear Director Mueller:

On December 1, 2012, I sent a letter to MA SJC CJ Roderick Ireland, and copied MA USA Carmen Ortiz and Boston FBI SAC Richard DesLauriers. I requested that CJ Ireland order an investigation to determine if state prosecutors altered critical evidence in my case to cause me to be falsely convicted of second degree murder. I affixed numerous documents to corroborate my allegation that the prosecutors' motive for conspiring to violate my federal civil rights (18 U.S.C. s.242) was to retaliate against me for threatening to publicly expose Senator John Kerry's concealed bisexuality (see attached). Predictably, for corrupt legal/political reasons, CJ Ireland is stonewalling my request.

On December 21, 2012, President Barack Obama nominated Senator John Kerry to become secretary of state.

On December 24, 2012, I sent a letter to Boston FBI ASAC Noreen Gleason re. the above/attached as "the FBI is required to conduct up-to-date background investigations on all nominees for cabinet positions" (see attached). To date, I have received no response from ASAC Gleason.

In the near future, the Senate Foreign Relations Committee will hold hearings on Kerry's nomination. Therefore, it is now incumbent upon you to immediately order a FBI investigation into the above/attached. Obviously, there will be extremely serious political repercussions if the FBI fails to conduct a credible investigation if these well-documented allegations become public after Kerry is sworn in as secretary of state.

Sincerely,

*Robert Beauchamp*
Robert Beauchamp

c: AAG Todd Blume
   ASAC Noreen Gleason
   CJ Roderick Ireland



**U.S. Postal Service Delivery Confirmation Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

FBI DIR. ROBT. MUELLER
950 PENNSYLVANIA AVE., N.W.
WASHINGTON, D.C. 20535-0001

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access Internet web site at
www.usps.com
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail Service
☐ First-Class Mail parcel
☐ Package Services parcel

Postmark
Here

UNIT 122
ROBERT BEAUCHAMP
W33990/MCIN
P.O. BOX 43
NORFOLK MA 02056

DELIVERY CONFIRMATION NUMBER:
0301 0400 0000 2314 1240

RB.13

**ROBERT BEAUCHAMP**
**MCI-NORFOLK**
**P.O. BOX 43**
**NORFOLK, MA 02056**

June 24, 2015

DA Marian Ryan
thru: ADA Bethany Stevens
Middlesex County
15 Commonwealth Avenue
Woburn, MA 01801

RE:  Commonwealth v. Beauchamp
     Case No. MICR1971-95920

Dear DA Ryan:

On July 9, 2013, I sent you a letter wherein I detailed and highly documented that ADA Thomas O'Reilly and ADA (now Judge) David Cunis conspired to alter critical evidence in my 1998 re-trial for second degree murder (B.22-B.23). To wit: The prosecutors altered the date of issuance of my gun card to "prove" that I bought the gun to kill Charles McGrath, and lied about the date of purchase to the 1973 trial jury. The prosecutors' motive for submitting false evidence to the jury was to retaliate against me for threatening to expose then U.S. Senator/now U.S. Secretary of State John Kerry's homosexual relationships with former Middlesex DA John Droney and George Reissfelder, who was my codefendant (escape case), lover and Gardner Museum robber (B.78-B.79). Predictably, you stonewalled ordering any investigation whatsoever!

On April 30, 2015, CPCS assigned screening counsel to review my case to determine if I had meritorious issues to appoint counsel to file a Rule 25(b)(2) motion to have my second degree murder verdict reduced to manslaughter, or dismissed with prejudice due to prosecutorial misconduct. As of this date, 7 additional instances of submission of false evidence, by ADAs O'Reilly and Cunis, to the re-trial jury have been identified, plus 3 instances of ineffective assistance of trial counsel. To wit:

1.) The prosecutors submitted false evidence to the jury that "one of the bullets would have been so instantly disabling that the victim could not have walked out of the defendant's apartment, down a stairway, and then down a flight of stairs, but rather must have been shot at least

1.) once while lying prostrate on the stairway where the body was found" (see B.12 #5 and referenced documents).

2.) The prosecutors submitted false evidence to the jury that "medical evidence indicated that one shot had been fired from **behind** the victim, apparently as he turned to escape the fusilade." The medical examiner **repeatedly** testified that "It's an **exit** wound in the back" (B.11 #3/ B.51).

3.) The prosecutors submitted false evidence to the jury that I "ambushed" Charles McGrath as soon as he entered my apartment (B.3-B.4).

4.) The prosecutors submitted false evidence to the jury that no argument was heard in my apartment by downstairs neighbors William and Susan Howe. The prosecutors accomplished this fraud my misreading William Howe's 1973 trial testimony to the 1998 re-trial jury. The prosecutors deliberately omitted reading the parts of Howe's testimony that he and his daughter Susan Howe heard an argument <u>before</u> and <u>after</u> the shooting (B.5-B.7).

5.) The prosecutors submitted false evidence to the jury that I called Gary Thompson at 6:15PM to relay a message to McGrath to call me to "prove" that there wasn't enough time for an argument if McGrath was shot at 6:30PM, and that McGrath came "at the defendant's invitation to his apartment" (B.45). What Thompson actually told Arlington detectives is that I called him "around 6:00PM" (B.34), and asked Thompson to ask McGrath "to get in touch with" me (B.34). There was no invitation issued to McGrath to come to my apartment. McGrath insisted on coming over!

6.) The prosecutors submitted false evidence to the jury that I did not fire five shots "in quick succession," which is exactly what Gary Thompson (Commonwealth's witness) told Arlington detectives he heard (B.6-B.8, B.34).

7.) The prosecutors submitted false evidence to the jury that I did not fire a warning shot (B.11 #2). (<u>NOTE</u>: All five shots were fired "from two feet or less" (B.53) so I could not have accidentally missed shooting McGrath.)

8.) My trial counsel provided ineffective assistance by failing to question Commonwealth's witnesses Gary Thompson and David <u>Pascucci about threats McGrath made to them to harm me just</u> days before the shooting (B.34, B.36).

9.) My trial counsel provided ineffective assistance by failing to question Commonwealth's witness Lt. James Doherty about the can of mace he found in McGrath's pocket, and about his 1973 admission that the Arlington police conducted a "fouled-up investigation" of the shooting of Charles McGrath (B.46).

10.) My trial counsel provided ineffective assistance by simply resting after the prosecutors completed their case-in-chief because defense counsel did not properly prepare for trial believing that I would be offered a manslaughter plea deal.

Given that the prosecutors submitted false evidence to the jury <u>8</u> times, and my useless trial attorneys, Eugene McCann and Richard Seccarechio, put on <u>no defense whatsoever</u>, trial Judge Thayer Fremont-Smith still found the Commonwealth's "evidence" a "fairly close" call between second degree murder and manslaughter (B.54).

Greatly compounding all of the above, on July 10, 2000, the Massachusetts Appeals Court issued a <u>lie-filled</u> decision affirming my August 7, 1998 re-conviction for second degree murder. (<u>Commonwealth v. Beauchamp</u>, 49 MassAppCt 591/ see also B.11-B.12)

On June 13, 2015, I sent a copy of my "Supplement to 'Petition For Parole'" to ADA Bethany Stevens. Attached to this supplement was a <u>partial</u> copy of my report, **STONEWALL**, which I intend to submit to the publisher in early September so that it will be published in January 2016. The report details, <u>inter alia</u>, the links between U.S. Secretary of State John Kerry's concealed bisexuality, and the submission of false evidence to the jury in my case.

Therefore, given the above/attached, I am renewing my July 9, 2013 request that you comply with the SJC's Canon of Ethics, and expeditiously order an investigation into the submission of false evidence to the jury in my 1998 re-trial by ADA Thomas O'Reilly and ADA David Cunis. As the result of this prosecutorial criminality, I have now been wrongly imprisoned for <u>17</u> years! Thank You!

Sincerely,

*Robert Beauchamp*
Robert Beauchamp

BY: Certified Mail No.
    7014 2120 0004 2397 8107
    <u>Return Receipt Requested</u>

c: Parole Board
   SJC CJ Ralph Gants



RB.16

MAILING CHARGES

DATE: July 22, 2015

TO:  Ms. Maura Healey
     Attorney General
     One Ashburton Place
     Boston, MA 02108

FROM: *Robert Beauchamp*
      Robert Beauchamp/ W33990
      MCI-Norfolk
      P.O. Box 43
      Norfolk, MA 02056

UNIT _2-2_ DATE _07-22-15_

INMATE'S NAME _ROBERT BEAUCHAMP_
_(A)_ _(AG MAURA HEALEY)_
$ _1.1_ HAS BEEN CHARGED TO YOUR
ACCOUNT FOR THE MAILING OF A:

( ) AIR FOREIGN      JUL 28 2015 LETTER (X)
( ) SPECIAL DEL.              REGISTERED ( )
( ) RET. RECEIPT REQ.            PKG. ( )
( ) AIR MAIL                  *INSURED ( )
                             CERTIFIED ( )

SIGNED _____
              MAIL OFFICER

RE:  DA Marian Ryan
     Failure to Investigate
     Conflict of Interest

Commonwealth v. Beauchamp
Case No. MICR1971-95920

On July 18, 2015, I sent the attached correspondence to
the Chair and Members of the MA Parole Board. I prof-
ferred that if DA Marian Ryan would order an investigat-
ion into my allegations of submission of false evidence,
in the above-referenced case, by ADA Thomas O'Reilly and
ADA (now Judge) David Cunis (A.3-A.5), I would withdraw
my "Petition For Parole."

Shortly after receiving my renewed request for an invest-
igation, dated June 24, 2015, DA Ryan retaliated against
me by ordering ADA Adrienne Lynch to draft a lie-filled 6pp
opposition to the Parole Board, and submit it at the last
minute so that I would not have an opportunity to effect-
ively counter Lynch's numerous falsehoods at my hearing.
(I received ADA Lynch's opposition on July 7, 2015 about
½ hour before my hearing began.)

To further retaliate against me, DA Ryan subsequently or-
dered ADAs Thomas O'Reilly and Bethany Stevens to appear
before the Parole Board, and oppose my being granted a
parole.

