UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
*In the Matter of Search Warrants Executed on
April 9, 2018*
-------------------------------------------------------X

MICHAEL D. COHEN,

                Plaintiff,

  -against-

UNITED STATES OF AMERICA,

                Defendant.
-------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/18

18-MJ-3161 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Mr. Gleason has moved for a protective order over purportedly privileged information that Mr. Gleason states he has disclosed to Mr. Cohen "in furtherance of [Mr. Gleason]'s role as an attorney investigating a potential claim and or representing clients." (ECF No. 51, at 5–6.) Mr. Gleason appears to be arguing that the "common interest" exception to waiver of the attorney-client privilege should apply to those disclosures.   However, Mr. Gleason's submission does not allege facts that meet the test for a finding of "common interest," which requires that the parties and their respective counsel have decided upon and undertaken a "joint defense effort or strategy."   *See Schaeffler v. United States*, 806 F.3d 34, 40 (2d Cir. 2015).

    Accordingly, Mr. Gleason's motion is DENIED.

    SO ORDERED.

Dated: New York, New York
       May 24, 2018

                                                   */s/ Kimba M. Wood*
                                               KIMBA M. WOOD
                                           United States District Judge