# BRACEWELL

May 29, 2018

BY ECF

Hon. Kimba M. Wood
United States District Judge
U.S. District for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY  10007

Re:   *Cohen v. United States of America*; No. 18-mj-03161(KMW)

Dear Judge Wood:

      Pursuant to the Court's Order of Appointment, dated April 27, 2018, I am submitting for the Court's review the April 2018 invoice setting forth the fees, expenses and costs incurred by me and my firm in connection with my role as Special Master in the above-referenced action.

      I have shared this invoice with the parties prior to submittal, and provided them an opportunity to object or ask questions. No objections were received.

      As always, I am happy to answer any questions the Court may have or to provide additional information if necessary.

Respectfully submitted,

*[signature]*
Barbara S. Jones

Enclosure

cc: Counsel for all parties (by ECF)

Barbara S. Jones    T: +1.212.508.6105    F: +1.800.404.3970
Partner             1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
                    barbara.jones@bracewell.com        bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

May 15, 2018
Invoice Number:

Our Matter #:                    For Services Through April 30, 2018
Special Master

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 04/24/18 | Prepare background materials | 3.00 | 670.00 | 2,010.00 |
| 04/25/18 | Prepare background materials | 3.00 | 670.00 | 2,010.00 |
| 04/26/18 | Prepare for conference | 2.00 | 700.00 | 1,400.00 |
| 04/26/18 | Conference with team; review filings and background materials | 3.00 | 700.00 | 2,100.00 |
| 04/26/18 | Prepare background materials | 1.00 | 670.00 | 670.00 |
| 04/27/18 | Review of case law; docket information | 2.50 | 700.00 | 1,750.00 |
| 04/27/18 | Prepare for conference with team | 2.00 | 700.00 | 1,400.00 |
| 04/27/18 | Conference with team; prepare background materials; review filing and background materials | 1.00 | 700.00 | 700.00 |
| 04/27/18 | Prepare for conference with team | 1.00 | 700.00 | 700.00 |
| 04/28/18 | Prepare for review and conference | 3.50 | 700.00 | 2,450.00 |
| 04/28/18 | Prepare for conference | 2.00 | 700.00 | 1,400.00 |
| 04/28/18 | Prepare for conference with parties; conference with team; prepare background materials; review filings and background materials | 1.50 | 700.00 | 1,050.00 |
| 04/28/18 | Prepare for conference with team | 3.50 | 700.00 | 2,450.00 |
| 04/29/18 | Prepare for conference with team | 3.50 | 700.00 | 2,450.00 |
| 04/29/18 | Prepare for conference with team | 2.00 | 700.00 | 1,400.00 |

# BRACEWELL

Page 2

Client: United States District Court for the Southern District of New York

May 15, 2018

Invoice Number: ▮

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 04/29/18 | Prepare for conference with parties; conference with team; review filings; prepare background materials | 1.50 | 700.00 | 1,050.00 |
| 04/29/18 | Review and analyze materials | 2.50 | 700.00 | 1,750.00 |
| 04/30/18 | Prep for meeting with parties; attend conference with Special Master; review of provided materials | 8.00 | 700.00 | 5,600.00 |
| 04/30/18 | Conduct conferences | 5.50 | 700.00 | 3,850.00 |
| 04/30/18 | Prepare for conference with parties; conference with parties; conference with team; prepare material for privilege review; review information form parties and filings | 8.00 | 700.00 | 5,600.00 |
| 04/30/18 | Attend meeting with parties regarding production | 8.00 | 700.00 | 5,600.00 |

**Total Fees:** **$ 47,390.00**

# BRACEWELL

# REMITTANCE PAGE

Client: United States District Court for the Southern District of New York  
Matter: Special Master

May 15, 2018  
Invoice Number: ▮▮▮▮▮

Matter No: ▮▮▮▮▮▮▮▮▮

| | |
|---|---|
| Total Fees | $47,390.00 |
| Total Expenses | $0.00 |
| Total Fees, Expenses and Charges | $47,390.00 |
| **Total Current Billing for this Matter** | **$47,390.00** |