

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Stephen M. Ryan
Attorney at Law
sryan@mwe.com
+1 202 756 8333

May 28, 2018

**VIA ECF**

United States District Judge Kimba M. Wood
United States District Court for the Southern
   District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    *Michael D. Cohen v. United States of America*, 18-MJ-3161 (KMW)

Dear Judge Wood:

    We represent plaintiff Michael D. Cohen ("Mr. Cohen") in the above-referenced matter. We write regarding Mr. Avenatti's letter and motion for admission *pro hac vice*. We submitted to the Court a letter on May 9 (ECF 41) and a memorandum of law on May 18 (ECF 53) opposing Mr. Avenatti's application for *pro hac vice* admission in this case. We have previously provided the Court with various reasons why *pro hac vice* admission is inappropriate for Mr. Avenatti given the circumstances of his conduct in this matter.

    We write to bring to the Court's attention a recent decision by the U.S. Bankruptcy Court for the Central District of California regarding conduct by Mr. Avenatti and his law firm, Eagan Avenatti LLP, which led the Bankruptcy Court to impose a $10 Million judgment against Mr. Avenatti's law firm last week. *See In re Eagan Avenatti, LLP*, No. 8:17-bk-11961-CB (C.D. Cal. May 22, 2018), ECF 445. This judgment occurred after Mr. Cohen's *pro hac vice* response was filed with the Court. We attach the following: Exhibit A - the Bankruptcy Court's Order; Exhibit B - the Complaint from that proceeding; and Exhibit C - a May 25, 2018 *New York Law Journal* article regarding the conduct of Mr. Avenatti's law firm in relation to that proceeding. The Bankruptcy Court reviewed a record that included an arbitration panel order that found Mr. Avenatti's firm "acted with malice, oppression and fraud . . . ." *See* Exhibit B, *Jason Frank Law, PLC v. Michael J. Avenatti*, No. BC 706555, at Ex. 2 (Cal. Sup. Ct. May 16, 2018) (attaching as Exhibit 2, *Jason Frank Law, PLC v. Eagan Avenatti, LLP*, JAMS Ref. No. 1220053114 (2017) (Friedman, Arb.)). The Honorable Karen S. Jennemann, a Federal Bankruptcy Judge in the Middle District of Florida, also stated on the record that a filing in the case had "a stench of impropriety . . . ." *Id.* at Ex. 4 (Transcript of Proceedings held on March 8, 2017, *In re Eagan Avenatti, LLP*, No. 6:17-bk-01329-KSJ (March 8, 2017), ECF 157-1, at 22:12-13; 23:9-17.). We believe the attached court documents amplify our opposition to Mr. Avenatti's motion to be

U.S. practice conducted through McDermott Will & Emery LLP.

**500 North Capitol Street, N.W., Washington, DC 20001  Telephone: +1 202 756 8333  Facsimile: +1 202 756 8087  www.mwe.com**

Letter to United States District Judge Kimba Wood
May 28, 2018

Page 2

admitted *pro hac vice*.

      We have also attached a tweet published by Mr. Avenatti on May 18, shortly after we filed Mr. Cohen's brief with the Court, regarding one of the undersigned lawyers and the law firm representing Mr. Cohen. Exhibit D, Michael Avenatti, Twitter (May 18, 2018, 5:38 PM). We did not respond to the numerous media requests that resulted.

Respectfully submitted,

/s/ Stephen Ryan
Stephen Ryan


/s/ Todd Harrison
Todd Harrison


cc: Counsel of Record