**Michael Avenatti**
@MichaelAvenatti

Follow

Why is Mr. Cohen's attorney Mr. Ryan representing Mr. Cohen at the same time he is working for Qatar? Especially in light of the Qatar bribery allegations revealed earlier this week? Are they paying MC's legal bills? No wonder he is trying to keep me out of the case! #Conflict

5:38 PM - 18 May 2018

17,047 Retweets  47,510 Likes  

💬 1.2K   🔁 17K   ♡ 48K