UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In the Matter of Search Warrants Executed on April 9, 2018* | |
| MICHAEL D. COHEN, <br><br>                    Plaintiff, <br><br>      - against – <br><br> UNITED STATES OF AMERICA, <br><br>                    Defendant. | 18-MJ-3161 (KMW) <br><br> **NOTICE OF WITHDRAWAL OF MOTION FOR *PRO HAC VICE* ADMISSION WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that the motion for admission *pro hac vice* filed by Michael J. Avenatti is hereby withdrawn *without prejudice* as unnecessary.  The motion will be re-filed, if necessary, at a later time when the motion to intervene of proposed intervenor Stephanie Clifford, currently held in abeyance, is set for hearing.

Dated:  May 30, 2018               Respectfully Submitted,

/s/ Michael J. Avenatti
Michael J. Avenatti
AVENATTI & ASSOCIATES, APC
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Tel: (949) 706-7000
Fax: (949) 706-7050
E-Mail: mavenatti@eoalaw.com

1