```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In the Matter of Search Warrants Executed on
April 9, 2018
------------------------------------------------------------X
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/18
```

MICHAEL D. COHEN,

                Plaintiff,

  -against-                                     18-MJ-3161 (KMW)

UNITED STATES OF AMERICA,               **ORDER**

                Defendant.
------------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      The Special Master intends to issue a report next week stating her view on which documents in the first group of materials she has reviewed are privileged (the "Report").

      The parties are directed to submit any objections to the Report's privilege determinations to the Court on a rolling basis, with the final deadline for objections being one week from the issuance of the Report. The objections should be detailed enough for the Court to understand the basis or bases for asserting privilege and, if applicable, whether the material comes within the crime-fraud exception.

      SO ORDERED.

Dated: New York, New York
       May 30, 2018

                                                   */s/ Kimba M. Wood*
                                                   KIMBA M. WOOD
                                                 United States District Judge