UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
*In the Matter of Search Warrants Executed on*
*April 9, 2018*
-------------------------------------------------------X

MICHAEL D. COHEN,

                    Plaintiff,

        -against-                                                    18-MJ-3161 (KMW)

UNITED STATES OF AMERICA,                              **ORDER**

                    Defendant.

-------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

        With respect to the President's letter dated June 6, 2018, (ECF No. 75), the Court agrees

with the Government that Plaintiff and the Intervenors' objections should be filed publicly,

except for those portions that divulge "the substance of the contested documents," (ECF No. 76,

at 1), which should be filed under seal and *ex parte*.    The Court will make a final determination

as to those portions at a later date.

        SO ORDERED.

Dated: New York, New York
        June 8, 2018

                                                    KIMBA M. WOOD
                                                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/8/18