**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 15, 2018

**BY ECF AND HAND**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    *Cohen v. United States*, **18 Mag. 3161 (KMW)**

Dear Judge Wood:

The Government respectfully submits this letter to update the Court as follows about the status of our production to Michael Cohen of materials seized pursuant to search warrant on April 9, 2018:

- *BlackBerries*: As previously noted, two BlackBerries were seized.  On June 14, 2018, the Government produced to Cohen the contents of one of these BlackBerries; the Federal Bureau of Investigation (the "FBI") is still in the process of attempting to extract data from the second BlackBerry.  While the FBI cannot, therefore, estimate the volume of data on this latter device, the BlackBerry produced yesterday contains approximately 315 megabytes of data.

- *Reconstructed Shredded Documents*: As also previously noted, the contents of a shredding machine were seized on April 9, 2018.  The reconstructed documents were produced today, and are approximately 16 pages long.

- *Contents of Encrypted Messaging Applications*: The Government was advised that the FBI's original electronic extraction of data from telephones did not capture content related to encrypted messaging applications, such as WhatsApp and Signal.  The FBI has now obtained this material.  There are approximately 731 pages of messages, including call logs, which were also produced today.

The Government has conferred with counsel for Cohen and the parties jointly propose to the Court that—with the exception of the second BlackBerry, from which data has not yet been

extracted—all of the foregoing material will be reviewed by Cohen by June 25, 2018.  The Government will update the Court on the final BlackBerry extraction as soon as possible.

Respectfully submitted,

ROBERT KHUZAMI
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515


By: ___/s/_____
    Rachel Maimin
    Andrea Griswold
    Thomas McKay
    Nicolas Roos
    Assistant United States Attorneys
    (212) 637-2460

cc:  Alan Futerfas, Esq. (by ECF)
     Todd Harrison, Esq. (by ECF)
     Joanna Hendon, Esq. (by ECF)