UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In the Matter of Search Warrants Executed on April 9, 2018*

MICHAEL D. COHEN,

                      Plaintiff,

- against -

UNITED STATES OF AMERICA,

                      Defendant.

18-MJ-3161 (KMW)

## AMENDED JUNE 4, 2018 REPORT AND RECOMMENDATIONS OF THE SPECIAL MASTER

BARBARA S. JONES, Special Master:

    By Order of Appointment, dated April 27, 2018 [Dkt. No. 30] (the "Order"), the Court appointed the Hon. Barbara S. Jones (Ret.) as Special Master to render decisions regarding "privilege issues related to materials seized in the execution of certain search warrants executed on April 9, 2018 (the 'Seized Materials')." *See* Order at 1.

    After no objections were filed in response to the Court's Amended Order dated May 31, 2018 [Dkt. No. 70], and pursuant to the Procedures set forth in the Special Master's report dated May 29, 2018 [Dkt. No. 65], the Plaintiff and/or Intervenors withdrew certain Privileged designations. Therefore, the Special Master amends its Report and Recommendation dated June 4, 2018 [Dkt. No. 72], and the following designations are being recommended to the Court for its review:

### 1. Contents of Eight Boxes of Hard Copy Materials:

Out of 639 total items consisting of 12,543 pages, the Special Master agrees with the Plaintiff and/or Intervenors and finds that 13 items are Privileged and/or Partially Privileged and one item remains under consideration by the Special Master.

### 2. Contents of Two Phones and an iPad:

Out of 291,770 total items, the Special Master agrees with the Plaintiff and/or Intervenors and finds that 148 items are Privileged and/or Partially Privileged and that 7 items are Highly Personal.

The specific control numbers identifying the items recommended to be Privileged, Partially Privileged, and Highly Personal for these two productions will be provided to the Court. All items related to these two productions that have not been designated privileged or highly personal by the Plaintiff and/or Intervenors have been released to the Government.

The Special Master further amends its Report and Recommendation dated June 4, 2018 [Dkt. No. 72], as follows:

Based upon the substantial progress and diligent effort made by the Plaintiff and Intervenors, and at their request and without objection from the Government, the Special Master recommends the Court extend the June 15, 2018 deadline set forth by the Court during the May 30, 2018 Status Conference [Dkt. No. 73], and direct Plaintiff and Intervenors to submit all designations on a rolling basis to the Special Master for items currently in their possession, with a final deadline on or before June 25, 2018.

Dated: New York, New York
June 15, 2018

Respectfully submitted,

*Barbara S. Jones*

BARBARA S. JONES
Special Master