UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
*In the Matter of Search Warrants Executed on April 9, 2018*
-----------------------------------------------------------X

MICHAEL D. COHEN,

                     Plaintiff,

-against-

UNITED STATES OF AMERICA,

                     Defendant.
-----------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-15-2018

18-MJ-3161 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      Today, the Special Master filed an amendment to its June 4, 2018 Report and Recommendation (the "Amended Report"). The Plaintiff and Intervenors are directed to submit any objections to the Amended Report by 5 p.m. on June 18, 2018.

      The Court is considering the Special Master's recommendation that Plaintiff and Intervenors be given until June 25, 2018, to submit all privilege designations for items currently in their possession. (ECF No. 81, at 2.) The June 15, 2018 deadline previously set by the Court is stayed until the Court rules on this recommendation.

      SO ORDERED.

Dated: New York, New York
       June 15, 2018

                                                     /s/ Kimba M. Wood
                                                     KIMBA M. WOOD
                                           United States District Judge