## BRACEWELL

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____            │
│ DATE FILED:  6/21/16        │
└─────────────────────────────┘
```

June 20, 2018

## MEMO ENDORSED

BY ECF

Hon. Kimba M. Wood
United States District Judge
U.S. District for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:     *Cohen v. United States of America*; No. 18-mj-03161(KMW)

Dear Judge Wood:

Pursuant to the Court's Order of Appointment, dated April 27, 2018, I am submitting for the Court's review the May 2018 invoice setting forth the fees, expenses and costs incurred by me and my firm in connection with my role as Special Master in the above-referenced action.

I have shared this invoice with the parties prior to submittal, and provided them an opportunity to object or ask questions.  No objections were received.

As always, I am happy to answer any questions the Court may have or to provide additional information if necessary.

Respectfully submitted,

*Barbara S. Jones*

Barbara S. Jones

SO ORDERED, N.Y., N.Y.   6/20/18

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

Enclosure

cc: Counsel for all parties

The Court has reviewed the attached itemized statement, which has been reviewed by the parties, and finds it regular and reasonable. The statement may be processed for payment. *See* ECF No. 79.

Barbara S. Jones   T: +1.212.508.6105   F: +1.800.404.3970
Partner               1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
                      barbara.jones@bracewell.com      bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC

# BRACEWELL

United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

June 12, 2018
Invoice Number: [ ]

Our Matter #: [ ] For Services Through May 31, 2018
Special Master

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 05/01/18 | Prepare background materials | 1.80 | 540.00 |
| 05/01/18 | Prepare for conference with the Court; conference with team; prepare background materials | 4.30 | 3,010.00 |
| 05/01/18 | Telephone conference with party; conference with team | 2.00 | 1,400.00 |
| 05/01/18 | Conference with team; conference with party; prepare background materials; review filings and information from parties | 3.00 | 2,100.00 |
| 05/01/18 | Prepare background materials; conference with team; conference with party | 4.50 | 3,150.00 |
| 05/02/18 | Prepare for conference with the Court; prepare for conference with party; conference with team | 4.30 | 3,010.00 |
| 05/02/18 | Research on privilege and confidentiality, correspondence with team | 1.00 | 700.00 |
| 05/02/18 | Confer with team; begin document review | 2.00 | 1,400.00 |
| 05/02/18 | Conference with party; conference with team; review information from parties; prepare background materials | 2.50 | 1,750.00 |
| 05/02/18 | Prepare background materials; conference with team; conference with party | 4.50 | 3,150.00 |
| 05/03/18 | Review materials for privilege; conference with party; conference with team | 3.80 | 2,660.00 |
| 05/03/18 | Review and revise draft report, conference with team, attention to review process and procedures | 2.50 | 1,750.00 |
| 05/03/18 | Review background materials | 2.50 | 1,750.00 |

# BRACEWELL

Page 2

Client: United States District Court for the Southern District of New York

June 12, 2018
Invoice Number: ☐

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 05/03/18 | Conference with team; review information from parties; prepare material for privilege review | 4.00 | 2,800.00 |
| 05/03/18 | Prepare background materials; prepare report; conference with team; conference with parties | 5.00 | 3,500.00 |
| 05/04/18 | Prepare background materials | 0.40 | 120.00 |
| 05/04/18 | Prepare background materials; review and analyze information from parties; conference with team; conference with party | 5.50 | 3,850.00 |
| 05/04/18 | Review certain materials regarding privilege | 0.50 | 350.00 |
| 05/04/18 | Conferences with team; prepare report | 1.50 | 1,050.00 |
| 05/04/18 | Conference with parties; conference with team; review materials for privilege | 3.80 | 2,660.00 |
| 05/04/18 | Prepare background materials; prepare report; conference with team; conference with parties | 6.50 | 4,550.00 |
| 05/05/18 | Review materials | 3.00 | 2,100.00 |
