UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

MICHAEL COHEN,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/26/18
```

18-MJ-3161 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On June 22, 2018, the Court set a schedule requiring, *inter alia*, Intervenors to submit designations to the Special Master by June 27, 2018, of all items in their possession as of June 25, 2018. (ECF No. 84, at 3.) On June 23, 2018, Intervenor Trump Organization submitted an affirmation requesting that this deadline be moved to July 11, 2018. (ECF No. 85, ¶ 2.) On June 25, 2018, the Government submitted a letter opposing Trump Organization's request and suggesting a deadline of July 5, 2018, if the Court were inclined to grant such an extension. (ECF No. 86, at 1–2.)

The Court agrees with the Government that an extension to July 11, 2018, is not warranted. The productions at issue, MC11 and MC12, consist of approximately 22,000 documents, and Trump Organization has possessed those documents since June 20, 2018, and June 22, 2018, respectively. (ECF No. 85, ¶¶ 6–7.) Productions of this size do not require two weeks to review.

Accordingly, the Court will grant an extension to July 5, 2018. The deadlines in this case are hereby amended as follows:

- By June 27, 2018, the Intervenors shall submit designations to the Special Master of all items in their possession as of June 25, 2018, except that Intervenor Trump Organization shall have until July 5, 2018, to submit designations for productions

MC11 and MC12; and

- With the exception of any items not in Plaintiff's possession as of June 22, 2018, and with the exception of MC11 and MC12, the Special Master is DIRECTED to produce all items to the Government taint team that, as of June 27, 2018, at 11:59 p.m., have not been designated Privileged, Partially Privileged, or Highly Personal by Plaintiff, an Intervenor, or the Special Master; and

- The Special Master is further DIRECTED to produce all items from productions MC11 and MC12 to the Government taint team that, as of July 5, 2018, at 11:59 p.m., have not been designated Privileged, Partially Privileged, or Highly Personal by Plaintiff, an Intervenor, or the Special Master.

The Trump Organization is further ordered to, by the end of the day today, provide the

Special Master with the control numbers of the items from the MC11 and MC12 productions that

it is currently reviewing. If the Trump Organization has already completed its review of any

portion of these productions, it shall inform the Special Master immediately and shall continue to

update the Special Master on a rolling basis.

SO ORDERED.

Dated: New York, New York
      June 26, 2018

*(Kimba M. Wood)*

KIMBA M. WOOD
United States District Judge

2