UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In the Matter of Search Warrants Executed on April 9, 2018*

MICHAEL D. COHEN,

                         Plaintiff,

      - against -

UNITED STATES OF AMERICA,

                         Defendant.

18-MJ-3161 (KMW)

**SPECIAL MASTER REPORT**

BARBARA S. JONES, Special Master:

    By Order of Appointment, dated April 27, 2018 [Dkt. No. 30] (the "Order"), the Court appointed the Hon. Barbara S. Jones (Ret.) as Special Master to render decisions regarding "privilege issues related to materials seized in the execution of certain search warrants executed on April 9, 2018 (the 'Seized Materials')." *See* Order at 1. This report is submitted to provide the Court and the parties with an update of the Special Master's progress.

    As of June 15, 2018, all of the Seized Materials have been provided to the Special Master with the exception of the electronic contents of one Blackberry phone. Pursuant to the Court's Order dated June 26, 2018 [Dkt No. 88], the Plaintiff and Intervenors have submitted designations to the Special Master for items in their possession with the exception of 22,633 items currently being reviewed by the Trump Organization, which must be completed on or before July 5.

    A release of 1,310,365 items that were not designated Privileged, Partially Privileged or Highly Personal by the Plaintiff or an Intervenor was made to the Government today.

-2-

Further, once the Trump Organization submits its designations, any remaining items that are not designated Privileged, Partially Privileged or Highly Personal will be promptly released to the Government.

The Special Master's review of the remaining items is ongoing.

Dated: New York, New York
July 2, 2018

Respectfully submitted,

_____
BARBARA S. JONES
Special Master