

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Todd Harrison
Attorney at Law
tdharrison@mwe.com
+1 212 547 5727

July 10, 2018

United States District Judge Kimba Wood
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *In the Matter of Search Warrants Executed on April 9, 2018*, No. 18-mj-3161(KMW)

Dear Judge Wood:

    We write to request the Court's permission to allow McDermott Will & Emery to provide a copy of the materials seized on April 9, 2018 (the "Seized Materials") to Guy Petrillo of Petrillo Klein & Boxer LLP, who has been retained by Michael Cohen.  Mr. Petrillo has requested permission from the Government to have access to the Seized Materials and the Government has no objection.

Respectfully submitted,

/s/    Todd Harrison

Todd Harrison

/s/    Stephen Ryan

Stephen Ryan

CC:   Counsel of Record
       Special Master Barbara Jones
       Guy Petrillo

U.S. practice conducted through McDermott Will & Emery LLP.

**340 Madison Avenue New York New York 10173-1922  Telephone: +1 212 547 5400  Facsimile: +1 212 547 5444   www.mwe.com**