# McDermott Will & Emery

Boston Brussels Chicago Dallas Düsseldorf Frankfurt Houston London Los Angeles Miami
Milan Munich New York Orange County Paris Seoul Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Todd Harrison
Attorney at Law
tdharrison@mwe.com
+1 212 547 5727

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/18
```

July 10, 2018

United States District Judge Kimba Wood
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re: *In the Matter of Search Warrants Executed on April 9, 2018*, No. 18-mj-3161(KMW)

Dear Judge Wood:

We write to request the Court's permission to allow McDermott Will & Emery to provide a copy of the materials seized on April 9, 2018 (the "Seized Materials") to Guy Petrillo of Petrillo Klein & Boxer LLP, who has been retained by Michael Cohen. Mr. Petrillo has requested permission from the Government to have access to the Seized Materials and the Government has no objection.

Respectfully submitted,

/s/ Todd Harrison

Todd Harrison

/s/ Stephen Ryan

Stephen Ryan

CC: Counsel of Record
Special Master Barbara Jones
Guy Petrillo

7-10-18
SO ORDERED, N.Y., N.Y.

*Kimba M. Wood*
**KIMBA M. WOOD**
**U.S.D.J.**

U S practice conducted through McDermott Will & Emery LLP

340 Madison Avenue New York New York 10173-1922 Telephone: +1 212 547 5400 Facsimile: +1 212 547 5444 www.mwe.com