UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In the Matter of Search Warrants Executed on April 9, 2018*

MICHAEL D. COHEN,

                Plaintiff,

- against -

UNITED STATES OF AMERICA,

                Defendant.

18-MJ-3161 (KMW)

**SPECIAL MASTER REPORT**

BARBARA S. JONES, Special Master:

    By Order of Appointment, dated April 27, 2018 [Dkt. No. 30] (the "Order"), the Court appointed the Hon. Barbara S. Jones (Ret.) as Special Master to render decisions regarding "privilege issues related to materials seized in the execution of certain search warrants executed on April 9, 2018 (the 'Seized Materials')." *See* Order at 1. This report is submitted to provide the Court and the parties with an update of the Special Master's progress.

    As of June 15, 2018, all of the Seized Materials have been provided to the Special Master with the exception of the electronic contents of one Blackberry phone. Pursuant to the Court's Order dated June 26, 2018 [Dkt No. 88], the Plaintiff and Intervenors have submitted designations to the Special Master for items in their possession, including the 22,633 items reviewed by the Trump Organization, which were received on July 5.

    A release of 883,634 items that were not designated Privileged, Partially Privileged or Highly Personal by the Plaintiff, Intervenors or Special Master was made to the Government today.

The Special Master's review of the remaining items is ongoing.

Dated: New York, New York
       July 13, 2018

                                      Respectfully submitted,

                                      BARBARA S. JONES
                                      Special Master