UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*In the Matter of Search Warrants Executed on April 9, 2018*

MICHAEL D. COHEN,

                           Plaintiff,

- against -

UNITED STATES OF AMERICA,

                           Defendant.

18-MJ-3161 (KMW)

**SPECIAL MASTER REPORT**

---

BARBARA S. JONES, Special Master:

     By Order of Appointment, dated April 27, 2018 [Dkt. No. 30] (the "Order"), the Court appointed the Hon. Barbara S. Jones (Ret.) as Special Master to render decisions regarding "privilege issues related to materials seized in the execution of certain search warrants executed on April 9, 2018 (the 'Seized Materials')." *See* Order at 1.

     On July 20, 2018, the parties withdrew their designations of "privileged" as to 12 audio items that were under consideration by the Special Master. Based upon those de-designations, the Special Master released the 12 items to the Government that day.

     The Special Master's review of the remaining items is ongoing.

Dated: New York, New York
         July 23, 2018

                                                                Respectfully submitted,

                                                                BARBARA S. JONES
                                                                Special Master