UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In the Matter of Search Warrants Executed on April 9, 2018*

MICHAEL D. COHEN,

                Plaintiff,

- against -

UNITED STATES OF AMERICA,

                Defendant.

18-MJ-3161 (KMW)

## FOURTH REPORT AND RECOMMENDATION OF THE SPECIAL MASTER

BARBARA S. JONES, Special Master:

    By Order of Appointment, dated April 27, 2018 [Dkt. No. 30] (the "Order"), the Court appointed the Hon. Barbara S. Jones (Ret.) as Special Master to render decisions regarding "privilege issues related to materials seized in the execution of certain search warrants executed on April 9, 2018 (the 'Seized Materials')." *See* Order at 1. This report is submitted to provide the Court and the parties with the Special Master's recommendations regarding the Plaintiff's and Intervenors' designations of items containing potentially privileged ("Privileged" or "Partially Privileged") or highly personal information ("Highly Personal")

    Pursuant to the Procedures set forth in the Special Master's Report dated May 29, 2018 [Dkt. No. 65], the following designations are recommended to the Court for its review:

    Out of 1,642 items designated privileged by the Plaintiff, the Special Master agrees with the Plaintiff and finds that 645 are Privileged and 3 are Partially Privileged. The Special Master

-2-

also finds that 994 items are "not privileged." The Plaintiff objects to the designation of "not privileged" as to 28 of these items, but has advised the Special Master that he will not raise these objections with the Court. Accordingly, all 994 items designated "not privileged" will be promptly released to the Government.

The specific control numbers identifying the items determined to be Privileged or Partially Privileged will be provided to the Court.

Dated: New York, New York
       July 28, 2018

Respectfully submitted,

*Barbara S. Jones*
BARBARA S. JONES
Special Master
