BRACEWELL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/F8

July 30, 2018

Hon. Kimba M. Wood
United States District Judge
U.S. District for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

Re:    *Cohen v. United States of America*; No. 18-mj-03161(KMW)

Dear Judge Wood:

Pursuant to the Court's Order of Appointment, dated April 27, 2018, I am submitting for the Court's review the June 2018 invoice setting forth the fees, expenses, and costs incurred by me and my firm in connection with my role as Special Master in the above-referenced action.

I have shared this invoice with the parties prior to submittal, and provided them an opportunity to object or ask questions. No objections were received.

As always, I am happy to answer any questions the Court may have or to provide additional information if necessary.

Respectfully submitted,

Barbara S. Jones

Enclosure

cc: Counsel for all parties

.7-30-2018
SO ORDERED, N.Y., N.Y.

KIMBA M. WOOD
U.S.D.J.

The Court has reviewed the attached itemized statement, which has been shared with the parties, and finds it regular and reasonable. The statement may be processed for payment. *See* ECF No. 79.

Barbara S. Jones        T: +1.212.508.6105        F: +1.800.404.3970
Partner                 1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
                        barbara.jones@bracewell.com        bracewell.com

AUSTIN    CONNECTICUT    DALLAS    DUBAI    HOUSTON    LONDON    NEW YORK    SAN ANTONIO    SEATTLE    WASHINGTON, DC

# BRACEWELL

United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

July 30, 2018
Invoice Number: ▮▮▮▮▮

Our Matter #:  ▮▮▮▮▮▮▮▮▮   For Services Through June 30, 2018
Special Master

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 06/01/18 | Confer with Special Master; call with parties; review of documents | 5.50 | 3,850.00 |
| 06/01/18 | Review materials; confer with team | 1.50 | 1,050.00 |
| 06/01/18 | Confer with parties; confer with team; prepare background materials | 6.80 | 4,760.00 |
| 06/01/18 | Conference with party; conference with team; review materials for filing | 2.00 | 1,400.00 |
| 06/02/18 | Review of designated documents | 5.00 | 3,500.00 |
| 06/02/18 | Review materials | 3.50 | 2,450.00 |
| 06/02/18 | Review materials for filing | 5.00 | 3,500.00 |
| 06/03/18 | Review of designated documents | 8.50 | 5,950.00 |
| 06/03/18 | Review materials | 8.00 | 5,600.00 |
| 06/03/18 | Review materials for privilege; prepare background materials; review and analyze materials provided by parties | 11.30 | 7,910.00 |
| 06/04/18 | Confer with Special Master; review of designated documents | 4.00 | 2,800.00 |
| 06/04/18 | Review materials; confer with team | 1.50 | 1,050.00 |
| 06/04/18 | Review and analyze materials provided by parties; confer with team; prepare background materials | 6.50 | 4,550.00 |
| 06/04/18 | Prepare reports; prepare filings; prepare background materials | 4.50 | 3,150.00 |

# BRACEWELL

Client: United States District Court for the Southern District of New York

July 30, 2018
Invoice Number: ▮▮▮▮▮

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 06/04/18 | Review and analyze produced materials; conference with team | 2.50 | 1,750.00 |
| 06/05/18 | Call with Special Master; call with parties | 3.00 | 2,100.00 |
| 06/05/18 | Review materials; confer with team | 1.00 | 700.00 |
| 06/05/18 | Confer with parties; prepare background materials; review materials for privilege; review and analyze materials provided by parties | 4.50 | 3,150.00 |
| 06/06/18 | Prepare background materials | 6.80 | 2,040.00 |
| 06/06/18 | Review of designated document; confer with the Special Master | 5.00 | 3,500.00 |
| 06/06/18 | Review materials | 2.50 | 1,750.00 |
| 06/06/18 | Review and analyze materials provided by parties; review filings | 5.80 | 4,060.00 |
| 06/06/18 | Prepare reports; review background materials; prepare background materials; review materials for privilege | 7.00 | 4,900.00 |
| 06/07/18 | Prepare background materials | 1.00 | 300.00 |
| 06/07/18 | Review materials | 2.00 | 1,400.00 |
| 06/07/18 | Review filings; confer with team | 3.30 | 2,310.00 |
| 06/07/18 | Prepare reports; prepare for conference with parties; review materials for privilege; prepare background materials | 4.00 | 2,800.00 |
| 06/07/18 | Review and analyze produced materials; conference with team | 2.50 | 1,750.00 |
| 06/07/18 | Prepare background materials | 5.60 | 3,752.00 |

