UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In the Matter of Search Warrants Executed on April 9, 2018*

MICHAEL D. COHEN,

           Plaintiff,

- against -

UNITED STATES OF AMERICA,

           Defendant.

18-MJ-3161 (KMW)

## FIFTH REPORT AND RECOMMENDATIONS OF THE SPECIAL MASTER

BARBARA S. JONES, Special Master:

    By Order of Appointment, dated April 27, 2018 [Dkt. No. 30] (the "Order"), the Court appointed the Hon. Barbara S. Jones (Ret.) as Special Master to render decisions regarding "privilege issues related to materials seized in the execution of certain search warrants executed on April 9, 2018 (the 'Seized Materials')." *See* Order at 1. This report is submitted to provide the Court and the parties with the Special Master's recommendations regarding the Plaintiff's and Intervenors' designations of items containing potentially privileged ("Privileged" or "Partially Privileged") or highly personal information ("Highly Personal").

    Pursuant to the Procedures set forth in the Special Master's Report dated May 29, 2018 [Dkt. No. 65], the following designations are recommended to the Court for its review:

    Out of 1,846 items designated privileged by the Plaintiff and/or Intervenors, the Special Master agrees with the Plaintiff and/or Intervenors and finds that 1314 are Privileged and 1 is

-2-

Highly Personal. The Special Master also finds that 531 items are "not privileged." Accordingly, all of the 531 items that have been designated "not privileged" will be promptly released to the Government.

The specific control numbers identifying the items determined to be Privileged and/or Highly Personal will be provided to the Court.

Dated: New York, New York
August 2, 2018

Respectfully submitted,

_____
BARBARA S. JONES
Special Master