UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In the Matter of Search Warrants Executed on April 9, 2018*

MICHAEL D. COHEN,

                Plaintiff,

- against -

UNITED STATES OF AMERICA,

                Defendant.

18-MJ-3161 (KMW)

## SIXTH REPORT AND RECOMMENDATIONS OF THE SPECIAL MASTER

BARBARA S. JONES, Special Master:

      By Order of Appointment, dated April 27, 2018 [Dkt. No. 30] (the "Order"), the Court appointed the Hon. Barbara S. Jones (Ret.) as Special Master to render decisions regarding "privilege issues related to materials seized in the execution of certain search warrants executed on April 9, 2018 (the 'Seized Materials')." *See* Order at 1. This report is submitted to provide the Court and the parties with the Special Master's recommendations regarding the Plaintiff's and Intervenors' designations of items containing potentially privileged ("Privileged" or "Partially Privileged") or highly personal ("Highly Personal") information.

      Pursuant to the Procedures set forth in the Special Master's Report dated May 29, 2018 [Dkt. No. 65], 4,808 items were designated privileged and/or highly personal by the Plaintiff and Intervenors.[1] The following designations are recommended to the Court for its review:

---

[1] Among the 4,808 items, some were designated by the parties as both "privileged" and "highly personal."

The Special Master agrees with the Plaintiff and/or Intervenors' designations and finds that 1,972 are Privileged, 285 are Highly Personal, and 3 are Partially Privileged. In some instances, the Special Master designated items both "privileged and highly personal." The Special Master also finds that 2,214 designations are "not privileged" and 635 designations are "not highly personal." The Plaintiff objects to the designation of "not privileged" as to 3 items, but has advised the Special Master that he will not raise these objections with the Court.

A release of 2,558 items designated "not privileged" and/or "not highly personal" has been made to the Government. The specific control numbers identifying the items determined to be Privileged or Partially Privileged will be provided to the Court.

With these recommendations and following the Procedures set forth in the Special Master's Report dated May 29, 2018 [Dkt. No. 65], the Special Master has concluded her review.

Dated: New York, New York
August 9, 2018

Respectfully submitted,

*Barbara S. Jones*

BARBARA S. JONES
Special Master