```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-16-2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MICHAEL COHEN,

                Plaintiff,

    v.

UNITED STATES OF AMERICA,

                Defendant.
----------------------------------------------------------X

18-MJ-3161 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Today, the Special Master filed her Final Summary Report and Recommendations (the "Final Report"). The Special Master previously informed the parties of the determinations contained in the Final Report. The parties, after an adequate opportunity to consider whether to bring to the Court any objections to the Special Master's recommendations, have advised the Special Master they will not raise any objections to her determinations with the Court.

    Accordingly, if the parties wish the Court to hear any other objections to the Final Report, they shall file such objections on or before August 17, 2018, at 5:00 p.m.

    SO ORDERED.

Dated: New York, New York
        August 16, 2018

                                                            KIMBA M. WOOD
                                                           United States District Judge