# BRACEWELL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-20-2018

August 20, 2018

Hon. Kimba M. Wood
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

Re:   *Cohen v. United States of America*; No. 18-mj-03161 (KMW)

Dear Judge Wood:

    Pursuant to the Court's Order of Appointment, dated April 27, 2018, I am submitting for the Court's review the July 2018 invoice setting forth the fees, expenses, and costs incurred by me and my firm in connection with my role as Special Master in the above-referenced action.

    I have shared this invoice with the parties prior to submittal, and provided them an opportunity to object or ask questions. No objections were received.

    As always, I am happy to answer any questions the Court may have or to provide additional information if necessary.

Respectfully submitted,

*/s/ Barbara S. Jones*

Barbara S. Jones

Enclosure

cc: Counsel for all parties

8-20-2018
SO ORDERED, N.Y., N.Y.

*/s/ Kimba M. Wood*
**KIMBA M. WOOD**
**U.S.D.J.**

The Court has reviewed the attached itemized statement, which has been shared with the parties, and finds it regular and reasonable. The statement may be processed for payment. *See* ECF No. 79.

Barbara S. Jones
Partner

T: +1.212.508.6105     F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
barbara.jones@bracewell.com     bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

August 14, 2018
Invoice Number: ▉

Our Matter #: ▉ For Services Through July 31, 2018
Special Master

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/01/18 | Prepare background materials | 7.30 | 300.00 | 2,190.00 |
| 07/01/18 | Review materials for privilege | 8.00 | 700.00 | 5,600.00 |
| 07/01/18 | Review materials for privilege; prepare background materials; confer with team | 8.00 | 700.00 | 5,600.00 |
| 07/02/18 | Prepare background materials | 2.00 | 300.00 | 600.00 |
| 07/02/18 | Review of designated materials; confer with Special Master re legal issues | 4.00 | 700.00 | 2,800.00 |
| 07/02/18 | Confer with parties; prepare background materials | 4.80 | 700.00 | 3,360.00 |
| 07/02/18 | Conference with party; review background materials; conference with team | 3.00 | 700.00 | 2,100.00 |
| 07/03/18 | Prepare background materials | 3.00 | 300.00 | 900.00 |
| 07/03/18 | Review of designated materials; confer with team | 3.50 | 700.00 | 2,450.00 |
| 07/03/18 | Confer with parties; confer with team; review and analyze materials provided by parties | 1.00 | 700.00 | 700.00 |
| 07/05/18 | Prepare background materials | 1.50 | 300.00 | 450.00 |
| 07/05/18 | Review of received materials; confer with Special Master | 5.00 | 700.00 | 3,500.00 |
| 07/05/18 | Review materials | 5.00 | 700.00 | 3,500.00 |
| 07/05/18 | Review and analyze materials provided by parties | 0.30 | 700.00 | 210.00 |
| 07/05/18 | Review background materials | 1.50 | 700.00 | 1,050.00 |
| 07/06/18 | Prepare background materials | 2.00 | 300.00 | 600.00 |

# BRACEWELL

Page 2

Client: United States District Court for the Southern District of New York

August 14, 2018
Invoice Number: ▮

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/06/18 | Review of designated materials; confer with Special Master | 5.00 | 700.00 | 3,500.00 |
| 07/06/18 | Review materials | 3.00 | 700.00 | 2,100.00 |
| 07/06/18 | Review background materials; review materials for privilege | 2.00 | 700.00 | 1,400.00 |
| 07/09/18 | Review of designated materials | 4.00 | 700.00 | 2,800.00 |
| 07/10/18 | Review of productions; confer with Special Master; conference with party | 3.50 | 700.00 | 2,450.00 |
| 07/11/18 | Prepare background materials; review materials for privilege | 4.00 | 700.00 | 2,800.00 |
| 07/12/18 | Confer with Special Master; review of designated documents | 4.00 | 700.00 | 2,800.00 |
| 07/12/18 | Review materials; conference with team | 6.70 | 700.00 | 4,690.00 |
| 07/12/18 | Review and analyze materials provided by parties; review materials for privilege; prepare background materials | 6.50 | 700.00 | 4,550.00 |
| 07/12/18 | Conference with party; prepare reports; review background materials | 4.00 | 700.00 | 2,800.00 |
| 07/13/18 | Attention to productions to Court and Plaintiff/Intervenors | 3.50 | 700.00 | 2,450.00 |
| 07/13/18 | Review and analyze materials; confer with team | 3.80 | 700.00 | 2,660.00 |
| 07/13/18 | Confer with team; review materials | 1.50 | 700.00 | 1,050.00 |
| 07/13/18 | Prepare background materials; confer with parties; review and analyze materials provided by parties; review filings | 11.30 | 700.00 | 7,910.00 |
| 07/13/18 | Conference with party; prepare reports; review background materials | 8.00 | 700.00 | 5,600.00 |
| 07/14/18 | Review materials | 6.00 | 700.00 | 4,200.00 |

