18-MJ-3161 (KMW)

**Exhibit B**
**Final Summary Report and Recommendations of the Special Master**

|  | Control Number | Special Master Designation |
|---|---|---|
| B01 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B02 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B03 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B04 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B05 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B06 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B07 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B08 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B09 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B10 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B11 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B12 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B13 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B14 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B15 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B16 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B17 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B18 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B19 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B20 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B21 |  | Not Privileged<br>Plaintiff Objected to Special Master |

**Exhibit B**
**Final Summary Report and Recommendations of the Special Master**

| | Control Number | Special Master Designation |
|---|---|---|
| B22 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B23 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B24 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B25 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B26 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B27 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B28 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B29 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B30 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B31 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B32 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B33 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B34 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B35 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B36 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B37 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B38 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B39 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B40 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B41 | | Not Privileged<br>Plaintiff Objected to Special Master |
| B42 | | Not Privileged<br>Plaintiff Objected to Special Master |

**Exhibit B**
Final Summary Report and Recommendations of the Special Master

|  | Control Number | Special Master Designation |
|---|---|---|
| B43 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B44 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B45 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B46 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B47 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B48 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B49 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B50 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B51 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B52 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B53 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B54 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B55 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B56 |  | Not Privileged<br>Plaintiff Objected to Special Master |
| B57 |  | Not Privileged<br>Plaintiff Objected to Special Master |