# BRACEWELL

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/18
```

September 24, 2018

**MEMO ENDORSED**

Hon. Kimba M. Wood
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *Cohen v. United States of America*; No. 18-mj-03161 (KMW)

Dear Judge Wood:

Pursuant to the Court's Order of Appointment, dated April 27, 2018, I am submitting for the Court's review the August 2018 and final invoice setting forth the fees, expenses, and costs incurred by me and my firm in connection with my role as Special Master in the above-referenced action.

I have shared this invoice with the parties prior to submittal, and provided them an opportunity to object or ask questions. No objections were received.

As always, I am happy to answer any questions the Court may have or to provide additional information if necessary.

Respectfully submitted,

*Barbara S. Jones*

Barbara S. Jones

Enclosure

cc: Counsel for all parties

The Court has reviewed the attached itemized statement, which the parties and the Special Master have approved, and finds it regular and reasonable. The statement may be processed for payment.

9-26-18

**SO ORDERED, N.Y., N.Y.**

*Kimba M. Wood*
**KIMBA M. WOOD**
**U.S.D.J.**

Barbara S. Jones     T +1 212.508.6105     F +1 800.404.3970
Partner              1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
                     barbara.jones@bracewell.com     bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC

# BRACEWELL

United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

September 18, 2018
Invoice Number:

Our Matter #: ☐ For Services Through August 31, 2018
Special Master

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/01/18 | Prepare background materials | 6.50 | 300.00 | 1,950.00 |
| 08/01/18 | Conference with Special Master re open designations | 2.20 | 700.00 | 1,540.00 |
| 08/01/18 | Review materials and confer with team re: same | 4.30 | 700.00 | 3,010.00 |
| 08/01/18 | Review materials | 12.00 | 700.00 | 8,400.00 |
| 08/01/18 | Reports for filing; review materials for privilege; review materials from parties | 4.00 | 700.00 | 2,800.00 |
| 08/01/18 | Review materials for privilege | 12.00 | 700.00 | 8,400.00 |
| 08/01/18 | Review materials. | 0.20 | 700.00 | 140.00 |
| 08/02/18 | Prepare background materials | 5.00 | 300.00 | 1,500.00 |
| 08/02/18 | Review designated documents; confer with Special Master | 5.50 | 700.00 | 3,850.00 |
| 08/02/18 | Review materials | 7.50 | 700.00 | 5,250.00 |
| 08/02/18 | Prepare reports for filing; review materials for privilege; review materials from parties; confer with parties | 8.80 | 700.00 | 6,160.00 |
| 08/02/18 | Review materials for privilege | 5.50 | 700.00 | 3,850.00 |
| 08/03/18 | Review designated documents; conf with special master | 4.50 | 700.00 | 3,150.00 |
| 08/03/18 | Review materials | 10.00 | 700.00 | 7,000.00 |
| 08/03/18 | Review materials for privilege; review materials from parties; prepare background materials | 5.00 | 700.00 | 3,500.00 |

# BRACEWELL

Page 2

Client: United States District Court for the Southern District of New York

September 18, 2018
Invoice Number:

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/03/18 | Review materials for privilege | 6.80 | 700.00 | 4,760.00 |
| 08/03/18 | Provide materials to Special Master | 3.60 | 700.00 | 2,520.00 |
| 08/04/18 | Review designated documents | 3.00 | 700.00 | 2,100.00 |
| 08/04/18 | Review materials | 6.50 | 700.00 | 4,550.00 |
| 08/04/18 | Review materials for privilege; prepare background materials and reports | 6.80 | 700.00 | 4,760.00 |
| 08/04/18 | Review materials for privilege | 7.00 | 700.00 | 4,900.00 |
| 08/05/18 | Review of designated documents; confer with Special Master; prep of final report | 5.50 | 700.00 | 3,850.00 |
| 08/05/18 | Review materials | 5.00 | 700.00 | 3,500.00 |
| 08/05/18 | Review materials for privilege; prepare background materials and reports; review materials from parties | 6.00 | 700.00 | 4,200.00 |
| 08/05/18 | Review materials for privilege; prepare reports for filing | 9.00 | 700.00 | 6,300.00 |
| 08/06/18 | Prepare background materials | 5.00 | 300.00 | 1,500.00 |
| 08/06/18 | Review of designated documents; conference with intervenors; confer with Special Master | 5.00 | 700.00 | 3,500.00 |
| 08/06/18 | Meet with team | 1.00 | 700.00 | 700.00 |
| 08/06/18 | Review materials for privilege; prepare background materials and reports; confer with parties | 5.00 | 700.00 | 3,500.00 |
| 08/06/18 | Prepare reports; conference with Court; review materials for privilege | 9.00 | 700.00 | 6,300.00 |

Bracewell LLP   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

Page 3

Client: United States District Court for the Southern District of New York

September 18, 2018
Invoice Number:

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/07/18 | Prepare background materials | 3.00 | 300.00 | 900.00 |
| 08/07/18 | Review of outstanding documents; confer with Special Master | 3.00 | 700.00 | 2,100.00 |
| 08/07/18 | Review materials for privilege | 4.50 | 700.00 | 3,150.00 |
| 08/07/18 | Prepare reports; conference with Court; review materials for privilege | 5.50 | 700.00 | 3,850.00 |
| 08/08/18 | Prepare background materials | 3.00 | 300.00 | 900.00 |
| 08/08/18 | Review materials for privilege; prepare reports | 4.80 | 700.00 | 3,360.00 |
| 08/08/18 | Prepare reports; conference with Court; review materials for privilege | 5.00 | 700.00 | 3,500.00 |
| 08/09/18 | Prepare background materials | 4.00 | 300.00 | 1,200.00 |
| 08/09/18 | Prepare reports; review materials for privilege | 6.50 | 700.00 | 4,550.00 |
| 08/09/18 | Prepare reports; conference with Court; review materials for privilege | 3.00 | 700.00 | 2,100.00 |
| 08/10/18 | Prepare background materials. | 6.50 | 300.00 | 1,950.00 |
| 08/10/18 | Confer with parties and team; review reports | 3.00 | 700.00 | 2,100.00 |
| 08/10/18 | Prepare reports; review materials for privilege | 2.00 | 700.00 | 1,400.00 |
| 08/13/18 | Prepare background materials | 8.00 | 300.00 | 2,400.00 |
| 08/13/18 | Finalize docs for Special Master report; confer with Special Master | 4.00 | 700.00 | 2,800.00 |

# BRACEWELL

Page 4

Client: United States District Court for the Southern District of New York

September 18, 2018
Invoice Number:

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/13/18 | Confer with team | 1.50 | 700.00 | 1,050.00 |
| 08/13/18 | Prepare reports; review materials for privilege; conference with court and parties | 1.80 | 700.00 | 1,260.00 |
| 08/13/18 | Review materials for privilege; prepare reports; conference with court and parties | 7.50 | 700.00 | 5,250.00 |
| 08/14/18 | Prepare background materials | 2.50 | 300.00 | 750.00 |
| 08/14/18 | Confer with Special Master; conf with Court; confer with Parties | 4.50 | 700.00 | 3,150.00 |
| 08/14/18 | Confer with team | 1.50 | 700.00 | 1,050.00 |
| 08/14/18 | Review materials for privilege; conference with team; prepare report | 2.50 | 700.00 | 1,750.00 |
| 08/14/18 | Review materials for privilege; prepare reports; conference with court and parties | 7.00 | 700.00 | 4,900.00 |
| 08/15/18 | Prepare background materials | 3.50 | 300.00 | 1,050.00 |
| 08/15/18 | Call with parties; confer with Court; confer with Special Master | 2.70 | 700.00 | 1,890.00 |
| 08/15/18 | Confer with team | 0.50 | 700.00 | 350.00 |
| 08/15/18 | Prepare report; review materials for privilege; confer with team | 2.00 | 700.00 | 1,400.00 |
| 08/15/18 | Review materials for privilege; prepare reports; conference with court and parties | 7.50 | 700.00 | 5,250.00 |
| 08/16/18 | Prepare background materials | 4.00 | 300.00 | 1,200.00 |

Bracewell LLP   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

Page 5

Client: United States District Court for the Southern District of New York

September 18, 2018
Invoice Number:

| Date | Description | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| 08/16/18 | Confer with team | 1.00 | 700.00 | 700.00 |
| 08/16/18 | Conference with parties; prepare report | 1.50 | 700.00 | 1,050.00 |
| 08/16/18 | Review materials for privilege; prepare reports; conference with court and parties | 4.00 | 700.00 | 2,800.00 |
| 08/17/18 | Review materials for privilege; prepare reports; conference with court and parties | 4.00 | 700.00 | 2,800.00 |
| 08/20/18 | Prepare background materials | 1.00 | 300.00 | 300.00 |
| 08/24/18 | Attention to final close out of secure data room | 1.00 | 700.00 | 700.00 |
| 08/28/18 | Attention to materials | 6.50 | 300.00 | 1,950.00 |
| 08/29/18 | Attention to materials | 1.50 | 300.00 | 450.00 |
| 08/29/18 | Close out of documents and case files | 2.00 | 700.00 | 1,400.00 |

**Total Fees**                                                              $ 196,150.00

# BRACEWELL

Page 6

Client: United States District Court for the Southern District of New York

September 18, 2018
Invoice Number:

## Expense Detail

| Date | Cost | Description | Amount |
|---|---|---|---|
| 05/31/18 | Records Management | Complete Discovery Source - Vendor: Complete Discovery Source | $15,319.15 |
| 06/30/18 | Records Management | Complete Discovery Source - Vendor: Complete Discovery Source | $11,556.53 |
| 07/31/18 | Records Management | Complete Discovery Source - Vendor: Complete Discovery Source | $11,206.53 |
| 08/31/18 | Records Management | Complete Discovery Source - Vendor: Complete Discovery Source | $15,482.95 |

**Total Expenses**  $53,565.16

**Total Fees, Expenses and Charges**  $ 249,715.16

# BRACEWELL

## REMITTANCE PAGE

Client: United States District Court for the Southern District of New York  
Matter: Special Master

September 18, 2018  
Invoice Number: ▮

Matter No: ▮

| | |
|---|---|
| Total Fees | $ 196,150.00 |
| Total Expenses | $ 53,565.16 |
| Total Fees, Expenses and Charges | $ 249,715.16 |
| **Total Current Billing for this Matter** | **$ 249,715.16** |

**Bracewell LLP**   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC