**MEMO ENDORSED**

**ROBERT BEAUCHAMP**
**MCI-NORFOLK**
**P.O. BOX 43**
**NORFOLK, MA 02056**

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 3/21/19 |

DATE: March 13, 2019

TO: Office of the Clerk
U.S. District Court/SDNY
500 Pearl Street
New York, NY 10007-1312

FROM: *Robert Beauchamp*
Robert Beauchamp
Intervenor/Pro Se

RE: In the Matter of
Search Warrants
Executed on April 9, 2018
Docket no. 1:18-mj-03161-KMW-1

Enclosed for filing in the above-referenced case is the original of an "Intervenor Robert Beauchamp's Second Motion To Order U.S. Attorney To Return Possibly Seized Documents" (w/ Attachments A/B) and "Certificate of Service" at end.

c: Mr. Joseph B. Evans, Esq.
AUSA Andrea M. Griswold

BY: Certified Mail Nos.
7018 2290 0000 5156 5704
9590 9402 3664 7335 5213 24
Return Receipt Requested

*If the Government has any documents transmitted by Robert Beauchamp to Michael Cohen, it shall so notify the Court and Mr. Beauchamp, no later than May 20, 2019.*

3-20-19
SO ORDERED, N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.