USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/19

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF         )  CASE No.
SEARCH WARRANTS          )  1:18-mj-03161-KMW-1
EXECUTED ON APRIL 9, 2018 )

## INTERVENOR ROBERT BEAUCHAMP'S
## MOTION FOR MODIFICATION OF COURT ORDER

On <u>March 21, 2019</u>, the Court (Wood, J) issued an order stating, "If the government has any documents transmitted by Robert Beauchamp to Michael Cohen, it shall so notify the Court and Mr. Beauchamp no later than May 20, 2019. SO ORDERED." (Docket no. 107 (**A.1**)/ see also Docket no. 60 (**A.2**))

There was <u>no</u> notification by the U.S. Attorney/SDNY by May 20, 2019, so the government is <u>implicitly</u> attesting that it has no such documents in its possession.

<u>Normally</u>, the lack of response from the U.S. Attorney would, <u>in effect</u>, comply with the Court's March 21, 2019 order (**A.1**). <u>However</u>, since March 21, 2019, the matter has morphed into a <u>far more serious</u> legal/political matter. (see Beauchamp's attached cover letter to the U.S. Senate Judiciary Committee dated on May 1, 2019 (**A.3**).

Beauchamp has solid reasons to believe that FBI officials have <u>intercepted</u> numerous privileged correspondences he transmitted to Michael Cohen, intervenor Stephanie Clifford's attorney Michael Avenatti et al. In fact, these correspondence interceptions may well impact Mr. Avenatti's due process rights in his

criminal cases pending in the U.S. District Courts/ EDNY and CDCA.

WHEREFORE, Beauchamp respectfully requests that this Court now modify its March 21, 2019 order (A.1) to order U.S. Attorney Geoffrey Berman/SDNY to personally sign an affidavit explicitly attesting that the government never had, in its possession, any correspondence/attachments transmitted by Robert Beauchamp to Michael Cohen. USA Berman's affidavit could be of substantial material interest to the U.S. Senate Judiciary Committee (A.3).

Respectfully submitted,

Robert Beauchamp
Robert Beauchamp
Intervenor/Pro Se
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056
June 21, 2019

*Denied. Furthermore Mr. Beauchamp is not legally an intervenor in this case. In addition, this court has no jurisdiction to entertain new motions in this case.*

(**NOTE:** On May 31, 2019, DOG Inspector General Michael Horowitz's office corresponded with Beauchamp concerning his May 1, 2019 letter/attachments to the U.S. Senate Judiciary Committee (A.3). Beauchamp responded to IG Horowitz on June 13, 2019.)

6-26-19
SO ORDERED, N.Y., N.Y.

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.