Given that DA Ryan has been stonewalling ordering any in-
vestigation into my highly detailed and documented alleg-
ations of prosecutorial criminality in my case by her of-
fice since July 2013 (A.9-A.10), there obviously exists
an egregious conflict of interest in DA Ryan's ordering
three ADAs to oppose my "Petition For Parole." Obviously,
when a DA has a conflict of interest in a case, the DA is
obligated to refer the case to the AG's office or appoint
a special prosecutor. DA Ryan did neither!.

Therefore, I respectfully request that you expeditiously
order an investigation into the above/attached. Thank You!

c: SJC CJ Ralph Gants

RB.17

**ROBERT BEAUCHAMP**
**MCI-NORFOLK**
**P.O. BOX 43**
**NORFOLK, MA 02056**

December 2, 2015

Mr. James O'Brien
Chief, Public Integrity Division
Office of the Attorney General
One Ashburton Place/ 19th Floor
Boston, MA 02108

RE:  Commonwealth v. Beauchamp
     Case No. MICR1971-95920

Dear AAG O'Brien:

     Attached is a "News Release" and appendix documents, which
preliminarily detail and highly corroborate violations of feder-
al/MA criminal statutes by a number of Massachusetts officials
involving the above-referenced case.  To wit:

1.)  That members of the Parole Board, acting under color of
     law, conspired to retaliate against me for exercising my
     U.S./MA constitutional rights to due process, freedom of
     speech and access to the courts, after my July 7, 2015
     hearing before the Board was held.

2.)  That Middlesex County ADA Thomas O'Reilly and ADA (now
     Judge) David Cunis, acting under color of law, conspired
     to submit false evidence to the jury 8 times during my
     1998 retrial to retaliate against me for exercising my
     U.S./MA constitutional rights to due process, freedom of
     speech and access to the courts.  As the result, I was
     wrongfully convicted of second degree murder, and have
     been falsely imprisoned for the last 17+ years.

     Both of the above-summarized crimes are linked directly
to my knowledge of homosexual relationships between now U.S.
Secretary of State John Kerry, former Middlesex DA John Droney
and George Reissfelder, who was my lover, codefendant (escape
case) and Gardner Museum robber.

     I am requesting that your office review the attached ap-
pendix documents, and, if warranted, initiate a criminal in-
vestigation into the above-summarized crimes.  Please have

RB.18

one of your staffpersons meet with me, as soon as convenient, to discuss the above/attached.

I thank you for your time and consideration.

Sincerely,

*Robert Beauchamp*
Robert Beauchamp

c:  SJC Chief Justice Ralph Gants
    AC Chief Justice Scott Kafker
    EOPS&S Gen. Coun. Doug Levine
    (Boston) FBI SAC Vincent Lisi
    U.S. Attorney Carmen M. Ortiz

BY: Certified Mail No.
    7014 2120 0004 2397 7711
    Return Receipt Requested

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X *Nestor Morales* ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to: AAG JAMES O'BRIEN OFF. OF THE ATTY. GENERAL 1 ASHBURTON PL./ 19TH FL. BOSTON, MA 02108 | D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No RECEIVED DEC 0 7 2015 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 9590 9403 0471 5173 5967 33 | 3. Service Type ☐ Priority Mail Express® ☐ Adult Signature ☐ Registered Mail™ ☐ Adult Signature Restricted Delivery ☐ Registered Mail Restricted Delivery ☒ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation™ ☐ Insured Mail ☐ Signature Confirmation Restricted Delivery ☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number (Transfer from service label) 7014 2120 0004 2397 7711 | |
| PS Form 3811, April 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

RB.19

**ROBERT BEAUCHAMP**
**MCI-NORFOLK**
**P.O. BOX 43**
**NORFOLK, MA 02056**

January 3, 2017

Senator Mitch McConnell
361A Senate Russell Office Bldg.
Washington, D.C. 20510

RE:   Russian Hacking Investigation
      Election of President Donald Trump

Dear Senator McConnell:

    Since a bipartisan congressional committee will be in-
vestigating the impact of Russian hacking on the election of
Donald Trump to the presidency, the below statement will be
of extremely important interest to Congress et al.

    A $10,000 PAYOFF IN 1988 WAS THE CATALYST THAT
ALTERED THE COURSE OF AMERICAN HISTORY.  GIVEN
THE CHAIN REACTION DYNAMICS OF U.S. PRESIDENT-
IAL ELECTIONS, ABSENT THIS PAYOFF (IN ALL PROB-
ABILITY), DONALD TRUMP WOULD NOT BE THE NEXT
PRESIDENT OF THE UNITED STATES!

    The evidence to corroborate the above statement is ex-
tensively detailed and highly documented in two reports:
GRAYMAIL (www.authorhouse.com) and STONEWALL (www.lulu.com).
Attached is my "Affidavit of Robert Beauchamp" (A.1-A.4) and
documents (A.5-A.26).

    Please provide copies of this cover letter/attachments
to the members of Congress et al. involved in the Russian
hacking investigation.

Sincerely,

*Robert Beauchamp*
Robert Beauchamp

c: MA AG Maura Healey          BY: Priority Mail
   Prof. Lawrence Lessig           Certified No.
   FBI SAC Vincent Lisi            7015 1520 0000 7903 4538
                                   Return Receipt Requested

RB.20

REPORT
RELEASE

## $10,000 PAYOFF BY CHIEF LEGAL COUNSEL FOR GOV. MITT ROMNEY AND SEN. SCOTT BROWN ALTERS COURSE OF U.S. HISTORY

### THE END RESULT- PRESIDENT DONALD TRUMP!

During the 1988 presidential campaign, Republican strategists made Willie Horton the decisive issue.  Essentially, Vice President George H.W. Bush relentlessly attacked MA Governor Michael Dukakis for being "soft on crime."  Bush's "evidence" was the Dukakis allowed MA DOC officials to grant furloughs from prison to convicted murderers like Willie Horton.

However, when Bush was CIA director, he had knowledge of and/or approved payments to me, when I was under the legal status of furloughed, escaped murderer from Massachusetts.  Obviously, Bush realized that if the voters learned of his gross hypocrisy, it would devastate his campaign.  So, Bush directed MA Republican Party General Counsel Daniel Winslow to pay me (formerly a CIA informant/Pentagon Papers case) $10,000 to remain silent.*

Had the American people been informed of Bush's monumental hypocrisy and Winslow's payoff to me, Michael Dukakis would have been elected president of the United States.  Had Dukakis been elected president, Bill Clinton, George W. Bush, Barack Obama and Donald Trump would probably never have been elected president given the chain reaction dynamics of the American political system.

THEREFORE, THE ENTIRE COURSE OF U.S. HISTORY FROM 1988 TO THE PRESENT HAS BEEN RADICALLY ALTERED AS THE DIRECT RESULT OF WINSLOW'S $10,000 PAYMENT TO ME.  AS THE END RESULT-PRESIDENT DONALD TRUMP! **

My report, GRAYMAIL (www.authorhouse.com) extensively details and highly documents the above statement.  This was a monumental political crime committed against the People of the United States!

*Robert Beauchamp*                                    January 3, 2017
Robert Beauchamp
MCI-Norfolk/P.O. Box 43
Norfolk, MA 02056

* Winslow actually made the $10,000 payoff to George Reissfelder, who was my lover, codefendant (escape case) sex partner of John Kerry (presently U.S. secretary of state) and Gardner Museum robber.

** President-elect Donald Trump seriously considered nominating Mitt Romney as secretary of state and Scott Brown as secretary of veterans affairs.  In a supreme act of political infamy, the Boston Herald reported on 12.05.16/p5 that Trump may nominate Daniel Winslow as U.S. attorney (District of Massachusetts).

RB.21

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Robert Beauchamp 2-2

Certified Mail Fee
$ 3.30

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)        $ 2.70
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$ 0.45

Total Postage and Fees
$ 12.45

Sent To  SENATOR MITCH McCONNELL
Street and Apt. No., or PO Box No.
361A SENATE RUSSELL OFF. BLDG
City, State, ZIP+4®  WASHINGTON, D.C. 20510

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7015 1520 0000 7103 4538

---

UNIT 2-2

Postmark Here

ROBERT BEAUCHAMP
W38990 MCIN
P.O. BOX 43
NORFOLK, MA 02056

---

2. Article Number *(Transfer from service label)*

7015 1520 0000 7103 4538

PS Form 3811, July 2013     Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SENATOR MITCH McCONNELL
361A SENATE RUSSELL
OFFICE BUILDING
WASHINGTON, D.C. 20510

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kevin C. Grout        ☐ Agent
                        ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
Kevin C. Grout            1/31/17

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail®
☐ Registered
☐ Insured Mail
☐ Priority Mail Express™
☐ Return Receipt for Merchandise
☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

---

NOTE TO REPORTERS ET AL.

To obtain copies of referenced documents
paginated (A.1–A.26), contact the office
of Senator Mitch McConnell.

*Robert Beauchamp*
Robert Beauchamp

RB.22

## COMMONWEALTH OF MASSACHUSETTS

Middlesex, SS.

Superior Court
Indictment No.
*71- 85920*

COMMONWEALTH

VS.

*Robert Beauchamp*
DEFENDANT

### PROCEDURAL ORDER

The defendant has filed a motion for post-conviction relief.  The court **ORDERS** that

the Commonwealth file a response to the defendants pending motion on or before

*May 1st*                2017.

Charge: *Murder*

ADA: *Bethany Stevens*

Type of Motion *Post Conviction, Reduction of Verdict.*

Motion Filed By *Aziz Safar*

Sentencing Judge: *Sullivan*

By the Court
Pierce, J

*[signature]*

Deputy Assistant Clerk

DATE: *3/17/17*

RB.23

ROBERT BEAUCHAMP
MCI-NORFOLK
P.O. BOX 43
NORFOLK, MA 02056

April 18, 2017

ADA Bethany Stevens                 RE: Commonwealth v. Beauchamp
Middlesex District                      Case No. MICR1971-95920
Attorney's Office
15 Commonwealth Avenue                  APPOINTMENT OF A
Woburn, MA 01801                        SPECIAL PROSECUTOR

Dear ADA Stevens:

On March 17, 2017, Judge Laurence Pierce issued a procedural order directing you to file an opposition to my reduction of verdict motion on or before May 1 (A.1). As you well know, the Middlesex DA's office would have an egregious conflict of interest in filing an opposition to my motion. To wit:

On June 24, 2015, I sent a letter (w/numerous corroborating documents) to DA Marian Ryan (thru you) wherein I extensively detailed/documented 8 unethical and illegal acts committed during my 1998 re-trial by ADA Thomas O'Reilly and ADA (now Judge) David Cunis to cause me to be wrongfully convicted of second degree murder in violation of 18 U.S.C. s.242 and other relevant federal/state criminal statutes. In this letter, I renewed my July 9, 2013 request that DA Ryan "expeditiously order an investigation" (see attached).

Needless to state (except for the record), there was, predictably, no response whatsoever from DA Ryan. Obviously, it is common knowledge (at least in the legal community) that the only time DA Ryan will order an investigation into allegations of criminal acts by prosecutors is when the allegations become public, and DA Ryan has no choice but to order an investigation! (A.2) Otherwise, DA Ryan simply covers up criminal acts by employees in her office.

Therefore, if the DA's office intends to file an opposition to my reduction of verdict motion that, due to the above-summarized/referenced, DA Ryan must comply with the SJC's Canon of Ethics, and appoint a special prosecutor. Contrarily, if the DA's office does not intend to file an opposition, then I suppose the matter is moot, and I would withdraw my request to appoint a special prosecutor.

RB.24

I thank you for your time and consideration.

Sincerely,

*Robert Beauchamp*
Robert Beauchamp

NOTE:   Essentially, my verdict reduction motion is asserting that
I was caused almost 19 years of wrongful imprisonment due
solely to the two ineffective assistance of trial counsel
grounds raised therein.  Therefore, the elephant in the
motion is massive financial liability for the two defense
attorneys.  Nevertheless, I will not file a lawsuit against
my retrial attorneys.

BY:   Priority Mail
      Certified Mail No.
      7014 1370 0000 8279 9765
      Return Receipt Requested

RB.25

COMMONWEALTH OF MASSACHUSETTS)
                                )ss.
COUNTY OF MIDDLESEX           ·   )

## AFFIDAVIT OF ROBERT BEAUCHAMP

The defendant, Robert Beauchamp, deposes and says:

I.)  In the Commonwealth's opposition to my verdict reduction mot-
     ion, it is asserted "several appellate courts have recognized,
     evidence (that) defendant's guilt was overwhelming" (2), and
     that the Commonwealth's 1998 re-trial evidence was of "except-
     ional strength" (4,7,11).  There are several major problems
     with the Appeals Court's evidence assessments in my case.

1.)  Trial Judge Thayer Fremont-Smith, who actually had the "advant-
     age (based on)..face to face evaluation of the witnesses and
     the evidence at trial, which place the judge in a far better
     position to make the judgment required by Rule 25(b)(2)" Com-
     monwealth v. Chhim, 447 Mass. 370, 381 (2006), did not find
     the Commonwealth's evidence against me to be "overwhelming" ·
     or of "exceptional strength".  In fact, Judge Fremont-Smith
     found the Commonwealth's evidence to be merely a "fairly close"
     call between second degree murder and manslaughter (1998 Tr.
     IV/138).  Predictably, the Commonwealth's opposition conven-
     iently fails to acknowledge this decisive fact, and relies on
     evidence assessments made by Appeals Court judges- none of
     whom spent a nano second at my 1998 re-trial.

2.)  Additionally (and predictably), the Commonwealth conveniently
     fails to inform this Court that the "overwhelming" and of

2.) "exceptional strength" evidence assessments made by the appellate judges are based upon egregious falsifications of evidence by the 1998 re-trial prosecutors, ADA Thomas O'Reilly and ADA (now Judge) David Cunis. (see Commonwealth's opposition/ EXHIBIT A- filed improperly by deliberately omitting the referenced exhibits). In fact, the corrupt political/legal motivations of the 1998 re-trial prosecutors raise the gravest questions of conflict of interest by the Middlesex DA's office in even filing its opposition- A special prosecutor should have been appointed- see **STONEWALL** (www.lulu.com). It should also be strongly noted that no court has ever held a hearing on my prosecutorial misconduct allegations. Furthermore, this is the first time I have ever been represented by counsel on a postconviction motion since my 1998 re-trial.

3.) The Commonwealth (w/ incredible hypocrisy) proffers evidence assessments by Appeals Court judges which the Commonwealth previously argued <u>lacked jurisdiction</u> to even decide my appeal (A.43-A.48/ see esp. A.47). The reason- the Appeals Court did not even exist on August 5, 1971- the day of the shooting!

4.) I am respectfully requesting that the Court hold a hearing on my "Defendant's Post-Conviction Motion for Reduction of Verdict." A hearing is critically necessary to establish that a miscarriage of justice (at least to degree of guilt) has occurred in this case. At the hearing, ADA Thomas O'Reilley and ADA (now Judge) David Cunis can be questioned, <u>under oath</u>, concerning my allegations of falsification of evidence

4.) during my 1998 re-trial, which are extensively detailed and
highly documented (see Commonwealth's EXHIBIT A).  Upon this
foundation of falsified evidence, the appellate judges de-
termined that the Commonwealth's "evidence" was "overwhelming"
and of "exceptional strength". One particularly salient exam-
ple- In the Commonwealth's opposition at p11, it is asserted
"relying again on the findings of the Appeals Court...medical
evidence indicated that one shot had been fired from behind
the victim, apparently as he had turned to escape the fusil-
lade." This is sheer fabrication!  The medical examiner tes-
tified, "It's an exit wound in the back" (1998 Tr. II/169).

5.) A miscarriage of justice (at least to degree of guilt) has
occurred in my case as the result of a fatal combination of
ineffective assistance of trial counsel (who simply rested
after the Commonwealth completed its case in chief) and the
falsification of critical evidence by prosecutors who had
corrupt political/legal motives.

SIGNED AND SWORN TO, UNDER THE PAINS AND PENALTIES OF
PERJURY, PURSUANT TO SUPERIOR COURT RULE 15, THIS 24th
DAY OF APRIL 2017.


Respectfully submitted,

*Robert Beauchamp*
Robert Beauchamp/W33990
Defendant
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056

RB.28

ROBERT BEAUCHAMP
MCI-NORFOLK
P.O. BOX 43
NORFOLK, MA 02056

May 22, 2017

Mr. Rod Rosenstein
Deputy Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001


RE:  SPECIAL COUNSEL ROBERT MUELLER
     RUSSIAN HACKING INVESTIGATION

Dear Deputy Attorney General Rosenstein:

     On January 3, 2013, I sent a letter (w/attachments) to
then FBI Director Robert Mueller (S52).  I informed Director
Mueller that since the FBI was required to conduct an up-to-
date background investigation on Senator John Kerry (who had
been nominated by President Obama to become U.S. secretary
of state), the FBI should investigate the following.  To wit:

          That, in 1998, Middlesex County (MA) ADA
          Thomas O'Reilly and ADA (now Judge) David
          Cunis conspired to frame me for murder for
          "threatening to publicly expose Senator
          John Kerry's concealed bisexuality" (S52).
          (see also attached S4, S5,S8;S26).

     Predictably, Director Mueller withheld this critical in-
formation from the U.S. Senate, and Kerry was almost unani-
mously confirmed to replace Secretary of State Hillary Clinton.
Once DOJ officials inform the media of Mueller's 2013 withhold-
ing, the public will seriously question Mueller's integrity
and his fitness to conduct the Russian hacking investigation.
Therefore, I believe that it is incumbent upon you to expedit-
iously terminate Mr. Mueller as special counsel!

     (NOTE: I would point out that the above-referenced
            murder case was reactivated in March 2017.
            (Commonwealth v. Beauchamp/ MICR1971-95920)
            There now exists the issue of whether or not
            corrupt DA Marian Ryan will be forced to ap-
            point a special prosecutor due to an egreg-
            ious conflict of interest. (see attached AA.1,
            AA.2, A.1, A.2)

On <u>January 3, 2017</u>, I sent a letter (w/attachments) to Senator Mitch McConnell. I informed Sen. McConnell that a $10,000 payoff altered the probable outcome of the 1988 presidential election. <u>This payoff was the history altering catalyst that ultimately led to the election of President Donald Trump!</u> (A.14, A.15)

I requested that Sen. McConnell "provide copies of this cover letter/attachments to the members of Congress et al. involved in the Russian hacking investigation" (see enclosed). However, to date, for corrupt legal and political motives, Sen. McConnell continues to withhold my January 3, 2017 letter/attachments from other members of Congress et al. (see enclosed)

In addition to the attached/enclosed, substantial corroborating evidence re. the above is incorporated in GRAYMAIL (authorhouse.com) (A.5) and STONEWALL (www.lulu.com) (A.13).

<u>Thank You!</u>

Sincerely,

*Robert Beauchamp*
Robert Beauchamp

BY: Priority Mail
    Certified Mail No.
    <u>7015 1520 0000 2418 6701</u>
    <u>Return Receipt Requested</u>

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | 335 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ .75 |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | 66 |
| Total Postage and Fees | 12.75 |

UNIT 242
USPS Postmark Here

Sent To   DEP. AG ROD ROSENSTEIN/DOJ
Street and Apt. No., or PO Box No.   950 PENNSYLVANIA AVE, NW
City, State, ZIP+4   WASHINGTON, D.C. 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 1520 0000 2418 6701

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. ROD ROSENSTEIN
DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, D.C. 20530-0001

9590 9401 0091 5168 1086 51

2. Article Number (Transfer from service label)
7015 1520 0000 2418 6701

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____   ☐ Agent
            ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAY 2 6 2011

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

RETURN RECEIPT REQUESTED   MAY 2 6 2011

ROBERT BEAUCHAMP
W33990/MCIN
P.O. BOX 43
NORFOLK, MA 62056

RB.30

**ROBERT BEAUCHAMP**
**MCI-NORFOLK**
**P.O. BOX 43**
**NORFOLK, MA 02056**

June 27, 2017

Mr. Hank Shaw                           RE: TERMINATION OF
SAC/FBI                                      SPECIAL COUNSEL
201 Maple Street                             ROBERT MUELLER
Chelsea, MA 02150

Dear SAC Shaw:

On May 22, 2017, I sent a letter (w/attachments-enclo-
sures) to DAG Rod Rosenstein. In this correspondence, I
detailed/documented a major act of legal/political corrupt-
ion committed, in 2013, by then FBI Director Robert Mueller.
(see attached/enclosed)

Over a month has now elapsed since DAG Rosenstein re-
ceived the above-referenced information. However, to date,
notwithstanding the gravity of this matter, (predictably) I
have not received any response whatsoever from any DOJ/FBI
official.

Recently, there were widespread media reports that
President Donald Trump considered terminating Mr. Mueller
as special counsel, but lacked any legitimate justification
to do so. Consequently, this raises grave concerns that
DAG Rosenstein and other DOJ/FBI officials conspired to
withhold the attached/enclosed information from President
Trump. Otherwise, the president would have almost certain-
ly have fired Mr. Mueller by now!

Therefore, I think that it would be highly advisable
for a DOJ/FBI official to meet with me, as soon as conveni-
ent, to discuss this matter of substantial national import-
ance. Thank You!

Sincerely,

*Robert Beauchamp*
Robert Beauchamp

BY: Priority Mail
    Certified Mail No.
    7015 1520 0000 8224 6713
    Return Receipt Requested

RB.31

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

ROBERT BELACHOUSE 22

Certified Mail Fee
$ 3.35

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt *(hardcopy)* $ _____
☐ Return Receipt *(electronic)* $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

UNIT 2-2
Postmark
Here

ROBERT BEAUCHAMP
W33790 / HCIN
P.O. BOX 43
NORFOLK, MA 02056

Postage
$ 6.65

Total Postage and Fees
$ 12.75

Sent To SAC HANK SHAW / FBI
Street and Apt. No., or PO Box No. 201 MAPLE STREET
City, State, ZIP+4® CHELSEA, MA 02150

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for instructions

7015 1520 0000 8224 6713

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

SAC HANK SHAW
FEDERAL BUREAU
OF INVESTIGATION
201 MAPLE STREET
CHELSEA, MA 02150

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☐ Agent
                       ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail®      ☐ Priority Mail Express™
☐ Registered           ☐ Return Receipt for Merchandise
☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*   7015 1520 0000 8224 6713

PS Form 3811, July 2013          Domestic Return Receipt

RB.32

**ROBERT BEAUCHAMP**
**MCI-NORFOLK**
**P.O. BOX 43**
**NORFOLK, MA 02056**

August 28, 2017

Ms. Marian Ryan
District Attorney
Middlesex County
15 Commonwealth Avenue
Woburn, MA 01801

RE:  Commonwealth v. Beauchamp
     Case No. MICR1971-95920

     PROSECUTORIAL CRIMINALITY

Dear DA Ryan:

     The attached documents have begun to circulate among
attorneys representing some of the individuals targeted by
Special Counsel (SC) Robert Mueller in the Russian hacking
investigation. These documents provide preliminary evidence
that Mueller violated federal, criminal statutes connected
to the above-referenced case.

     Therefore, it may be well-advisable for you to finally
comply with your fundamental ethical and legal obligations,
and expeditiously inform Middlesex Superior Court Judge Kathe
Tuttman that my 1998 second degree murder conviction was ob-
tained by PROSECUTORIAL CRIMINALITY!  (see esp. S58-S63/S88)

     Thank You!

Sincerely,

Robert Beauchamp
Robert Beauchamp
Defendant

c:  SJC CJ Ralph Gants
    FBI SAC Hank Shaw

BY: Certified Mail Nos.
    7015 1520 0000 2418 6695
    9590 9420 2752 6351 9974 62
    Return Receipt Requested



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Robert Beauchamp

| Certified Mail Fee | $ 3.35 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☑ Return Receipt (hardcopy) | $ 2.75 | |
| ☐ Return Receipt (electronic) | $ | |
| ☐ Certified Mail Restricted Delivery | $ | |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ 1.61 | |
| Total Postage and Fees | $ 7.71 | |

Postmark Here  UNIT Z-2

Sent To   DA MARIAN RYAN
Street and Apt. No., or PO Box No.  15 COMMONWEALTH AVE.
City, State, ZIP+4®  WOBURN, MA 01801

ROBERT BEAUCHAMP
W33990/MCIN
P.O. BOX 43
NORFOLK, MA 02056

7015 1520 0000 2418 6695

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

# CORRUPT SC ROBERT MUELLER

# CORRUPT DA MARIAN RYAN

On January 3, 2013, I detailed/documented to then FBI Director/ now Special Counsel (SC) Robert Mueller the following:

> That, in 1998, Middlesex County (MA) ADA Thomas O'Reilly and ADA (now Judge) David Cunis conspired to frame me for murder for "threatening to publicly expose Senator John Kerry's concealed bisexuality" (S52) (see also attached S4,S5,S8,S26)

Notwithstanding his statutory duty to investigate the above, and report the FBI's findings to the U.S. Senate, which was in the process of confirming Kerry to become U.S. secretary of state, Mueller corruptly withheld this critical information from the U.S. Senate!

On June 24, 2015, I detailed/documented the above to Middlesex County (MA) DA Marian Ryan (S58-S62). Notwithstanding her statutory duty to investigate the above, Ryan corruptly stonewalled reporting this prosecutorial criminality to the superior court! (see also S63,S88-S90)

Since May 2017, DOJ DAG Rod Rosenstein and FBI SAC Hank Shaw have been withholding the above-summarized Mueller corruption information from President Donald Trump so that he will be deprived of having a legitimate justification to terminate Mueller as special prosecutor! (S84-S87)

Predictably, DA Ryan (by means of a lie-filled opposition filed in the Middlesex Superior Court on April 13, 2017 (i.e. Commonwealth v. Beauchamp/MICR 1971-95920) continues to vehemently attempt to maintain her office's fraudulently obtained second degree murder conviction against me!

My report, STONEWALL (referenced exemplar pages attached) extensively details and documents these unethical and illegal acts by Corrupt SC Mueller and Corrupt DA Ryan!

To obtain STONEWALL, log onto (www.lulu.com).

*Robert Beauchamp*
Robert Beauchamp
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056

08/28/2017

RB.34



*The Commonwealth of Massachusetts*
*Committee for Public Counsel Services*
*44 Bromfield Street, Boston, MA 02108-4909*

**Anthony J. Benedetti**
CHIEF COUNSEL

TEL: (413) 750-1620
FAX: (617) 988-8493

**NANCY T. BENNETT**
DEPUTY CHIEF COUNSEL
PRIVATE COUNSEL DIVISION

November 7, 2014

Robert Beauchamp, W33990
MCI Norfolk
P.O. Box 43
Norfolk, MA  02056

Dear Mr. Beauchamp:

This was posted on the WBZ-TV website:

BOSTON (CBS) – A prosecutor in the Middlesex County District Attorney's Office is now the target of an investigation, sources told WBZ-TV.

The sources said the probe involves Stephen Gilpatric's work on drug cases.

"Any allegation of this nature is troubling. Our employees hold important positions of public trust and we will work with other law enforcement agencies to review and address this serious matter," Middlesex District Attorney Marian Ryan said in a statement to WBZ.

*TOTAL*
*B.S.*

No other information is available at this point in the investigation.

Very truly yours,

Terry Nagel
Senior Staff Counsel
Private Counsel Appeals Unit

NOTE:  The only time DA Marian Ryan will order an
       investigation into allegations of criminal
       acts by prosecutors in her office is when
       the allegations become public, and DA Ryan
       has no other choice but to order an investig-
       ation.  Otherwise, DA Ryan simly covers up
       criminal acts by her subordinates!

RB.35

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

*Robert Beauchamp SE*

| | | |
|---|---|---|
| Postage | $ | 6.65 |
| Certified Fee | | 3.35 |
| Return Receipt Fee (Endorsement Required) | | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 12.75 |

Postmark Here
UNIT 02-2
ROBERT BEAUCHAMP
W33990/ MCIN
P.O.BOX 43
NORFOLK NB 02056

Sent To *MR. CHRISTOPHER WRAY / FBI*
Street, Apt. No.; or PO Box No. *935 PENNSYLVANIA AVE, NW*
City, State, ZIP+4 *WASHINGTON, D.C. 20535-0001*

PS Form 3800, August 2006          See Reverse for Instructions

7007 0220 0004 5029 6316

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*MR. CHRISTOPHER WRAY
DIRECTOR OF THE FBI
935 PENNSYLVANIA AVE, NW
WASHINGTON, D.C. 20535-0001*

9590 9402 2752 6351 9974 55

2. Article Number (Transfer from service label)

7007 0220 0004 5029 6316

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by (Printed Name) *John Curran*   C. Date of Delivery *9-18-17*

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
☑ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**NOTE:** DOCUMENTS PAGINATED (R.36-RB.46) WERE NOT ATTACHED TO MY 09.11.17 LETTER TO FBI DIRECTOR CHRISTOPHER WRAY. (RB)

RB.36



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

December 5, 2017

Mr. Robert Beauchamp, #W33990
MCI - Norfolk
Post Office Box 43
Norfolk, MA 02056

Dear Mr. Beauchamp:

This letter is in response to the correspondence you mailed to the FBI in which you claim you are wrongfully incarcerated.

The FBI's Boston Field Office has reviewed your allegations and has determined that no further action is necessary.

Sincerely yours,

Jeffrey B. Veltri
Chief, Civil Rights Unit
Criminal Investigative Division

**January 2, 2018**

Dear Mr. Veltri:

As you well know, the FBI did **NOT** conduct a <u>credible</u> review of my wrongful incarceration allegation.  One reason— a credible review would have proven that, in 2013, then FBI Director Robert Mueller committed an obstruction of justice in my case.  Additionally, I was not even interviewed once during this "review" by DOJ/FBI officials.

<u>If the above/attached becomes public, then U.S. Attorney General William Sessions will have no choice but to appoint a special counsel to investigate Special Counsel Robert Mueller et al.</u>

I await your expeditious response.

Sincerely,

Robert Beauchamp
Robert Beauchamp

c: Mr. Ty Cobb, Esq.
   Mr. Kevin Downing, Esq.
   AUSA Kyle Freeny
   Mr. Abbe Lowell, Esq.
   FBI SAC Hank Shaw

Stonewall by Robert Beauchamp (Paperback) - Lulu

RB.37



Login/Register  🌐 ▾   Support   Cart 🛒

Shop      Create      Sell      Learn      Search              Bookstore

## Product Details

| | |
|---|---|
| ISBN | 9781365284731 |
| Copyright | ROBERT BEAUCHAMP (Standard Copyright License) |
| Edition | 1st |
| Publisher | Quail Valley Publishing |
| Published | February 28, 2017 |
| Language | English |
| Pages | 84 |
| Binding | Perfect-bound Paperback |

Paperback, 84 Pages ☆☆☆☆☆

Price: $30.00

Prints in 3-5 business days

👍 Like  Be the first of your friends to like this.
Embed

**STONEWALL**

Robert Beauchamp

GARDNER ART MYSTERY-SOLVED!

FORMATTED FOR USE BY THE MEDIA

Preview

This report details/documents a major act of corruption committed by Special Counsel Robert Mueller. To wit: In early 2013, then FBI Director Mueller withheld the following information from the U.S. Senate, which was in the process of confirming Senator John Kerry to succeed Secretary of State Hillary Clinton. That, in 1998, Middlesex County (MA) ADAs Thomas O'Reilly and David Cunis conspired to frame Robert Beauchamp for murder to retaliate against him for threatening to publicly expose Kerry's homosexual relationships with former DA John Droney and Gardner Museum robber George Reissfelder. DOJ DAG Rod Rosenstein and FBI SAC Hank Shaw have been withholding the above-summarized Mueller corruption information from President Donald Trump since late May 2017!

NOTES TO REPORTERS/ATTORNEYS ET AL.

1) Since mid-September 2017, FBI Director Christopher Wray continues to stonewall ordering a credible review of the above-summarized Mueller corruption information.

2) To protect the legal/political interests of Special Counsel Robert Mueller, DA Marian Ryan et al., Judge Kathe Tuttman acted with corrupt motive! (see "Defendant's Motion For Reconsideration" filed on 09.15.17 in Commonwealth v. Beauchamp/ Docket No. 7181CR95920/ Middlesex County (MA) Superior Court.) This motion (40pp) is a public record document. The Tuttman/Mueller coverup will be investigated by the Massachusetts Commission on Judicial Conduct.

3) To obtain STONEWALL, log onto (www.lulu.com). (see att. ex. pp) (see also GRAYMAIL (www.authorhouse.com)

/s/ Robert Beauchamp/ MCI-Norfolk/ P.O. Box 43/ Norfolk MA 02056

RB.38

**ROBERT BEAUCHAMP**
**MCI-NORFOLK**
**P.O. BOX 43**
**NORFOLK, MA 02056**

November 13, 2017

Judge Amy Jackson               RE:   U.S. v. Paul Manafort
U.S. District Court                    U.S. v. Rick Gates
333 Constitution Ave., NW
Washington, D.C. 20001                 SC Robert Mueller
                                       Obstruction of Justice

Dear Judge Jackson:

      My report, STONEWALL (www.lulu.com) details/documents
major acts of corruption committed in 2013 by then FBI Di-
rector Robert Mueller to protect the legal/political inter-
ests of then U.S. Senator John Kerry (see "preview" next pg).

      Shortly after Mueller was appointed special counsel in
May 2017, current DOJ/FBI officials were informed of the
above/attached, but concealed this information from Presi-
dent Donald Trump.

      By mid-September 2017, Mueller's 2013 obstruction of
justice became an entanglement in my criminal case, and
Judge Kathe Tuttman issued 2 corrupt decisions to protect
Mueller et al. (see attached "Defendant's Motion For Re-
consideration").

      Presently, the above/attached information re. Mueller
and other DOJ/FBI officials could seriously undermine the
integrity of the prosecutions of Manafort, Gates et al.
Therefore, I believe the court should take whatever actions
it deems appropriate to serve the interests of justice in
the above-referenced cases.

Sincerely,

*Robert Beauchamp*
Robert Beauchamp

c: MA SJC CJ Ralph Gants
   MA AG Maura Healey

                              BY: Priority Mail
                                  Certified Mail Nos.
                                  7015 0640 0005 7233 0843
                                  9590 9402 2752 6351 9962 29
                                  Return Receipt Requested

RB.39

**MAILING CHARGES**

UNIT 2-2 DATE 11.13.17

INMATE'S NAME ROBERT BEAUCHAMP
(JUDGE AMY JACKSON)

$ 1265 HAS BEEN CHARGED TO YOUR
ACCOUNT FOR THE MAILING OF A:

( ) AIR FOREIGN    PRI MAIL LETTER (X)
( ) SPECIAL DEL.   REGISTERED ( )
(X) RET. RECEIPT REQ.    PKG. ( )
( ) AIR MAIL       *INSURED ( )
                   CERTIFIED (X)

SIGNED _____
            MAIL OFFICER

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee    $ 3.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $ 2.71
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery    $

Postage    $ .665

Total Postage and Fees    $ 12.65

Sent To JUDGE AMY JACKSON / U.S. DISTRICT COURT
Street and Apt. No., or PO Box No. 333 CONSTITUTION AVE., NW
City, State, ZIP+4® WASHINGTON, D.C. 20001

UNIT 2-2
NOV
Postmark
Here

ROBERT BEAUCHAMP
W33490/HCIN
P.O. BOX 43
NORFOLK, MA 02056

PS Form 3800, April 2015    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

JUDGE AMY JACKSON
U. S. DISTRICT COURT
333 CONSTITUTION AVE, NW
WASHINGTON, D.C. 20001

||||||||||||||||||||||||||||||||||
9590 9402 2752 6351 9962 29

2. Article Number (Transfer from service label)
7015 0640 0005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

NOV 15 2017

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
(X) Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

RB.40

**ROBERT BEAUCHAMP**
**MCI-NORFOLK**
**P.O. BOX 43**
**NORFOLK, MA 02056**

January 23, 2018

Judge Amy Berman Jackson                RE: USA v. MANAFORT et al.
United States District Court            No. 1:17-cr-00201-ABJ
333 Constitution Ave., NW
Washington, D.C. 20001

Dear Judge Jackson:

On November 13, 2017; I sent you a letter/attachments wherein I informed this court that my report, STONEWALL (www.lulu.com) details and documents "major acts of corruption, committed in 2013, by then FBI Director Robert Mueller to protect the legal/political interests of then U.S. Senator John Kerry" (A.35).

In closing, I stated that this Mueller corruption information "could seriously undermine the integrity of the prosecution of Manafort, Gates et al." However, notwithstanding its fundamental judicial duties, this court continues to withhold this Mueller corruption information from attorneys representing Paul Manafort and Richard Gates.

As the end result of this court's misconduct, I recently compiled a supplement to STONEWALL (A.36) titled CORRUPT MUELLER, which should be published as an Ebook in the next 60 days. CORRUPT MUELLER exposes, inter alia, this court's attempts to protect the legal/political interests of Special Counel Robert Mueller (partial pre-Ebook copy of CORRUPT MUELLER appended hereto).

This court's misconduct is highly prejudicial to the effective and expeditious administration of justice in Manafort et al. Therefore, I believe that it is now incumbent upon you to recuse yourself from presiding over this case.

Sincerely,

*Robert Beauchamp*
Robert Beauchamp

BY: Certified Mail Nos.
    7007 0220 0004 5029 6309
    9590 9402 2752 6351 9961 06
    Return Receipt Requested

RB.41

## MAILING CHARGES

UNIT _2-2_   DATE _01.23.18_

INMATE'S NAME _ROBERT BEAUCHAMP_
_(JUDGE AMY JACKSON)_
$ _167_ HAS BEEN CHARGED TO YOUR
ACCOUNT FOR THE MAILING OF A:

( ) AIR FOREIGN ~~PAID~~         LETTER (X)
( ) SPECIAL DEL.              REGISTERED ( )
(X) RET. RECEIPT REQ. ~~JAN 30 2018~~   PKG. ( )
( ) AIR MAIL                  *INSURED ( )
                              CERTIFIED (X)

SIGNED _____
                MAIL OFFICER

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ □ Agent □ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>_JUDGE AMY BERHAN JACKSON_<br>_U.S. DISTRICT COURT_<br>_333 CONSTITUTION AVE, NW_<br>_WASHINGTON, D.C. 20001_ | D. Is delivery address different from item 1? □Yes<br>If YES, enter delivery address below: □No<br>_JAN 29_ |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 2752 6351 9961 06 | 3. Service Type<br>□ Adult Signature<br>□ Adult Signature Restricted Delivery<br>(X) Certified Mail®<br>□ Certified Mail Restricted Delivery<br>□ Collect on Delivery<br>□ Collect on Delivery Restricted Delivery<br>□ Insured Mail<br>□ Insured Mail Restricted Delivery (over $500) | □ Priority Mail Express®<br>□ Registered Mail™<br>□ Registered Mail Restricted Delivery<br>□ Return Receipt for Merchandise<br>□ Signature Confirmation™<br>□ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7007 0220 0004 5029 6309 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

RB.42

# ROBERT BEAUCHAMP
# MCI-NORFOLK
# P.O. BOX 43
# NORFOLK, MA 02056

---

DATE:  August 13, 2013          FROM:  *Robert Beauchamp*
                                       Robert Beauchamp

TO:  Inspector General          RE:  Withholding of Highly
     Dept. of Justice                 Damaging Information
     950 Pennsylvania Ave., NW        About John Kerry from
     Washington, D.C. 20530           the U.S. Senate by
                                      DOJ/FBI Officials

        Enclosed is a pre-publication copy of a report I compiled
titled STONEWALL, which will be published in early 2014.  This
report details and documents the links between John Kerry's con-
cealed bisexuality, and three major federal crimes committed by
Massachusetts officials and civilians (see "Opening Statement"/
STONEWALL p1 for preliminary summary).

        Although DOJ/FBI officials were well aware of this Kerry in-
formation, they withheld it from the U.S. Senate after President
Barack Obama nominated then Senator John Kerry to become secret-
ary of state.  These DOJ/FBI officials include Boston FBI ASAC
Noreen Gleason, USA Carmen Ortiz, former FBI Director Robert
Mueller, Attorney General Eric Holder et al.

        Absent this withholding, it is highly probable that the
U.S. Senate would not have confirmed Kerry.  Therefore, it is
now incumbent upon your office to expeditiously initiate a cred-
ible investigation into my well-documented allegations.

        Lastly, as I am not presently asserting any copyright priv-
ileges to STONEWALL (175pp), your office may make whatever num-
ber of copies are required for the investigation, White House
officials, media et al.

        Thank you for your time and consideration.  I will await
your response.

BY:  Priority Mail
     USPS Tracking No.
     9505 5109 5745
     3226 3789 43

RB.43



**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

*1425 New York Avenue NW, Suite 7100*
*Washington, D.C. 20530*

August 29, 2013

Robert Beauchamp
W33990/MCI-Norfolk
Post Office Box 43
Norfolk, MA 02056

Dear Mr. Beauchamp:

The purpose of this letter is to acknowledge receipt of your correspondence dated August 13, 2013. The Investigations Division of the Office of the Inspector General has thoroughly reviewed the material and concluded that the issues raised do not warrant an investigation by this office. Accordingly, this office will take no further action regarding your correspondence and considers the matter closed.

Thank you for giving us the opportunity to review your concerns.

Sincerely,

Office of the Inspector General
Investigations Division

RB.44

**ROBERT BEAUCHAMP**
**MCI-NORFOLK**
**P.O. BOX 43**
**NORFOLK, MA 02056**

---

DATE:  September 18, 2013          FROM:  *Robert Beauchamp*
                                          Robert Beauchamp

TO:  Inspector General                RE:  Request For
     Dept. of Justice                      "Thorough Review"
     1425 New York Ave., NW
     Washington, D.C. 20530


On August 13, 2013, I sent a cover letter (see attached) and enclosed a pre-publication copy of my book- STONEWALL (175 pp) to the DOJ Inspector General. This mailing was received by the IG's office on August 19, 2013. STONEWALL details and extensively documents a conspiracy among DOJ/FBI officials to withhold highly damaging information about then Senator John Kerry from the U.S. Senate after President Barack Obama nominated Kerry to become secretary of state (see attached "Opening Statement").

On August 29, 2013, some unidentified bureaucrat in the IG's office sent me a form letter purporting that, "The Investigations Division of the Office of the Inspector General has thoroughly reviewed the material and concludes that the issues raised do not warrant an investigation by this office" (see attached).

It is patently beyond belief that the IG's office could possibly have "thoroughly reviewed" STONEWALL in just 9 working days, especially given the extraordinary seriousness of the ethical and statutory violations alleged against DOJ/FBI officials.

Once STONEWALL is published in 2014, it will undoubtedly generate a major congressional investigation, and the integrity of the IG's office will then become a significant issue.  To avoid this scenario, I would request that STONEWALL now be (in reality) "thoroughly reviewed" by the IG's office. Thank You!


c: Senator Ted Cruz
   Senator James Inhofe
   Senator Rand Paul

RB.45

**ROBERT BEAUCHAMP**
**MCI-NORFOLK**
**P.O. BOX 43**
**NORFOLK, MA 02056**

December 11, 2014

Mr. James B. Comey
Director of the FBI
950 Pennsylvania Ave., NW
Washington, D.C. 20535-0001

RE:  Secretary of State John Kerry's
     Concealed Bisexuality

     Violations of Federal
     Criminal Statutes

Dear Director Comey:

On November 6, 2014, I sent, by Priority Mail/ Certified
No. 7012 3460 0003 3493 6481/ Return Receipt Requested, a pre-
publication copy of my report, **STONEWALL** (100pp) to attorney
Jonathan Lyons at Curtis Brown, Ltd. in New York City.  **STONE-
WALL** extensively details and documents the links between Sec-
retary of State John Kerry's concealed bisexuality and three
major federal crimes committed by Massachusetts officials et
al. (exemplar "S" paginated pages attached hereto) (see also
my book, **GRAYMAIL**/ www.authorhouse.com)

Given the attached evidence (**A.80-A.81**), there exists a
virtual 100% certainty that MA DOC officials intercepted my
legal mailing to attorney Lyons, and transmitted it to FBI
officials. As a result of this illegally obtained evidence,
the FBI has evidently initiated a clandestine investigation
into Secretary Kerry, DA Marian Ryan et al.

Ironically, it had been my intention to submit a prepub-
lication copy of **STONEWALL** to the FBI in early December once
I had an opportunity to conference with attorney Lyons (<u>who,
of course, never received my mailing</u>). Additionally, I am not
asserting any copyright privileges to **STONEWALL** so the FBI
may comply with any FOIA requests for a copy if/when the
Kerry/Ryan et al. investigation becomes public knowledge.

In closing, I am now willing to cooperate with FBI of-
ficials in their probe of Kerry/Ryan et al. Therefore, it is

unnecessary (and probably inadvisable) for the FBI to have
MA DOC officials pirating any more of my legal mail.

Sincerely,

*Robert Beauchamp*
Robert Beauchamp


c:  Mr. Jonathan Lyons
    Attorney at Law
    CURTIS BROWN, LTD.


BY: Certified Mail No.
    7011 3500 0001 3960 6907
    Return Receipt Requested

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

~~OFFICIAL USE~~

| | | |
|---|---|---|
| Postage | $ | 103 |
| Certified Fee | | 330 |
| Return Receipt Fee (Endorsement Required) | | 270 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 8.03 |

Postmark Here

UNIT 2-2
ROBERT BEAUCHAMP
W33990/MCIN
P.O. BOX 43
NORFOLK, MA 02056

Sent To  DIRECTOR JAMES COMEY
Street, Apt. No.; or PO Box No.  950 PENNSYLVANIA AVE, NW
City, State, ZIP+4  WASHINGTON, DC 20535-0001

PS Form 3800, August 2006          See Reverse for Instructions

7011 3500 0001 3960 6907


---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

MR. JAMES COMEY
DIRECTOR/FBI
950 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20535-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                      ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery
VIG TURNER/BRA    12-18-14
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)    7011 3500 0001 3960 6907

PS Form 3811, July 2013          Domestic Return Receipt

# SECTION 2

**ROBERT BEAUCHAMP**
**MCI-NORFOLK**
**P.O. BOX 43**
**NORFOLK, MA 02056**

January 9, 2017

Mr. Robert Bethel
Inspector-in-Charge
UNITED STATES POSTAL
INSPECTION SERVICE
465 Summer Street
Suite 600
Boston, MA 02210-2114

RE:  Politically Motivated
     Theft of Mail

Dear Mr. Bethel:

The following:

1.) On September 2, 2016, I sent a letter (w/attachments) to
Amnesty International (A.1) by certified mail no. 7007 0220
0004 5029 6255/ return receipt requested (A.2).

2.) On September 22, 2016, I sent a letter to the Norfolk, MA
postmaster stating that I had not received the "green, re-
turn receipt requested card for the above certified mail-
ing" (A.3).

3.) On October 6, 2016, the Norfolk, MA postmaster sent me a
post-it stating that the USPS "cannot validate delivery"
of my 09.02.16 letter to Amnesty International (A.3),
and enclosed a refund form for me to sign (A.4).

4.) On October 22, 2016, the Norfolk, MA postmaster sent me
a post-it requesting the "original (certified mail) re-
ceipt" (A.5).

5.) On October 25, 2016, I sent the original certified mail
receipt to the Norfolk, MA postmaster, and requested that
s/he "refer this matter to the U.S. Postal Inspection Ser-
vice as a likely theft of mail" (A.5).

6.) On November 15, 2016, I sent a letter (w/attachments) to
FBI Director James Comey re. the subject matter of my 09.
02.16 letter to Amnesty International, and the likelihood
that the theft of this mailing was committed by FBI agents
(NYC office) (A.6, A.7).

2

7.) On <u>December 5, 2016</u>, I sent a letter to the Norfolk, MA post-master inquiring "as to <u>when</u> I will receive my refund and <u>when</u> I will be contacted by the U.S. Postal Inspection Service" (A.8).

8.) On <u>December 6, 2016</u>, the Norfolk, MA postmaster sent me a refund of $7.78 (A.9), and a flyer on how to file a complaint with the U.S. Postal Inspection Service" (A.10).

9.) On <u>December 10, 2016</u>, I sent the Norfolk, MA postmaster a letter informing him/her that, "I am unable to call 800 numbers or to go online." Furthermore, I stated, "I would <u>again</u> request that you refer this <u>theft of mail</u> to the USPIS" and copied my letter to FBI SAC Vincent Lisi and Mark Toner, a staff person at the U.S. Department of State (A.11).

As of <u>January 9, 2017</u>, I still have not been contacted by the USPIS notwithstanding the extraordinary political/legal gravity of this matter. Additionally, I mailed around 200 copies of the enclosed "Report Release" to various media from <u>July to mid-December 2016</u>. However, notwithstanding the extraordinary political/legal gravity of the information summarized in the enclosed "Report Release;" I did not receive a single response from any of the media et al. that I mailed this release. Obviously these mailings were stolen.

Finally, if the attachments to this letter and the enclosed "Report Release" do not convince you of the extraordinary political/legal gravity of this matter, I have also enclosed a copy of my January 3, 2017 letter/attachments to U.S. Senate Majority Leader Mitch McConnell.

Therefore, I am requesting that you expeditiously order USPIS officials to initiate an investigation of the theft of my 09.02.16 letter/attachments to Amnesty International, and the theft of my "Report Release" mailings to the media et al. <u>Thank You!</u>

Sincerely,

*Robert Beauchamp*
Robert Beauchamp


BY: Priority Mail
    Certified Mail No.
    7007 0710 0005 4636 8086
    <u>Return Receipt Requested</u>

A.1

ROBERT BEAUCHAMP
MCI-NORFOLK
P.O. BOX 43
NORFOLK, MA 02056

September 2, 2016

Amnesty International
5 Penn Plaza
New York, NY 10001

RE: Secretary of State John Kerry's
    Concealed Bisexuality Linked To
    Politically-Motivated
    Wrongful Imprisonment

Dear Amnesty International:

In late July 1998, my attorney, Eugene McCann, reiterated to Middlesex County (MA) ADA Thomas O'Reilly my earlier communication that I was aware of then U.S. Senator John Kerry's homosexual relationships with former Middlesex DA John Droney and George Reissfelder, who was my codefendant (escape case), lover and Gardner Museum robber (S4, S8, S26).

In retaliation, ADA O'Reilly and ADA (now Judge) David Cunis conspired, while acting under color of law, to violate my federal civil rights in contravention of Title 18 U.S.C. §242 by submitting false evidence to the jury 8 times. As the result, I was reconvicted of second degree murder (S58-S62). Subsequently, in 2000, 2005, 2010 and 2015, the Middlesex DA's office submitted last-minute, lie-filled oppositions so that I would be denied release from prison by the complicitous Massachusetts Parole Board (S63-S70).

Recently, my report, STONEWALL (www.lulu.com) was published. This report, inter alia, extensively details and highly documents the above-summarized assertions. (Internet profiles and exemplar pages attached)

Given that John Kerry will only remain as U.S. secretary of state for about 4½ months more, I am respectfully requesting that Amnesty International expeditiously assist me in making my status as a political prisoner publicly known. I believe that such public knowledge would force Middlesex DA Marian Ryan to quickly file a motion to vacate my conviction, which was obtained by prosecutorial criminality. Thank You!

Sincerely,

*Robert Beauchamp*
Robert Beauchamp

BY: Certified Mail No.
    7007 0220 0004 5029 6255
    Return Receipt Requested

A.2

## MAILING CHARGES

UNIT _2-2_ DATE _09.02.16_

INMATE'S NAME ~~ROBERT~~ *ROBERT BEAUCHAMP*
*(AMNESTY INTERNATIONAL)*

**PAID**

$ _7ff_ HAS BEEN CHARGED TO YOUR
ACCOUNT FOR THE MAILING OF A:

( ) AIR FOREIGN          LETTER (X)
( ) SPECIAL DEL.         REGISTERED ( )
(X) RET. RECEIPT REQ.    PKG. ( )
( ) AIR MAIL             *INSURED ( )
                         CERTIFIED (X)

SIGNED _____
              MAIL OFFICER

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $  1.78 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $  7.78 |

Postmark Here

UNIT 2-2
ROBERT BEAUCHAMP
W33990/ MCIN
P.O. BOX 43
NORFOLK MA 02056

Sent To
_AMNESTY INTERNATIONAL_
Street, Apt. No.; or PO Box No.
_5 PENN PLAZA_
City, State, ZIP+4
_NEW YORK, NY 10001_

7007 0220 0004 5029 6255

PS Form 3800, August 2006                 See Reverse for Instructions

*10. 03. 16*

TO: MAIL OFFICER/MCIN

WOULD YOU PLEASE ASK
THE POSTMASTER TO EITHER
PROVIDE ME THE TRACKING
PRINTOUT I REQUESTED, OR
REFUND ME THE $7.78 I
PAID -TO HAVE PROOF OF
RECEIPT OF THIS MAILING?

THANK YOU,
Robert Beauchamp
W33990/UNIT 2-2

*10.11.16*                                        A.3

TO: MAIL OFFICER/MCIN

ENCLOSED IS THE FORM YOU
SENT ME TO SIGN, THANK YOU!
Robert Beauchamp

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 1.78 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.78 |

Postmark Here
ROBERT BEAUCHAMP
W33990/MCIN
P.O. BOX 43
NORFOLK MA 02056

Sent To   AMNESTY INTERNATIONAL
Street, Apt. No.; or PO Box No.   5 PENN PLAZA
City, State, ZIP+4   NEW YORK, NY 10001

PS Form 3800, August 2006          See Reverse for Instructions

7007 0220 0004 5024 6255

September 22, 2016

Dear Postmaster,

I did not receive the green, return receipt requested card for the above-certified mailing.

As I need legal proof of receipt, would you please send me a tracking print-out showing the date that Amnesty International received my mailing?

Thank You!

Robert Beauchamp
Robert Beauchamp
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056

*10-6-2016*

MR Beauchamp,

I can not validate delivery, therefore we will process a refund for services not rendered. Please sign the attached and return for us to process.
Pm Norfolk

A. 4

 **UNITED STATES POSTAL SERVICE** ®

**Application for Refund of Fees, Products and Withdrawal of Customer Accounts**



0002451511610060610285

**Part 1 - Application (Customer completes and submit to local Post Office¹ for processing)**

Customer/Company Name

R O B E R T   B E A U C H A M P

Attention

Mailing Address *(Address to which the funds will be mailed)*                         Apt. or Suite No.

P . O . . B O X   4 3

City                                                                                   State

N O R F O L K                                                                          M A

ZIP + 4®                               Telephone No. *(Include area code)*

0 2 0 5 6 - 0 0 4 3              [  ] [  ] [  ] - [  ] [  ] [  ] - [  ] [  ] [  ] [  ]

Amount of Refund Request                Customer Account No. or Postage Meter No.

$                    7 . 7 8

X *Robert. Beauchamp* /10.11.16          1 0 - 0 7 - 2 0 1 6
Signature of Customer *(Required)*       Date of Request (MM/DD/YYYY)

**Privacy Act Statement**

Your information will be used to process and respond to your transaction. Collection is authorized by 39 USC 401, 403, 404, 407, 411, 2008 & 31 USC 7701. Providing the information is voluntary, but if not provided, we may not process your refund request. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; and to contractors and other entities aiding us to fulfill the service (service providers). For more information regarding our privacy policies, visit usps.com/privacypolicy.

Request Disbursement For: *(Select the appropriate box)*

[ ] Post Office Postage Meter/PVI Error **(AIC 509)**
    *(If actual postage meter label is attached, no witness signature is required.)*

[X] Refund Postage and Fees **(AIC 553)**
    *(Extra services not rendered, e.g., Certified Mail™, Registered Mail™, Delivery Confirmation™.)*

[ ] Spoiled/Unused Printed Customer Meter Postage **(AIC 526)**
    *(Legible postage meter stamps must be submitted to USPS.)*

[ ] Refund of Permit Postage and Fees **(AIC 528)**
    [ ] Postage Affixed on BRM Pieces
    [ ] Damaged Mailings, Refund of Annual Fees

[ ] Refund of Fees and Retail Services **(AIC 535)**
    *(PO Box keys and service fees)*

[ ] Refund for Postal Service™ Related Products **(AIC 608)**
    *(e.g., merchandise)*

[ ] Refund Miscellaneous Non-Postal Service Revenue - **(AIC 624)**
    *(Previously recorded into AIC 126)*

[ ] Priority Mail Express™ Refunds **(AIC 676)**
    *(Postage and fees for service failure or not rendered)*

[ ] Sure Money® Refund **(AIC 645/646) - Issued Locally**

[ ] Withdrawal from Advance Deposit Account **(AIC 470/453)**
    [ ] Close Account
    [ ] Partial Refund

[ ] Other Refunds (AIC _____)
    Explanation: _____

[ ] Value Added Services **(AIC 541) -** Refunds to mailing agents that perform value added service and submit mail at discounted rates. This refund will require the Customer Tax Identification Number (TIN).

Customer TIN  [  ] [  ] - [  ] [  ] [  ] [  ] [  ] [  ] [  ]

**Part 2 - Verification of Disbursements (This area is for Official Use only)**

Approved Amount of Disbursement

Post Office                                                    $                    7 . 7 8

N O R F O L K

Post Office ZIP + 4          Finance Number and Unit ID          Telephone No. *(Include area code)*

0 2 0 5 6 - 9 9 9 8        2 4 - 5 1 5 1 - 0 4 5 6        5 0 8 - 5 2 8 - 5 5 0 8

Print Contact Name

Note:  Customer signature required in Part 1.

Certifying Employee Signature                    Date          Witness Signature                    Date

PSN 7530-01-000-9932

A.5

**DATE:** October 25, 2016

**TO:** Postmaster
Norfolk, MA 02056

**FROM:** *Robert Beauchamp*
Robert Beauchamp
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056

**RE:** Certified Mail No.
7007 0220 0004 5029 6255

*Mr. Beauchamp*

*I need the original*

*receipt ────→*

*in order to process*

*this request*

*REC'D. 10.22.16 RB/ [initials]*

Per your above request, I have attached below the
original certified mail receipt.

Given that the mailing I sent to Amnesty Internat-
ional on September 2, 2016 could have generated a
political firestorm during the presidential camp-
aign (see attached cover letter), I do not believe
that mailing was inadvertently lost by the post
office.

Therefore, please refer this matter to the U.S.
Postal Inspection Service as a likely theft of mail.

Thank You!

c: file

A.6

**ROBERT BEAUCHAMP**
**MCI-NORFOLK**
**P.O. BOX 43**
**NORFOLK, MA 02056**

November 15, 2016

Mr. James Comey              RE: **Sec. of State John Kerry's**
Director of the FBI               **Concealed Bisexuality**
950 Pennsylvania Ave., NW         **False Imprisonment**
Washington, D.C. 20535            **FBI Criminal Acts**

Dear Director Comey:

(1.)  On September 2, 2016, I sent a letter/attachments to
      Amnesty International. I asserted that Middlesex
      County (MA) ADA Thomas O'Reilly and ADA (now Judge)
      David Cunis conspired to violate my federal civil
      rights by framing me for murder. Their motive— to
      retaliate against me for threatening to publcly ex-
      pose Kerry's homosexual relationships with former
      Middlesex DA John Droney and George Reissfelder, who
      was my lover, codefendant (escape case) and Gardner
      Museum robber (**SECTION 1**).

(2.)  On or about September 3, 2016, I believe that FBI
      agents (NYC office) stole my mailing to Amnesty In-
      ternational to prevent public disclosure of no. 1
      supra <u>and</u> criminal acts by FBI officials involved
      in the Gardner Museum art heist investigation.
      (**SECTION 2**)

      Given your recent sabotage of former Secretary of
State Hillary Clinton's presidential campaign and the
FBI's egregious conflict of interest in my case, I would
respectfully request that you appoint a special prosecutor
to investigate the above/attached. Thank You!

Sincerely,

*Robert Beauchamp*
Robert Beauchamp

BY:  Certified Mail No.
     7015 1520 0000 8224 6706
     <u>Return Receipt Requested</u>

**MAILING CHARGES**

UNIT _2-2_ DATE _10/15/16_

INMATE'S NAME _ROBERT BEAUCHAMP_
_(COMEY)_

$_7.99_ HAS BEEN CHARGED TO YOUR
ACCOUNT FOR THE MAILING OF A

( ) AIR FOREIGN       NOV 17 2016 ( ) LETTER
( ) SPECIAL DEL.                REGISTERED ( )
(X) RET. RECEIPT REQ.              PKG. ( )
( ) AIR MAIL                   *INSURED ( )
                            CERTIFIED (X)

SIGNED _____
          MAIL OFFICER

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)        UNIT 2-2
☐ Return Receipt (hardcopy)        $ _2.70_
☐ Return Receipt (electronic)      $                 Postmark
☐ Certified Mail Restricted Delivery $ _2.70_         Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $            ROBERT BEAUCHAMP
                                              W33990/HOIN
Postage                            $ _.99_       P.O. BOX 43
                                              NORFOLK, MA 02056
Total Postage and Fees
$ _7.99_

Sent To  MR. JAMES COMEY / FBI
Street and Apt. No., or PO Box No.
950 PENNSYLVANIA AVE, NW
City, State, ZIP+4
WASHINGTON, D.C. 20535-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 1520 0000 8224 6706

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

MR. JAMES COMEY
DIRECTOR OF THE FBI
950 PENNSYLVANIA AVE, NW
WASHINGTON, D.C. 20535

9590 9401 0091 5168 1085 14

2. Article Number (Transfer from service label)
7015 1520 0000 8224 6706

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
JOHN TINGKHAM                        11-17-16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type                      ☐ Priority Mail Express®
(X) Adult Signature                  ☐ Registered Mail™
☐ Adult Signature Restricted Delivery ☐ Registered Mail Restricted
(X) Certified Mail®                      Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for
☐ Collect on Delivery                   Merchandise
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation™
☐ Insured Mail                       ☐ Signature Confirmation
☐ Insured Mail Restricted Delivery      Restricted Delivery
   (over $500)

Domestic Return Receipt

A.8

DATE: December 5, 2016

TO: Postmaster
Norfolk MA 02056

FROM: *Robert Beauchamp*
Robert Beauchamp
MCI-Norfolk
P.O. Box 43
Norfolk MA 02056

RE: Certified Mail No.
7007 0220 0004 5029 6255

On October 25, 2016, I sent you a letter with the original certified mail receipt (per your request) so that the USPS could process a refund of $7.78 (plus the 3 stamps I've used writing to you about this matter) (see attached).  To date, I have not received a refund.

Additionally, I requested that you "refer this matter to the U.S. Postal Inspection Service as a likely theft of mail."  (see attached)  To date, I have not been contacted by the U.S. Postal Inspection Service.

Therefore, please inform me as to when I will receive my refund and when I will be contacted by the U.S. Postal Inspection Service.

I thank you for your time and attention to this matter.

c: file

A.9

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### MCI NORFOLK

Date:  2016 1206 13:34:50                    Inmate Income Receipt                    Receipt #   31405087

| | |
|---|---|
| Institution : | MCI NORFOLK |
| Unit : | 2-2 |
| Block: | 211 |
| Commit # : | W33990 |
| Name : | BEAUCHAMP, ROBERT |
| Type Of Transaction : | ML - Mail |
| Date of Transaction : | 20161206 |
| Source : | Money Order |
| External Contact : | |
| Amount : | $      7.78 |
| Comments : | POSTMASTER NORFOLK |

Current Balances :

| Personal | Savings | Frozen | Sentence Fees | Restitution Fees | Loan Amount |
|---|---|---|---|---|---|
| 1,433.16 | .00 | .00 | .00 | .00 | .00 |

United States Postal Inspection Service



**HOME     ABOUT US     INVESTIGATIONS     PRESS ROOM     EMPLOYMENT     CONTACT US**

Home > Contact Us > File a Complaint

## FILE A COMPLAINT

**Report these issues to the U.S. Postal Inspection Service online:**

- Mail fraud May include scams or deceptive ads via the mail, or postage fraud.
- Mail theft Under Where is My Package, enter the tracking number or select No and then click on Continue and enter all applicable information.
- Identity theft
- Unsolicited Sexually Oriented Advertising

If you believe you're a victim of fraud related to the U.S. Mail, including mailed sweepstakes, lotteries, on-line auctions, work-at-home scams or chain letters, report your concern to the U.S. Postal Inspection Service as mail fraud.

All information is voluntary, but the more you provide, the more likely it is that we can help you. We may share your information with other agencies if it comes under their jurisdiction. See the Privacy Act Statement for more details. This site uses secure methods to transfer data.

The Postal Inspection Service will contact you only if more information is needed. We gather data on mail-related crime to determine whether a violation has occurred. While we can't guarantee we can recover lost money or items, your information can help alert Postal Inspectors to problem areas and possibly prevent others from being victimized. Inspectors base their investigations on the number, substance and pattern of complaints. We ask you to keep all original documents related to your complaint.

If you prefer to file your complaint over the phone, please call 1-800-ASK-USPS (1-800-275-8777).

**Report problems with mail delivery or service to the U.S. Postal Service.**

     ACCESSIBILITY | FREEDOM OF INFORMATION ACT | PRIVACY POLICY | U.S. POSTAL SERVICE | 1-877-876-2455

DT:  December 10, 2016

TO:  Postmaster
     Norfolk, MA 02056

RE:  Certified Mail No.
     7007 0220 0004 5029 6255
     Theft of Mail
     Referral to USPIS

FR:  *Robert Beauchamp*
     Robert Beauchamp/W33990
     MCI-Norfolk/P.O. Box 43
     Norfolk, MA 02056

On December 5, 2016, I sent you a letter inquiring when I would receive my refund of $7.78 for the above-referenced stolen mailing (A.1). On December 7, 2016, I received the refund.

I had also inquired as to when I would be contacted by the U.S. Postal Inspection Service (USPIS) as I had specifically requested that you refer this theft to the USPIS in my October 25, 2016 letter to you (A.1).

However, in response, you sent me an informational sheet, which directed that complaints to the USPIS be made via an 800 number or online (A.2). As I am a prisoner, it should have been patently obvious to you that I am unable to call 800 numbers or to go online!

Additionally, I also received a letter back from you that I sent to Mark Toner at the U.S. Department of State (USDOS), with a sticker attached to the envelope. The sticker stated, "Returned for Postage, Stamps are void when coated, covered, taped, defaced or reused." The stamp on that envelope did **NOT** fall into any of the sticker's categories.

As the theft of my September 2, 2016 mailing to Amnesty International concerned a highly sensitive legal/political matter involving U.S. Secretary of State John Kerry (A.3), the return (for no legitimate reason) of my mailing to USDOS staffer Mark Toner may well constitute an attempt to obstruct justice on your part.

Therefore, since the theft of my September 2, 2016 mailing to Amnesty International was (in all likelihood) committed by an USPS employee at the behest of FBI officials, I would again request that you refer this theft of mail to the USPIS.

Thank You!

c: Amnesty International
   FBI SAC Vincent Lisi
   Mark Toner/USDOS



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 1.78 |
| Certified Fee | | 3.30 |
| Return Receipt Fee (Endorsement Required) | | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.78 |

UNIT 52-2
Postmark Here
ROBERT BEAUCHAMP
W33990/KEIN
P.O. BOX 43
NORFOLK MA 02056

Sent To  AMNESTY INTERNATIONAL
Street, Apt. No.; or PO Box No.  5 PENN PLAZA
City, State, ZIP+4  NEW YORK, NY 10001

## CERTIFICATE OF SERVICE

I, Robert Beauchamp, intervenor/pro se, depose and say that on May 16, 2018, I placed in the U.S. mails, postage prepaid, a true and correct copy of the aforegoing "Motion Of Robert Beauchamp To Intervene" (w/attachments) addressed to the lead attorney for movant Michael Cohen and the lead attorney for the United States Attorney's Office/SDNY as follows:

Mr. Joseph B. Evans, Esq.
McDermott, Will & Emery, LLP (NY)
340 Madison Avenue
New York, NY 10173

AUSA Andrea Michelle Griswold
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007

*Robert Beauchamp*
Robert Beauchamp
Intervenor Pro Se
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056
May 16, 2018

**DATE:**  May 16, 2018

**TO:**  Office of the Clerk
U.S. District Court
500 Pearl Street
New York, NY 10007-1312

**FROM:**  *Robert Beauchamp*
Robert Beauchamp
Intervenor/Pro Se
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056

**RE:**  In the Matter of Search Warrants
Executed on April 9, 2018

Enclosed herein for filing in the above-referenced case is the original of a "Motion To Intervene Of Robert Beauchamp" (w/attachments) and "Certificate of Service" at end.

c:  Joseph B. Evans, Esq.
AUSA Andrea M. Griswold

BY: Certified Mail Nos.
7016 1370 0000 8279 9611
9590 9402 2752 6351 9972 64
Return Receipt Requested