| 05/05/18 | Conference with team; prepare background materials; review materials for privilege | 4.50 | 3,150.00 |
| 05/06/18 | Review and analyze information from parties; prepare report | 7.00 | 4,900.00 |
| 05/06/18 | Review materials for privilege | 7.00 | 4,900.00 |
| 05/06/18 | Review material for privilege; prepare background materials | 7.50 | 5,250.00 |
| 05/06/18 | Prepare background materials; review materials for privilege; conference with team | 3.00 | 2,100.00 |
| 05/07/18 | Review of information from parties; review of materials for privilege; conference with parties | 5.50 | 3,850.00 |

# BRACEWELL

Page 3

Client: United States District Court for the Southern District of New York

June 12, 2018

Invoice Number: [        ]

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 05/07/18 | Prepare for and conduct telephone conference with parties and intervenors; review materials for privilege; review materials | 3.50 | 2,450.00 |
| 05/07/18 | Prepare for conference with parties; conference with parties; review information from parties and privileged materials | 4.50 | 3,150.00 |
| 05/07/18 | Prepare for conference with parties; conference with parties; review materials for privilege; prepare report; | 5.00 | 3,500.00 |
| 05/08/18 | Review of produced materials; conference with team, | 3.00 | 2,100.00 |
| 05/08/18 | Review materials | 5.50 | 3,850.00 |
| 05/08/18 | Review information from parties; review materials for privilege; prepare background materials | 1.80 | 1,260.00 |
| 05/08/18 | Review filings; review background materials; prepare reports; conference with team; review materials for privilege | 5.50 | 3,850.00 |
| 05/08/18 | Prepare background materials | 1.00 | 670.00 |
| 05/09/18 | Review of produced materials; conference with Special Master | 4.00 | 2,800.00 |
| 05/09/18 | Meeting to discuss next steps; review materials | 1.50 | 1,050.00 |
| 05/09/18 | Conference with team; review materials for privilege; prepare background materials | 3.30 | 2,310.00 |
| 05/09/18 | Review filings; review background materials; prepare reports; conference with team; review materials for privilege | 7.00 | 4,900.00 |
| 05/10/18 | Review produced materials; conference with team | 3.50 | 2,450.00 |

# BRACEWELL

Page 4

Client: United States District Court for the Southern District of New York

June 12, 2018
Invoice Number: ☐

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 05/10/18 | Review filings; prepare background materials; conference with team | 3.50 | 2,450.00 |
| 05/10/18 | Review filings; review background materials; prepare reports; conference with team | 5.00 | 3,500.00 |
| 05/11/18 | Prepare background materials | 0.50 | 150.00 |
| 05/11/18 | Review produced materials; prepare report for Court | 4.50 | 3,150.00 |
| 05/11/18 | Conference with team; review materials | 2.50 | 1,750.00 |
| 05/11/18 | Conference with team; review information from parties; review materials for privilege | 3.30 | 2,310.00 |
| 05/11/18 | Review filings; review background materials; prepare reports; conference with team | 6.00 | 4,200.00 |
| 05/12/18 | Review produced materials | 6.00 | 4,200.00 |
| 05/12/18 | Review materials | 5.30 | 3,710.00 |
| 05/12/18 | Review materials for privilege; review information from parties; prepare background materials | 7.50 | 5,250.00 |
| 05/12/18 | Prepare background materials | 2.30 | 1,541.00 |
| 05/13/18 | Prepare background materials | 1.00 | 700.00 |
| 05/14/18 | Review produced documents; prep for conference with parties; conference with Special Master | 5.30 | 3,710.00 |
| 05/14/18 | Review materials; confer with parties and intervenors | 4.30 | 3,010.00 |
| 05/14/18 | Conference with team; conference with parties; prepare background materials; review information provided by parties and filings; review materials for privilege | 4.50 | 3,150.00 |

Bracewell LLP   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN      CONNECTICUT      DALLAS      DUBAI      HOUSTON      LONDON      NEW YORK      SAN ANTONIO      SEATTLE      WASHINGTON, DC

# BRACEWELL

Client: United States District Court for the Southern District of New York

June 12, 2018
Invoice Number: ☐

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 05/14/18 | Review and analyze produced materials; conference with team | 3.50 | 2,450.00 |
| 05/15/18 | Review materials | 4.50 | 3,150.00 |
| 05/15/18 | Conference with team; review materials for privilege | 1.80 | 1,260.00 |
| 05/16/18 | Review of produced information | 1.50 | 1,050.00 |
| 05/16/18 | Review materials; confer with team | 1.00 | 700.00 |
| 05/16/18 | Conference with team; review materials for privilege; review information provided by parties | 3.00 | 2,100.00 |
| 05/17/18 | Review of produced materials; research open issues; conference with team; draft correspondence | 3.00 | 2,100.00 |
| 05/17/18 | Confer with team; review materials; edit letter to counsel | 3.50 | 2,450.00 |
| 05/17/18 | Conference with team; review information from parties and filings; review for privilege; prepare background materials | 3.50 | 2,450.00 |
| 05/17/18 | Prepare and analyze background materials; review filings; review materials for privilege | 5.50 | 3,850.00 |
| 05/18/18 | Review of provided materials; conference with team; draft correspondence | 4.50 | 3,150.00 |
| 05/18/18 | Review materials; confer with team | 2.00 | 1,400.00 |
| 05/18/18 | Review information received from party and filings; prepare background materials; review materials for privilege | 4.00 | 2,800.00 |
| 05/18/18 | Prepare and analyze background materials; review filings; review materials for privilege | 6.00 | 4,200.00 |
| 05/18/18 | Review and analyze produced materials; conference with team | 1.50 | 1,050.00 |

# BRACEWELL

Client: United States District Court for the Southern District of New York

June 12, 2018
Invoice Number: ☐

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 05/19/18 | Review materials with team | 10.00 | 7,000.00 |
| 05/19/18 | Review information from parties; conference with team; review materials for privilege; prepare background materials | 12.00 | 8,400.00 |
| 05/19/18 | Prepare and analyze background materials; review materials for privilege | 7.00 | 4,900.00 |
| 05/20/18 | Review materials with team | 4.00 | 2,800.00 |
| 05/20/18 | Conference with team; review materials for privilege; prepare background materials | 9.00 | 6,300.00 |
| 05/20/18 | Prepare and analyze background materials; review materials for privilege | 5.50 | 3,850.00 |
| 05/20/18 | Review and analyze produced materials; conference with team | 4.00 | 2,800.00 |
| 05/21/18 | Prepare background materials | 0.30 | 90.00 |
| 05/21/18 | Review of designated documents | 3.00 | 2,100.00 |
| 05/21/18 | Review materials; confer with team | 1.00 | 700.00 |
| 05/21/18 | Review information from parties and filings; conference with team; prepare background materials; review for privilege | 3.00 | 2,100.00 |
| 05/21/18 | Prepare and analyze background materials; review materials for privilege | 2.00 | 1,400.00 |
| 05/22/18 | Prepare background materials | 4.00 | 1,200.00 |
| 05/22/18 | Prepare background materials | 3.50 | 1,750.00 |
| 05/22/18 | Review materials; confer with team; ex parte conference with Government | 2.00 | 1,400.00 |

# BRACEWELL

Client: United States District Court for the Southern District of New York

June 12, 2018
Invoice Number: 9

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 05/22/18 | Conference with team; conference with party; prepare background materials; review for privilege | 4.50 | 3,150.00 |
| 05/22/18 | Prepare for conference with parties; conference with parties; prepare and analyze background materials; review materials for privilege | 5.00 | 3,500.00 |
| 05/23/18 | Prepare background materials | 3.00 | 900.00 |
| 05/23/18 | Review of designated materials | 1.50 | 1,050.00 |
| 05/23/18 | Prepare background materials | 5.00 | 2,500.00 |
| 05/23/18 | Ex parte conference with plaintiffs / intervenor; prepare for May 30 Court Report; confer with team; review materials | 2.50 | 1,750.00 |
| 05/23/18 | Conference with parties; review for privilege; review information provided by parties and filings; prepare and distribute list of items released to government | 5.00 | 3,500.00 |
| 05/23/18 | Prepare for conference with parties;conference with parties; prepare and analyze background materials | 6.00 | 4,200.00 |
| 05/24/18 | Prepare background materials | 4.00 | 1,200.00 |
| 05/24/18 | Review of designated materials | 4.00 | 2,800.00 |
| 05/24/18 | Prepare background materials | 7.50 | 3,750.00 |
| 05/24/18 | Review materials, prepare report | 3.00 | 2,100.00 |
| 05/24/18 | Review filings and information provided by parties; conference with team; prepare update; review for privilege | 5.00 | 3,500.00 |
| 05/24/18 | Review background materials; review materials for privilege; prepare reports | 4.50 | 3,150.00 |
| 05/25/18 | Prepare background materials | 2.50 | 750.00 |

Bracewell LLP   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN      CONNECTICUT      DALLAS      DUBAI      HOUSTON      LONDON      NEW YORK      SAN ANTONIO      SEATTLE      WASHINGTON, DC

# BRACEWELL

Client: United States District Court for the Southern District of New York

June 12, 2018
Invoice Number: ☐

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 05/25/18 | Review of designated materials; conference with Special Master | 3.50 | 2,450.00 |
| 05/25/18 | Prepare background materials | 3.80 | 1,900.00 |
| 05/25/18 | Review materials | 1.50 | 1,050.00 |
| 05/25/18 | Conference with team; review and prepare background materials; review information provided by parties and filings; review for privilege | 6.00 | 4,200.00 |
| 05/25/18 | Prepare reports; review background materials; review materials for privilege | 4.00 | 2,800.00 |
| 05/25/18 | Prepare background materials | 1.00 | 670.00 |
| 05/26/18 | Prepare background materials | 2.50 | 750.00 |
| 05/26/18 | Prepare background materials | 2.30 | 1,150.00 |
| 05/26/18 | Review materials | 0.50 | 350.00 |
| 05/26/18 | Review for privilege; review background materials | 2.80 | 1,960.00 |
| 05/27/18 | Prepare background materials; review information provided by parties; review for privilege | 6.50 | 4,550.00 |
| 05/28/18 | Prepare background materials | 1.50 | 750.00 |
| 05/28/18 | Prepare background materials; review materials for privilege | 3.50 | 2,450.00 |
| 05/29/18 | Prepare background materials | 4.50 | 1,350.00 |
| 05/29/18 | Review of designated documents; call with parties | 3.80 | 2,660.00 |
| 05/29/18 | Prepare background materials | 5.50 | 2,750.00 |
| 05/29/18 | Review materials; confer with team; telephone conference with Government | 2.00 | 1,400.00 |

# BRACEWELL

Client: United States District Court for the Southern District of New York

June 12, 2018
Invoice Number: [          ]

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 05/29/18 | Prepare background materials; review information provided by parties; prepare report; review materials for privilege; conference with team; conference with party | 5.50 | 3,850.00 |
| 05/29/18 | Prepare reports; prepare filings; review background materials; review materials for privilege | 5.50 | 3,850.00 |
| 05/30/18 | Prepare background materials | 3.00 | 900.00 |
| 05/30/18 | Review of designated materials; prep for report to Court; conference with Special Master | 5.50 | 3,850.00 |
| 05/30/18 | Prepare background materials | 6.00 | 3,000.00 |
| 05/30/18 | Review materials | 4.00 | 2,800.00 |
| 05/30/18 | Prepare background materials; review information provided by parties; review materials for privilege; conference with team | 6.30 | 4,410.00 |
| 05/30/18 | Review background materials; review materials for privilege; conference with parties | 6.50 | 4,550.00 |
| 05/31/18 | Prepare background materials | 1.30 | 390.00 |
| 05/31/18 | Review of designated materials; conference with Special Master; prep for report to Court | 4.50 | 3,150.00 |
| 05/31/18 | Prepare background materials | 3.30 | 1,650.00 |
| 05/31/18 | Confer with team; review materials | 3.00 | 2,100.00 |
| 05/31/18 | Prepare background materials; review information provided by parties; review materials for privilege; conference with team | 4.80 | 3,360.00 |

**Total Fees:** $ 338,421.00

# BRACEWELL

## REMITTANCE PAGE

Client: United States District Court for the Southern District of New York
Matter: Special Master

June 12, 2018
Invoice Number: [ ]

Matter No: [ ]

| | |
|---|---|
| Total Fees | $338,421.00 |
| Total Expenses | $0.00 |
| Total Fees, Expenses and Charges | $338,421.00 |
| **Total Current Billing for this Matter** | **$338,421.00** |

**Bracewell LLP**   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN       CONNECTICUT       DALLAS       DUBAI       HOUSTON       LONDON       NEW YORK       SAN ANTONIO       SEATTLE       WASHINGTON, DC