# BRACEWELL

Client: United States District Court for the Southern District of New York

July 30, 2018
Invoice Number: █████████

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 06/08/18 | Prepare background materials | 7.30 | 2,190.00 |
| 06/08/18 | Multiple conference with parties; call with Special Master; review of case law | 5.00 | 3,500.00 |
| 06/08/18 | Prepare background material | 2.30 | 1,150.00 |
| 06/08/18 | Review materials; conduct conference with parties | 3.00 | 2,100.00 |
| 06/08/18 | Confer with parties; confer with team; review and analyze materials provided by parties; review filings | 5.80 | 4,060.00 |
| 06/08/18 | Conferences with parties | 2.00 | 1,400.00 |
| 06/08/18 | Review and analyze produced materials; conference with team | 3.00 | 2,100.00 |
| 06/09/18 | Review materials | 8.00 | 5,600.00 |
| 06/09/18 | Confer with parties; confer with team; review materials for privilege | 10.30 | 7,210.00 |
| 06/09/18 | Prepare background materials; review materials for privilege | 7.00 | 4,900.00 |
| 06/09/18 | Review and analyze produced materials; conference with team | 5.00 | 3,500.00 |
| 06/10/18 | Review designated documents; confer with Special Master | 7.50 | 5,250.00 |
| 06/10/18 | Review materials | 4.00 | 2,800.00 |
| 06/10/18 | Confer with team; review materials for privilege | 9.30 | 6,510.00 |
| 06/11/18 | Prepare background materials. | 6.50 | 1,950.00 |
| 06/11/18 | Call with parties; review of designated documents; review of case law | 5.30 | 3,710.00 |

# BRACEWELL

Page 4

Client: United States District Court for the Southern District of New York

July 30, 2018

Invoice Number: ██████

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 06/11/18 | Review materials | 3.00 | 2,100.00 |
| 06/11/18 | Review and analyze materials provided by parties; confer with party; review materials for privilege | 6.80 | 4,760.00 |
| 06/11/18 | Review materials for privilege; prepare background materials | 3.00 | 2,100.00 |
| 06/11/18 | Prepare background materials. | 2.60 | 1,820.00 |
| 06/12/18 | Confer with parties; review of designated documents | 4.50 | 3,150.00 |
| 06/12/18 | Review materials | 2.00 | 1,400.00 |
| 06/12/18 | Confer with team; prepare background materials; confer with party; review and analyze materials provided by parties | 4.50 | 3,150.00 |
| 06/12/18 | Review background materials; conference with team | 4.00 | 2,800.00 |
| 06/12/18 | Prepare background materials. | 5.80 | 4,060.00 |
| 06/12/18 | Review and analyze produced materials; conference with team | 4.50 | 3,150.00 |
| 06/13/18 | Prepare background materials. | 5.50 | 1,650.00 |
| 06/13/18 | Review of designated documents; conference with parties; confer with Special Master | 4.50 | 3,150.00 |
| 06/13/18 | Review materials | 2.00 | 1,400.00 |
| 06/13/18 | Review filings; confer with team | 4.50 | 3,150.00 |
| 06/13/18 | Prepare background materials; review materials for privilege; prepare filings | 4.00 | 2,800.00 |
| 06/13/18 | Prepare background materials. | 2.60 | 1,820.00 |
| 06/14/18 | Confer with parties; confer with Special Master | 3.50 | 2,450.00 |

Bracewell LLP   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN     CONNECTICUT     DALLAS     DUBAI     HOUSTON     LONDON     NEW YORK     SAN ANTONIO     SEATTLE     WASHINGTON, DC

# BRACEWELL

Client: United States District Court for the Southern District of New York

July 30, 2018
Invoice Number: ██████

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 06/14/18 | Confer with team | 1.00 | 700.00 |
| 06/14/18 | Confer with party; prepare background materials | 5.00 | 3,500.00 |
| 06/14/18 | Prepare background materials; review materials for privilege; prepare filings | 3.50 | 2,450.00 |
| 06/15/18 | Prepare background materials. | 1.50 | 450.00 |
| 06/15/18 | Confer with parties; confer with Special Master; review of designated documents | 5.50 | 3,850.00 |
| 06/15/18 | Review materials; confer with team | 3.00 | 2,100.00 |
| 06/15/18 | Confer with party; review and analyze materials provided by parties; review materials for privilege; prepare background materials; review filings | 7.00 | 4,900.00 |
| 06/15/18 | Review and analyze produced materials; conference with team | 0.50 | 350.00 |
| 06/16/18 | Prepare background materials | 9.30 | 2,790.00 |
| 06/16/18 | Review materials for privilege; prepare background materials | 10.00 | 7,000.00 |
| 06/17/18 | Prepare background materials | 10.00 | 3,000.00 |
| 06/17/18 | Confer with Special Master; review designated documents | 7.80 | 5,460.00 |
| 06/17/18 | Review materials | 3.00 | 2,100.00 |
| 06/17/18 | Prepare background materials; review materials for privlege | 4.00 | 2,800.00 |
| 06/18/18 | Review of designated documents; confer with Special Master and intervenor | 3.50 | 2,450.00 |
| 06/18/18 | Confer with Special Master team; prepare background material | 3.80 | 2,660.00 |

# BRACEWELL

Client: United States District Court for the Southern District of New York

July 30, 2018
Invoice Number: ▮▮▮▮▮▮

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 06/18/18 | Review materials | 2.00 | 1,400.00 |
| 06/18/18 | Review materials for privilege | 2.00 | 1,400.00 |
| 06/19/18 | Review designated documents; confer with Special Master team; call with Intervenor | 4.50 | 3,150.00 |
| 06/19/18 | Confer with Special Master team; prepare background material | 6.30 | 4,410.00 |
| 06/19/18 | Prepare background materials. | 0.80 | 560.00 |
| 06/20/18 | Prepare background materials | 1.00 | 300.00 |
| 06/20/18 | Confer with Special Master team; prepare background material | 2.60 | 1,820.00 |
| 06/20/18 | Confer with party; review materials for privilege; review and analyze materials provided by parties | 0.80 | 560.00 |
| 06/21/18 | Confer with parties; confer with Special Master | 2.80 | 1,960.00 |
| 06/21/18 | Confer with Special Master team; prepare background material | 2.50 | 1,750.00 |
| 06/21/18 | Review materials; confer with team | 1.50 | 1,050.00 |
| 06/21/18 | Confer with party; review filings; confer with team | 5.00 | 3,500.00 |
| 06/21/18 | Conference with parties; review background materials; conference with team | 3.50 | 2,450.00 |
| 06/21/18 | Prepare background materials. | 0.80 | 560.00 |
| 06/21/18 | Prepare background materials | 1.70 | 1,139.00 |
| 06/22/18 | Confer with Special Master | 2.00 | 1,400.00 |

**Bracewell LLP**   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN          CONNECTICUT          DALLAS          DUBAI          HOUSTON          LONDON          NEW YORK          SAN ANTONIO          SEATTLE          WASHINGTON, DC

# BRACEWELL

Client: United States District Court for the Southern District of New York

July 30, 2018
Invoice Number: ▮▮▮▮▮

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 06/22/18 | Review filings; prepare background materials; review materials for privilege; review and analyze materials provided by parties | 5.50 | 3,850.00 |
| 06/22/18 | Conference with parties; review background materials; conference with team | 3.00 | 2,100.00 |
| 06/23/18 | Confer with Special Master; review designated documents | 9.50 | 6,650.00 |
| 06/23/18 | Review materials | 9.00 | 6,300.00 |
| 06/23/18 | Prepare background materials; review materials for privilege | 11.30 | 7,910.00 |
| 06/24/18 | Confer with Special Master; review designated documents | 9.00 | 6,300.00 |
| 06/24/18 | Review materials | 8.00 | 5,600.00 |
| 06/24/18 | Review materials for privilege; prepare background materials | 10.00 | 7,000.00 |
| 06/25/18 | Confer with Special Master; confer with parties; review of documents for release | 4.50 | 3,150.00 |
| 06/25/18 | Prepare background materials; review materials for privilege; review and analyze materials provided by parties | 4.50 | 3,150.00 |
| 06/25/18 | Conference with team; prepare background materials | 2.00 | 1,400.00 |
| 06/26/18 | Call with Special Master; review of open issues | 1.50 | 1,050.00 |
| 06/26/18 | Prepare background materials; review materials for privilege; confer with team; review and analyze materials provided by parties | 8.00 | 5,600.00 |
| 06/27/18 | Call with party; confer with Special Master | 1.50 | 1,050.00 |
| 06/27/18 | Prepare background materials; review materials for privilege; confer with team; review and analyze materials provided by parties | 5.50 | 3,850.00 |

# BRACEWELL

Client: United States District Court for the Southern District of New York

July 30, 2018
Invoice Number: ▮▮▮▮▮

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 06/28/18 | Confer with intervenors; confer with Special Master; review of case law | 3.50 | 2,450.00 |
| 06/28/18 | Confer with team; confer with parties | 2.00 | 1,400.00 |
| 06/28/18 | Confer with party; prepare background materials; review materials for privilege; review and analyze materials provided by parties | 10.30 | 7,210.00 |
| 06/28/18 | Conference with parties; conference with team | 2.50 | 1,750.00 |
| 06/29/18 | Prepare background materials; review materials for privilege; review filings | 6.00 | 4,200.00 |
| 06/29/18 | Conference with team; prepare reports | 3.50 | 2,450.00 |
| 06/30/18 | Prepare background materials | 9.30 | 2,790.00 |
| 06/30/18 | Review materials | 5.00 | 3,500.00 |
| 06/30/18 | Prepare background materials; review materials for privilege; review and analyze materials provided by parties; confer with team | 12.30 | 8,610.00 |
| 06/30/18 | Review materials for privilege | 5.50 | 3,850.00 |

**Total Fees:**                                                                                         **$ 367,761.00**

Bracewell LLP   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN      CONNECTICUT      DALLAS      DUBAI      HOUSTON      LONDON      NEW YORK      SAN ANTONIO      SEATTLE      WASHINGTON, DC

# BRACEWELL

Client: United States District Court for the Southern District of New York

July 30, 2018
Invoice Number: ███████

**Expense Detail**

| Date | Cost | Description | Amount |
|------|------|-------------|--------|
| 05/25/18 | Out-of-Town Travel | 05/25/18 - Group Americar Transportation LLC | $184.33 |
| 06/04/18 | Staff Service | 06/04/18 - Staff Service | $42.76 |
| 06/15/18 | Local Travel | 06/01/18 - Taxi/Car Service | $20.56 |
| 06/15/18 | Local Travel | 06/07/18 - Taxi/Car Service | $22.00 |
| 06/15/18 | Meals | 06/06/18 - Dinner | $22.91 |
| 06/15/18 | Local Travel | 06/09/18 - Taxi/Car Service | $28.00 |

**Total Expenses**                                                           **$320.56**

**Total Fees, Expenses and Charges**                                    **$ 368,081.56**

# BRACEWELL

## REMITTANCE PAGE

Client: United States District Court for the Southern District of New York
Matter: Special Master

July 30, 2018
Invoice Number: █████████

Matter No: █████████

| | |
|---|---|
| Total Fees | $367,761.00 |
| Total Expenses | $320.56 |
| Total Fees, Expenses and Charges | $368,081.56 |
| **Total Current Billing for this Matter** | **$368,081.56** |