Bracewell LLP   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

Page 3

Client: United States District Court for the Southern District of New York

August 14, 2018
Invoice Number:

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/15/18 | Review designated material; confer with Special Master | 6.50 | 700.00 | 4,550.00 |
| 07/15/18 | Review materials | 6.00 | 700.00 | 4,200.00 |
| 07/16/18 | Prep for Special Master Releases 7&8; review designated documents; review designated audio; confer with Special Master | 6.60 | 700.00 | 4,620.00 |
| 07/16/18 | Confer with parties | 0.30 | 700.00 | 210.00 |
| 07/17/18 | Prepare background documents | 4.50 | 300.00 | 1,350.00 |
| 07/17/18 | Calls with various parties for additional proffers; review of designated materials; confer with Special Master team re open legal issues; confer with Special Master | 1.50 | 700.00 | 1,050.00 |
| 07/17/18 | Review and analyze materials provided by parties; confer with team | 1.30 | 700.00 | 910.00 |
| 07/17/18 | Prepare reports; review materials for privilege | 3.00 | 700.00 | 2,100.00 |
| 07/18/18 | Prepare background documents | 9.00 | 300.00 | 2,700.00 |
| 07/18/18 | Prep Special Master Releases 8 & 9; confer with parties; review materials | 4.00 | 700.00 | 2,800.00 |
| 07/18/18 | Review materials; conference with team | 4.00 | 700.00 | 2,800.00 |
| 07/18/18 | Confer with team; prepare background materials | 2.80 | 700.00 | 1,960.00 |
| 07/18/18 | Prepare reports; review materials for privilege | 3.50 | 700.00 | 2,450.00 |
| 07/19/18 | Prepare background documents | 5.00 | 300.00 | 1,500.00 |
| 07/19/18 | Review materials; confer with team; further review materials | 5.20 | 700.00 | 3,640.00 |
| 07/19/18 | Confer with team; review materials | 6.00 | 700.00 | 4,200.00 |

# BRACEWELL

Page 4

Client: United States District Court for the Southern District of New York

August 14, 2018
Invoice Number:

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/19/18 | Prepare background materials; confer with team; review and analyze materials provided by parties | 4.30 | 700.00 | 3,010.00 |
| 07/19/18 | Conferences with parties; prepare reports; review materials for privilege; review background materials | 9.00 | 700.00 | 6,300.00 |
| 07/20/18 | Prepare background materials | 6.00 | 300.00 | 1,800.00 |
| 07/20/18 | Confer with team; review materials for privilege | 2.00 | 700.00 | 1,400.00 |
| 07/20/18 | Conferences with parties; prepare reports; review materials for privilege; review background materials | 8.50 | 700.00 | 5,950.00 |
| 07/21/18 | Prepare background materials | 6.00 | 300.00 | 1,800.00 |
| 07/21/18 | Review materials for privilege | 6.00 | 700.00 | 4,200.00 |
| 07/21/18 | Review materials for privilege | 6.00 | 700.00 | 4,200.00 |
| 07/22/18 | Prepare background materials | 13.00 | 300.00 | 3,900.00 |
| 07/22/18 | Review materials for privilege | 4.00 | 700.00 | 2,800.00 |
| 07/22/18 | Review materials for privilege | 8.00 | 700.00 | 5,600.00 |
| 07/22/18 | Review materials for privilege | 12.00 | 700.00 | 8,400.00 |
| 07/23/18 | Prepare background materials | 8.50 | 300.00 | 2,550.00 |
| 07/23/18 | Confer with team | 2.00 | 700.00 | 1,400.00 |
| 07/23/18 | Prepare reports; review materials for privilege | 8.00 | 700.00 | 5,600.00 |
| 07/24/18 | Prepare background materials | 5.50 | 300.00 | 1,650.00 |
| 07/24/18 | Review of designated materials; confer with Special Master team re legal issues | 4.50 | 700.00 | 3,150.00 |

# BRACEWELL

Page 5

Client: United States District Court for the Southern District of New York

August 14, 2018
Invoice Number:

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/24/18 | Conference with team | 0.20 | 700.00 | 140.00 |
| 07/24/18 | Review materials; conference with team | 3.00 | 700.00 | 2,100.00 |
| 07/24/18 | Prepare reports; review materials for privilege | 9.00 | 700.00 | 6,300.00 |
| 07/25/18 | Prepare background materials | 8.00 | 300.00 | 2,400.00 |
| 07/25/18 | Review materials | 6.00 | 700.00 | 4,200.00 |
| 07/25/18 | Prepare reports; review materials for privilege | 10.00 | 700.00 | 7,000.00 |
| 07/26/18 | Prepare background materials | 7.50 | 300.00 | 2,250.00 |
| 07/26/18 | Review designated materials | 3.50 | 700.00 | 2,450.00 |
| 07/26/18 | Review materials; confer with team | 5.00 | 700.00 | 3,500.00 |
| 07/26/18 | Prepare reports; review materials for privilege | 9.00 | 700.00 | 6,300.00 |
| 07/27/18 | Prepare background materials | 5.50 | 300.00 | 1,650.00 |
| 07/27/18 | Review of designated materials; calls with Intervenor/Plaintiff; confer with Special Master | 4.00 | 700.00 | 2,800.00 |
| 07/27/18 | Review materials; confer with team | 6.00 | 700.00 | 4,200.00 |
| 07/27/18 | Prepare reports; review materials for privilege | 8.00 | 700.00 | 5,600.00 |
| 07/28/18 | Prepare background materials | 7.50 | 300.00 | 2,250.00 |
| 07/28/18 | Review materials; confer with team | 7.00 | 700.00 | 4,900.00 |
| 07/28/18 | Prepare reports; review materials for privilege | 7.00 | 700.00 | 4,900.00 |
| 07/29/18 | Prepare background materials | 8.30 | 300.00 | 2,490.00 |
| 07/29/18 | Review designated materials; confer with Special Master | 8.50 | 700.00 | 5,950.00 |

# BRACEWELL

Client: United States District Court for the Southern District of New York

August 14, 2018
Invoice Number: ▮

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/29/18 | Review materials; confer with team | 8.00 | 700.00 | 5,600.00 |
| 07/30/18 | Prepare background materials | 8.50 | 300.00 | 2,550.00 |
| 07/30/18 | Review designated materials | 2.50 | 700.00 | 1,750.00 |
| 07/30/18 | Review materials | 7.00 | 700.00 | 4,900.00 |
| 07/30/18 | Confer with team; confer with parties | 0.30 | 700.00 | 210.00 |
| 07/30/18 | Prepare materials; review materials. | 4.00 | 700.00 | 2,800.00 |
| 07/31/18 | Prepare background materials | 2.50 | 300.00 | 750.00 |
| 07/31/18 | Conference with Intervenors; review of designated materials; confer with Special Master | 4.00 | 700.00 | 2,800.00 |
| 07/31/18 | Review materials | 2.00 | 700.00 | 1,400.00 |
| 07/31/18 | Review materials for privilege | 10.00 | 700.00 | 7,000.00 |
| 07/31/18 | Review materials | 2.00 | 700.00 | 1,400.00 |

**Total Fees** $ 296,660.00

# BRACEWELL

Client: United States District Court for the Southern District of New York

August 14, 2018
Invoice Number: ▮

## Expense Detail

| Date | Cost | Description | Amount |
|---|---|---|---|
| 07/05/18 | Local Travel | Taxi/Car Service | $22.30 |
| 07/05/18 | Local Travel | Taxi/Car Service | $25.00 |
| 07/19/18 | Pacer Electronic Filing Fee | Pacer Electronic Filing Fee | $0.20 |
| 07/28/18 | Pacer Electronic Filing Fee | Pacer Electronic Filing Fee | $0.20 |

**Total Expenses** $47.70

**Total Fees, Expenses and Charges** $ 296,707.70

**Bracewell LLP**   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

## REMITTANCE PAGE

Client: United States District Court for the Southern District of New York
Matter: Special Master

August 14, 2018
Invoice Number:

Matter No:

| | |
|---|---|
| Total Fees | $ 296,660.00 |
| Total Expenses | $ 47.70 |
| Total Fees, Expenses and Charges | $ 296,707.70 |
| **Total Current Billing for this Matter** | **$ 296,707.70** |

**Bracewell LLP**   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC